**ORIGINAL Filed**

FEB 13 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Joseph N. Kravec, Jr.
SPECTER SPECTER EVANS
  & MANOGUE, P.C.
The 26th Floor Koppers Building
Pittsburgh, Pennsylvania 15219
Tel:  (412) 642-2300
Fax:  (412) 642-2309
E-mail: jnk@ssem.com

Michael D. Braun (167416)
BRAUN LAW GROUP, P.C.
12304 Santa Monica Blvd., Suite 109
Los Angeles, CA 90025
Tel:  (310) 442-7755
Fax:  (310) 442-7756
E-mail: service@braunlawgroup.com

Ira Spiro (67641)
SPIRO MOSS BARNESS, LLP
11377 West Olympic Blvd., Fifth Floor
Los Angeles, CA 90064-1683
Tel:  (310) 235-2468
Fax:  (310) 235-2456
E-mail: ira@spiromoss.com

Janet Lindner Spielberg (221926)
LAW OFFICES OF JANET
LINDNER SPIELBERG
12400 Wilshire Blvd., Suite 400
Los Angeles, CA 90025
Tel:  (310)3928801
Fax:  (310)278-5938
E-mail: jlspielberg@jlslp.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL, INC. a Washington corporation; FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER'S SERVICE, INC.,<br><br>Defendants. | CASE NO.: 5:08-cv-00868 (HRL)<br><br>Honorable Howard R. Lloyd<br><br>CLASS ACTION<br><br>**APPLICATION FOR ADMISSION OF JOSEPH N. KRAVEC, JR. *PRO HAC VICE***<br><br>DEMAND FOR JURY TRIAL |

1  Michael D. Braun, Esquire, a member of the Bar of the United States District
2  Court in and for the Northern District of California, hereby moves this Honorable Court
3  to admit Joseph N. Kravec, Jr., Esquire, *pro hac vice* to participate in this case.
4  Mr. Kravec is a member in good standing of the Bar of the Commonwealth of
5  Pennsylvania and has extensive experience in class actions and complex litigation. Mr.
6  Kravec's admission *pro hac vice* will significantly assist plaintiffs in prosecuting this
7  class action. A Certification attesting to Mr. Kravec's qualifications is attached.
8  WHEREFORE, the above-mentioned party respectfully requests this Court to
9  grant the Motion for Admission *Pro Hac Vice* of Attorney Joseph N. Kravec, Jr. A
10 proposed Order of Court is attached.

12 Dated: February 12, 2008

**BRAUN LAW GROUP, P.C.**

By: _____
Michael D. Braun

12304 Santa Monica Blvd., Suite 109
Los Angeles, CA 90025
Tel:  (310) 442-7755
Fax:  (310) 442-7756
E-mail: service@braunlawgroup.com

*Attorneys for Plaintiffs*

1

# PROOF OF SERVICE

STATE OF CALIFORNIA       )
                                                  ) ss.:
COUNTY OF LOS ANGELES )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12304 Santa Monica Boulevard, Suite 109, Los Angeles, CA 90025.

On February 12, 2008, I served the document(s) described as **APPLICATION FOR ADMISSION OF JOSEPH N. KRAVEC, JR., *PRO HAC VICE*** by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

**SEE ATTACHED SERVICE LIST**

I served the above document(s) as follows:

__xx__  **BY ELECTRONIC MAIL ONLY.** By transmitting via e-mail on this date the document(s) listed above to the e-mail address(es) set forth below. The transmission was completed and was reported complete and without error and in accordance with counsel's approval.

| | |
|---|---|
| Janet Lindner Spielberg, Esq. | jlspielberg@jlslp.com |
| Joseph N. Kravec, Jr., Esq. | jnk@ssem.com |
| Ira Spiro, Esq. | ira@spiromoss.com |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on February 12, 2008, at Los Angeles, California 90025.

__LEITZA MOLINAR__
Type or Print Name                                                      Signature