ORIGINAL

1  Joseph N. Kravec, Jr.
   SPECTER SPECTER EVANS
2    & MANOGUE, P.C.
   The 26th Floor Koppers Building
3  Pittsburgh, Pennsylvania 15219
   Tel:  (412) 642-2300
4  Fax:  (412) 642-2309
   E-mail: jnk@ssem.com
5
   Michael D. Braun (167416)
6  BRAUN LAW GROUP, P.C.
   12304 Santa Monica Blvd., Suite 109
7  Los Angeles, CA 90025
   Tel:  (310) 442-7755
8  Fax:  (310) 442-7756
   E-mail: service@braunlawgroup.com
9
   Ira Spiro (67641)
10 SPIRO MOSS BARNESS, LLP
   11377 West Olympic Blvd., Fifth Floor
11 Los Angeles, CA 90064-1683
   Tel:  (310) 235-2468
12 Fax:  (310) 235-2456
   E-mail: ira@spiromoss.com
13
14 *Attorneys for Plaintiffs*

Filed
FEB 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Janet Lindner Spielberg (221926)
LAW OFFICES OF JANET
LINDNER SPIELBERG
12400 Wilshire Blvd., Suite 400
Los Angeles, CA 90025
Tel:  (310)3928801
Fax:  (310)278-5938
E-mail: jlspielberg@jlslp.com

15              UNITED STATES DISTRICT COURT
16              NORTHERN DISTRICT OF CALIFORNIA
17                     SAN JOSE DIVISION
18

19 FELTON A. SPEARS, JR. and             )  CASE NO.: 5:08-cv-00868 (HRL)
   SIDNEY SCHOLL, on behalf of           )
20 themselves and all others similarly   )  Honorable Howard R. Lloyd
   situated,                             )
21                                       )
                          Plaintiffs,    )  CLASS ACTION
22                                       )
           v.                            )  **CERTIFICATION OF JOSEPH N.
23                                       )  KRAVEC, JR. IN SUPPORT OF HIS
   WASHINGTON MUTUAL, INC.               )  APPLICATION FOR ADMISSION
24 a Washington corporation;             )  *PRO HAC VICE***
   FIRST AMERICAN EAPPRAISEIT,           )
25 a Delaware corporation; and           )
   LENDER'S SERVICE, INC.,               )  DEMAND FOR JURY TRIAL
26                                       )
27                                       )
                          Defendants.    )
28

1  Joseph N. Kravec, Jr., of full age, hereby certifies as follows:

2  1. I am an attorney duly licensed to practice law in the Commonwealth of Pennsylvania. I am a partner with the law firm of Specter Specter Evans & Manogue, P.C., and I maintain my office at the Pittsburgh office of that firm at The 26th Floor Koppers Building, Pittsburgh, Pennsylvania 15219, telephone number (412) 642-2300.

2. My resident address is 823 Country Club Drive, Pittsburgh, Pennsylvania 15228.

3. I am a member in good standing of the bars of the following courts:

| Title of Court | Date of Admission |
|---|---|
| Supreme Court of Pennsylvania | 1993 |
| Supreme Court of the United States | 1997 |
| U.S. Court of Appeals for the Third Circuit | 1993 |
| U.S. Court of Appeals for the Sixth Circuit | 1993 |
| U.S. Court of Appeals for the Fourth Circuit | 2004 |
| U.S. Court of Appeals for the District of Columbia | 2006 |
| U.S. District for the Western District of Pennsylvania | 1993 |
| U.S. District Court for the District of Columbia | 2001 |

I am not under suspension, nor have I ever been suspended or disbarred from any court. I am fully familiar with the facts of this case.

4. I am fully conversant with and agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and the Local Rules and Alternative Dispute Resolution Programs of the United States District Court for the Northern District of California.

5. In the present case, I will be associated with my designated co-counsel, Michael D. Braun, BRAUN LAW GROUP, P.C., 1 12304 Santa Monica Blvd., Suite 109 Los Angeles, CA 90025, telephone: (310) 442-7755; Ira Spiro, SPIRO MOSS BARNESS, LLP, 11377 West Olympic Blvd., Fifth Floor, Los Angeles, CA 90064-1683, telephone (310) 235-2468; and Janet Lindner Spielberg, LAW OFFICE OF

1

1  JANET LINDNER SPIELBERG, 12400 Wilshire Boulevard, Suite 400, Los Angeles,
2  California 90025, telephone: (310) 392-8801, who are active members in good standing
3  of the bar of this Court and counsel of record for plaintiffs, Felton A. Spears, Jr., and
4  Sidney Scholl.

      6.    I respectfully request that this Court grant my application to be admitted *pro hac vice* for all purposes in this matter.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false I am subject to punishment.

Dated: February 11, 2008

**SPECTER SPECTER EVANS & MANOGUE, P.C.**

By: _____
Joseph N. Kravec, Jr.

The 26th Floor Koppers Building
Pittsburgh, Pennsylvania 15219
Telephone: (412) 642-2300
Facsimile: (412) 642-2309

*Attorneys for Plaintiffs*

2

# PROOF OF SERVICE

STATE OF CALIFORNIA )
)ss.:
COUNTY OF LOS ANGELES )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12304 Santa Monica Boulevard, Suite 109, Los Angeles, CA 90025.

On February 12, 2008, I served the document(s) described as **CERTIFICATION OF JOSEPH N. KRAVEC, JR. IN SUPPORT OF HIS APPLICATION FOR ADMISSION *PRO HAC VICE*** by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

## SEE ATTACHED SERVICE LIST

I served the above document(s) as follows:

__xx__  **BY ELECTRONIC MAIL ONLY.** By transmitting via e-mail on this date the document(s) listed above to the e-mail address(es) set forth below. The transmission was completed and was reported complete and without error and in accordance with counsel's approval.

Janet Lindner Spielberg, Esq.          jlspielberg@jlslp.com
Joseph N. Kravec, Jr., Esq.            jnk@ssem.com
Ira Spiro, Esq.                        ira@spiromoss.com

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on February 12, 2008, at Los Angeles, California 90025.

__LEITZA MOLINAR__
Type or Print Name                                  Signature