E-FILING    FILED

FEB 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

FELTON SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,

    Plaintiff(s),

v.

WASHINGTON MUTUAL, INC., et al.

    Defendant(s).

CASE NO. 08-00868 HRL

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Joseph N. Kravec, Jr. , an active member in good standing of the bar of Commonwealth of Pennsylvania whose business address and telephone number (particular court to which applicant is admitted) is

Specter, Specter, Evans & Manogue, P.C., The 26th Floor Koppers Building, Pittsburgh, Pennsylvania 15219, (412) 642-2300 ,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiffs

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/15/08

_____
United States Magistrate Judge
Howard R. Lloyd