STEPHEN M. RUMMAGE (*pro hac vice application pending*)
 steverummage@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone: (206) 622-3150
Facsimile (206) 757-7700

MARTIN L. FINEMAN (California State Bar No. 104413)
 martinfineman@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:(415) 276-6500
Facsimile:(415) 276-6599

*Attorneys for Defendant
Washington Mutual, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON MUTUAL, INC., a Washington corporation; FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER'S SERVICE, INC.<br><br>Defendants. | Case No. C08 00868 HRL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND**<br><br>[L.R. 6-1(a)]<br><br>Ctrm: 2<br>Before the Hon. Howard R. Lloyd |

**STIPULATION**

Plaintiffs served defendant Washington Mutual, Inc., on February 28, 2008, and served First American eAppraiseIT and Lender's Service, Inc., on February 20, 2009. Accordingly, absent an extension of time, First American eAppraiseIT's and

1

1  Lender's Service's responses to the Complaint would be due on or before March 11,
2  2008, and Washington Mutual, Inc.'s response to the Complaint would be due on or
3  before March 19, 2008.  Plaintiffs have indicated their intention to file an Amended
4  Complaint on or about March 19, 2008.

5        In light of the forthcoming amendment to the Complaint, Defendants' interest
6  in investigating the factual background underlying Plaintiffs' clams and to allow for
7  the preparation of a responsive pleading or motion, and to accommodate personal
8  and professional schedules of counsel, the parties, by and through their undersigned
9  counsel, hereby stipulate and agree that the obligations of Defendants to respond to
10 the Complaint is suspended and their time to answer or otherwise respond to
11 Plaintiffs' forthcoming Amended Complaint shall be extended to and including
12 thirty (30) days following Plaintiffs' service of said Amended Complaint.

      Dated:  March 11, 2008   DAVIS WRIGHT TREMAINE LLP

      By   /s/ Martin L. Fineman
          Stephen M. Rummage, Pro Hac Vice
          Martin L. Fineman, SBN 104413
          505 Montgomery Street, Suite 800
          San Francisco, California  94111
          Telephone:  (415) 276-6500
          Facsimile:   (415) 276-6599

*Attorneys for Defendant*
*Washington Mutual, Inc.*

DAVIS WRIGHT TREMAINE LLP

2

| | | |
|---|---|---|
| Dated: March 11, 2008 | MCDONOUGH HOLLAND & ALLEN PC | |

By   /s/ Michael T. Fogarty
Michael T. Fogarty, SBN 65809
Laura J. Fowler, SBN 186097
555 Capitol Mall, 9th Floor
Sacramento, CA 95814
Telephone:  (916) 444-3900
Facsimile:   (916) 444-3249

*Attorneys for Defendant First American eAppraiseIT*

Dated: March 11, 2008   DEWEY & LEBOEUF LLP

By   /s/ Kris Hue Chau Man
Kris Hue Chau Man, SBN 246008
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Telephone:  (415) 951-1137
Facsimile:   (415) 438-1137

*Attorneys for Defendant Lender's Services, Inc. eAppraiseIT*

Dated: March 11, 2008   BRAUN LAW GROUP, P.C.

By   /s/  Michael D. Braun
Michael D. Braun, SBN 167416
12304 Santa Monica Blvd., Suite 109
Los Angeles, CA  90025
Telephone:  (310) 442-7755
Facsimile:   (310) 442-7756

*Attorneys for Plaintiffs*

DAVIS WRIGHT TREMAINE LLP

**ORDER**

Based on the foregoing Stipulation,

IT IS SO ORDERED.

DATED this _____ day of _____, 2008.

_____
Howard R. Lloyd
United States Magistrate-Judge

DAVIS WRIGHT TREMAINE LLP

STIPULATION AND [PROPOSED] ORDER                                    SFO 404575v1 0017352-000001
*Spears v. Washington Mutual, Inc.* Case No. C08 00868 HRL