STEPHEN M. RUMMAGE (*pro hac vice application pending*)
steverummage@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone: (206) 622-3150
Facsimile (206) 757-7700

MARTIN L. FINEMAN (California State Bar No. 104413)
martinfineman@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:(415) 276-6500
Facsimile:(415) 276-6599

*Attorneys for Defendant
Washington Mutual, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>WASHINGTON MUTUAL, INC., a Washington corporation; FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER'S SERVICE, INC.,<br><br>　　　　　Defendants. | Case No. C08 00868 HRL<br><br>**ERRATA TO STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND**<br><br>Courtroom:　2<br>Before the Hon. Howard R. Lloyd |

　　　The Stipulation and [Proposed] Order Extending Time to Answer or Otherwise Respond submitted to the Court on March 11, 2008 contains a typographical error. The signature block for Dewey & LeBoeuf LLP is should have indicated that that firm represents "Lender's Service, Inc.," not "Lender's Services, Inc. eAppraiseIT".

| | | |
|---|---|---|
| 1 | Dated: March 12, 2008 | DAVIS WRIGHT TREMAINE LLP |
| 2 | | |
| 3 | | By  /s/ Martin L. Fineman |
| | | Martin L. Fineman |
| 4 | | Attorneys for Defendant |
| | | Washington Mutual, Inc. |