Joseph N. Kravec, Jr. *(Admitted Pro Hac Vice)*
SPECTER SPECTER EVANS
 & MANOGUE, P.C.
The 26th Floor Koppers Building
Pittsburgh, Pennsylvania 15219
Tel:  (412) 642-2300
Fax:  (412) 642-2309
E-mail: jnk@ssem.com

Michael D. Braun (167416)
BRAUN LAW GROUP, P.C.
12304 Santa Monica Blvd., Suite 109
Los Angeles, CA 90025
Tel:  (310) 442-7755
Fax:  (310) 442-7756
E-mail: service@braunlawgroup.com

Ira Spiro (67641)
SPIRO MOSS BARNESS, LLP
11377 West Olympic Blvd., Fifth Floor
Los Angeles, CA 90064-1683
Tel:  (310) 235-2468
Fax:  (310) 235-2456
E-mail: ira@spiromoss.com

Janet Lindner Spielberg (221926)
LAW OFFICES OF JANET
LINDNER SPIELBERG
12400 Wilshire Blvd., Suite 400
Los Angeles, CA 90025
Tel:  (310) 392-8801
Fax:  (310) 278-5938
E-mail: jlspielberg@jlslp.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL, INC., a Washington corporation; FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER'S SERVICE, INC.,<br><br>Defendants. | CASE NO.: 5:08-CV-00868 (HRL)<br><br>**CLASS ACTION**<br><br>STIPULATION AND [PROPOSED] ORDER RE: (1) EXTENDING TIME TO FILE AN AMENDED COMPLAINT; (2) MODIFYING THE CASE MANAGEMENT CONFERENCE DATE |

1  WHEREAS, on March 11, 2008, the parties agreed and stipulated that Plaintiffs would file their amended complaint on or about March 19, 2008 and Defendants would thereafter have thirty days to answer or otherwise respond;

4  WHEREAS, on March 14, 2008, this Court entered an order requring plaintiffs to file an amended complaint by March 19, 2008; providing Defendants thirty days to answer or otherwise respond; and setting the intial case management conference for May 17, 2008;

7  WHEREAS, Plaintiffs' complaint pleads a violation of the Consumers Legal Remedies Act, California Civil Code § 1750, *et seq.* (the "CLRA");

9  WHEREAS, in conjunction with the filing of the complaint, Plaintiffs notified Defendants in writing of the particular violations of *Civil Code* § 1770 alleged in the complaint and provided them thirty days to properly respond before Plaintiffs would amend their complaint to seek damages as provided for in *Civil Code* § 1780;

13  WHEREAS, the thirty day period to respond provided by *Civil Code* § 1782(b) will not expire until aproximately March 28, 2008;

15  WHEREAS, in consideration of the new date on which Plaintiffs propose to file the amended complaint and the professional and personal schedules of counsel and the parties, the Defendants seek an additional four days, until May 2, 2008, to answer or otherwise respond;

18  WHEREAS, on March 14, 2008, the Court also set an intial case management conference for May 17, 2008, which is a Saturday;

20  WHEREAS, counsel has been subsequently informed by chambers that the May 17th date was a typographical error and the correct date for the initial status conference is May 27, 2008;

22  WHEREAS, this case was originally filed on January 25, 2008 and to date no responsive pleadings have been made or motions filed.

24  WHEREAS, counsel have met and conferred on these matters and agree that providing Plaintiff a nine day extension in which to file an amended complaint; providing Defendants a four day extension to answer or otherwise respond and resetting the initial case management conference would not be prejudicial to either party and would further promote judicial efficiency;

28  / / /

IT IS HEREBY STIPULATED by the parties, by and through their undersigned counsel, that:

(1) Plaintiffs will file their amended complaint on or before March 28, 2008.

(2) Defendants will answer or otherwise respond on or before May 2, 2008.

(3) The initial case management conference will be on May 27, 2008.

Dated: March 19, 2008

BRAUN LAW GROUP, P.C.

By: /s/ Michael D. Braun
Michael D. Braun
12304 Santa Monica Blvd., Suite 109
Los Angeles, CA 90025
Tel: (310) 442-7755
Fax: (310) 442-7756

Attorneys for Plaintiffs

Dated: March 19, 2008

DAVIS WRIGHT TREMAINE LLP

By: /s/ Stephen M. Rummage
Stephen M. Rummage, Pro Hac Vice
Martin L. Fineman, SBN 104413
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Defendant
Washington Mutual, Inc.

| | | |
|---|---|---|
| 1  Dated: March 19, 2008 | | MCDONOUGH HOLLAND & ALLEN PC |
| 2 | | |
| 3 | By: | /s/ Michael T. Fogarty |
| 4 | | Michael T. Fogarty, SBN 65809<br>Laura J. Fowler, SBN 186097 |
| 5 | | 555 Capitol Mall, 9th Floor<br>Sacramento, CA 95814 |
| 6 | | Telephone:   (916) 444-3900<br>Facsimile:    (916) 444-3249 |
| 7 | | |
| 8 | | Attorneys for Defendant<br>First American eAppraiseIT |
| 9  Dated: March 19, 2008 | | DEWEY & LEBOEUF LLP |
| 10 | | |
| 11 | | |
| 12 | By: | /s/ Kris Hue Chau Man |
| 13 | | Kris Hue Chau Man, SBN 246008<br>One Embarcadero Center, Suite 400<br>San Francisco, CA 94111 |
| 14 | | Telephone:   (415) 951-1137<br>Facsimile:    (415) 438-1137 |
| 15 | | Attorneys for Defendant<br>Lender's Services, Inc. |

## [PROPOSED] ORDER

PURSUANT TO THE PARTIES' STIPULATION, THE COURT HEREBY ORDERS AS FOLLOWS:

(1) Plaintiffs will file their amended complaint on or before March 28, 2008.

(2) Defendants will answer or otherwise respond on or before May 2, 2008.

(3) The initial case management conference will be on May 27, 2008.

Dated:_____, 2008

_____
Hon. Howard R. Lloyd
United States Magistrate Judge