AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

SIDNEY SCHOLL and FELTON A. SPEARS, JR., on behalf of themselves and all others similarly situated,
    Plaintiffs,

v.

WASHINGTON MUTUAL, INC., a Washington corporation; WASHINGTON MUTUAL BANK, FA (aka WASHINGTON MUTUAL BANK); FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER'S SERVICE, INC.,
    Defendants.

Civil Action No. 5:08-CV-00868 (HRL)

## Summons in a Civil Action

TO:

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Joseph N. Kravec, Jr.
SPECTER SPECTER EVANS & MANOGUE, P.C.
The 26th Floor Koppers Bldg.
Pittsburgh, PA 15219

Michael D. Braun
BRAUN LAW GROUP, P.C.
12304 Santa Monica Blvd.
Suite 109
Los Angeles, California 90025

Janet Lindner Spielberg
LAW OFFICES OF JANET LINDNER SPIELBERG
12400 Wilshire Blvd., #400
Los Angeles, CA 90025

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 4/1/8

Richard W. Wieking
Name of clerk of court

_Betty Walton_
Deputy clerk's signature

***
(plaintiffs' attorneys continued)

Ira Spiro
SPIRO MOSS BARNESS LLP
11377 Wilshire Boulevard, 5th Flr.
Los Angeles, CA 90064

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)