1  MARGARET A. KEANE (State Bar No. 255378)
   mkeane@dl.com
2  KRIS H. MAN (State Bar No. 246008)
   kman@dl.com
3  DEWEY & LEBOEUF LLP
   One Embarcadero Center
4  Suite 400
   San Francisco, CA  94111-3619
5  Telephone: (415) 951-1100
   Facsimile:  (415) 951-1180
6
   Attorneys for Defendant
7  *LSI Appraisal, LLC*

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11
   SIDNEY SCHOLL and                          )   Case No. 5:08-cv-00868 (HRL)
12 FELTON A. SPEARS, JR., on behalf of        )
   themselves and all others similarly situated, )   CLASS ACTION
13                                             )
                    Plaintiffs,                )   Honorable Howard R. Lloyd
14                                             )
        vs.                                    )
15                                             )
   WASHINGTON MUTUAL, INC.,                    )
16 a Washington corporation;                   )   **NOTICE OF APPEARANCE**
   WASHINGTON MUTUAL BANK, FA                  )
17 (aka WASHINGTON MUTUAL BANK);               )
   FIRST AMERICAN EAPPRAISEIT,                 )
18 a Delaware corporation; and                 )
   LENDER'S SERVICE, INC.,                     )
19                                             )
                    Defendants.                )
20 _____ )

21

22      PLEASE TAKE NOTICE THAT Margaret A. Keane and Kris Man of Dewey & LeBoeuf

23 LLP, located at One Embarcadero Center, Suite 400, San Francisco, California  94111, will appear

24 as counsel of record for Defendant LSI Appraisal, LLC[1] in the above-captioned matter.

25

26 _____

27 [1]  Plaintiffs erroneously named Lender's Service, Inc. as a defendant.  Lender's Service, Inc. is the former name of the
   entity now operating as LSI Appraisal, LLC.

28

1

2  Dated: April 3, 2008               DEWEY & LEBOEUF LLP

3
                                     By:___/s/____Kris Man_____
4                                         MARGARET A. KEANE
                                          KRIS MAN
5                                         DEWEY & LEBOEUF LLP
                                          One Embarcadero Center
6                                         Suite 400
                                          San Francisco, CA 94111-3619
7                                         Telephone: (415) 951-1100
                                          Facsimile: (415) 951-1180
8
                                     Attorneys for Defendant, *LSI Appraisal, LLC*
9

10

11

12                              **PROOF OF SERVICE**

13        I declare that I am over the age of eighteen (18) years and not a party to this action. My

14  business address is: Dewey & LeBoeuf LLP, One Embarcadero Center, Suite 400, San Francisco,

15  CA 94111.

16        On April 3, 2008, the foregoing **Notice of Appearance** was filed with the Clerk of the Court

17  using the Official Court Electronic Case Filing System ("ECF System"). The ECF System is

18  designed to automatically generate an e-mail message, with a link to the filed document(s), to all

19  parties in the case registered for electronic filing, which constitutes service.

20        Executed on April 3, 2008 at San Francisco, California.

21

22
                                          __/s/___Kris Man_____
23                                        KRIS MAN

24

25  SF222372.1

26

27

28                                         2
                              NOTICE OF APPEARANCE