MARGARET A. KEANE (State Bar No. 255378)
mkeane@dl.com
KRIS H. MAN (State Bar No. 246008)
kman@dl.com
DEWEY & LEBOEUF LLP
One Embarcadero Center
Suite 400
San Francisco, CA 94111-3619
Telephone: (415) 951-1100
Facsimile: (415) 951-1180

Attorneys for Defendant
*LSI Appraisal, LLC*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIDNEY SCHOLL and FELTON A. SPEARS, JR., on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>WASHINGTON MUTUAL, INC., a Washington corporation; WASHINGTON MUTUAL BANK, FA (aka WASHINGTON MUTUAL BANK); FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER'S SERVICE, INC.,<br><br>　　　　　　　Defendants. | Case No. 5:08-cv-00868 (HRL)<br><br>CLASS ACTION<br><br>Honorable Howard R. Lloyd<br><br><br><br>**NOTICE OF APPEARANCE** |

　　　PLEASE TAKE NOTICE THAT Margaret A. Keane of Dewey & LeBoeuf LLP, located at One Embarcadero Center, Suite 400, San Francisco, California 94111, will appear as counsel of record for Defendant LSI Appraisal, LLC[1] in the above-captioned matter.

///

---

[1] Plaintiffs erroneously named Lender's Service, Inc. as a defendant. Lender's Service, Inc. is the former name of the entity now operating as LSI Appraisal, LLC.

Dated: April 3, 2008               DEWEY & LEBOEUF LLP

By: /s/   Margaret A. Keane
    MARGARET A. KEANE
    mkeane@dl.com
    DEWEY & LEBOEUF LLP
    One Embarcadero Center
    Suite 400
    San Francisco, CA 94111-3619
    Telephone: (415) 951-1100
    Facsimile: (415) 951-1180

Attorneys for Defendant, *LSI Appraisal, LLC*

## PROOF OF SERVICE

I declare that I am over the age of eighteen (18) years and not a party to this action. My business address is: Dewey & LeBoeuf LLP, One Embarcadero Center, Suite 400, San Francisco, CA 94111.

On April 3, 2008, the foregoing **Notice of Appearance** was filed with the Clerk of the Court using the Official Court Electronic Case Filing System ("ECF System"). The ECF System is designed to automatically generate an e-mail message, with a link to the filed document(s), to all parties in the case registered for electronic filing, which constitutes service.

Executed on April 3, 2008 at San Francisco, California.


                          /s/   Margaret A. Keane
                          MARGARET A. KEANE

SF222385.1