1 | THACHER PROFFITT & WOOD LLP
2 | PATRICK J. SMITH (*Pro Hac Vice,* SBN 2402394NY)
| Two World Financial Center
3 | New York, NY 10281
| Phone: 212.912.7400
4 | Fax: 212.912.7751

5 | Attorneys for Defendant First American eAppraiseIT

**Filed**

APR 1 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated, | CASE NO.: 5:08-CV-00868 (HRL) |
| | **Honorable Howard R. Lloyd** |
| Plaintiff, | **CLASS ACTION** |
| v. | **APPLICATION FOR ADMISSION OF PATRICK J. SMITH *PRO HAC VICE*** |
| WASHINGTON MUTUAL, INC., a Washington corporation; FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER'S SERVICE, INC., | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

Pursuant to Civil L.R. 11-3, Patrick J. Smith, an active member in good standing of the bar of the United States District Court for the Southern District of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the Defendant First American eAppraiseIT in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electrical Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

**MHA**
McDonough Holland & Allen PC
Attorneys at Law

1083314v1 36887/0002

1        3.    An attorney who is a member of the bar of this Court in good standing and who

2    maintains an office within the State of California has been designated as co-counsel in the above-

3    entitled action. The name, address and telephone number of that attorney is:

4        Michael T. Fogarty
    MCDONOUGH HOLLAND & ALLEN PC

5        555 Capitol Mall, 9th Floor
    Sacramento, CA 95814-4692

6        Tel: (916) 444-3900

7        I declare under penalty of perjury that the foregoing is true and correct.

8

9    DATED:  April 3, 2008

10

11                           THACHER PROFFITT & WOOD LLP

12

13                           By: _____

                             PATRICK J. SMITH

14

15                           Attorneys for Defendant First American
                        eAppraiseIT

16

17

18

19

20

21

22

23

24

25

26

27

28

**MHA**
McDonough Holland & Allen PC
Attorneys at Law

APPLICATION FOR ADMISSION OF PATRICK J. SMITH PRO HAC VICE

1083314v1 36887/0002