1  THACHER PROFFITT & WOOD LLP
   RICHARD F. HANS (*Pro Hac Vice*, SBN 2593200NY)
2  Two World Financial Center
   New York, NY 10281
3  Phone: 212.912.7400
   Fax:   212.912.7751
4
5  Attorneys for Defendant First American eAppraiseIT
6
7

*Filed*

APR 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

8              UNITED STATES DISTRICT COURT
9             NORTHERN DISTRICT OF CALIFORNIA
10                 SAN JOSE DIVISION

11 FELTON A. SPEARS, JR. and SIDNEY       ) CASE NO.: 5:08-CV-00868 (HRL)
12 SCHOLL, on behalf of themselves and all )
   others similarly situated,              ) **Honorable Howard R. Lloyd**
13                                          )
                   Plaintiff,               ) **CLASS ACTION**
14                                          )
          v.                                ) **APPLICATION FOR ADMISSION OF**
15                                          ) **RICHARD F. HANS *PRO HAC VICE***
   WASHINGTON MUTUAL, INC., a               )
16 Washington corporation; FIRST AMERICAN  ) **DEMAND FOR JURY TRIAL**
   EAPPRAISEIT, a Delaware corporation; and )
17 LENDER'S SERVICE, INC.,                  )
                                            )
18                 Defendant.               )
                                            )
19      Pursuant to Civil L.R. 11-3, Richard F. Hans, an active member in good standing of the bar
20 of the United States District Court for the Southern District of New York, hereby applies for
21 admission to practice in the Northern District of California on a *pro hac vice* basis representing the
22 Defendant First American eAppraiseIT in the above-entitled action.
23      In support of this application, I certify on oath that:
24      1.    I am an active member in good standing of a United States Court or of the highest
25 court of another State or the District of Columbia, as indicated above;
26      2.    I agree to abide by the Standards of Professional Conduct set fourth in Civil Local
27 Rule 11-4, to comply with General Order No. 45, Electrical Case Filing, and to become familiar with
28 the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

1
APPLICATION FOR ADMISSION OF RICHARD F. HANS PRO HAC VICE

1083318v1 36887/0002

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Michael T. Fogarty
MCDONOUGH HOLLAND & ALLEN PC
555 Capitol Mall, 9th Floor
Sacramento, CA 95814-4692
Tel: (916) 444-3900

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 31, 2008

THACHER PROFFITT & WOOD LLP

By: _____
RICHARD F. HANS

Attorneys for Defendant First American
eAppraiseIT

APPLICATION FOR ADMISSION OF RICHARD F. HANS PRO HAC VICE

1083318v1 36887/0002