1  THACHER PROFFITT & WOOD LLP
   KERRY FORD CUNNINGHAM (*Pro Hac Vice*, SBN 2862126NY)
2  Two World Financial Center
   New York, NY 10281
3  Phone: 212.912.7400
   Fax:   212.912.7751
4

5  Attorneys for Defendant First American eAppraiseIT

6

*Filed*
APR 1 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10             SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated, | CASE NO.: 5:08-CV-00868 (HRL) |
| | **Honorable Howard R. Lloyd** |
| Plaintiff, | **CLASS ACTION** |
| v. | **APPLICATION FOR ADMISSION OF KERRY FORD CUNNINGHAM *PRO HAC VICE*** |
| WASHINGTON MUTUAL, INC., a Washington corporation; FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER'S SERVICE, INC., | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

Pursuant to Civil L.R. 11-3, Kerry Ford Cunningham, an active member in good standing of the bar of the United States District Court for the Southern District of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the Defendant First American eAppraiseIT in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set fourth in Civil Local Rule 11-4, to comply with General Order No. 45, Electrical Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Michael T. Fogarty
McDONOUGH HOLLAND & ALLEN PC
555 Capitol Mall, 9th Floor
Sacramento, CA 95814-4692
Tel: (916) 444-3900

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 31, 2008

THACHER PROFFITT & WOOD LLP

By: _____
KERRY FORD CUNNINGHAM

Attorneys for Defendant First American eAppraiseIT