RECEIVED

APR 1 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FELTON A. SPEARS, JR. and SIDNEY
SCHOLL, on behalf of themselves and all
others similarly situated,

                    Plaintiff,

    v.

WASHINGTON MUTUAL, INC., a
Washington corporation; FIRST AMERICAN
EAPPRAISEIT, a Delaware corporation; and
LENDER'S SERVICE, INC.,

                    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.: 5:08-CV-00868 (HRL)

**Honorable Howard R. Lloyd**

**[PROPOSED]**

**ORDER GRANTING APPLICATION
FOR ADMISSION OF KERRY FORD
CUNNINGHAM *PRO HAC VICE***

      Kerry Ford Cunningham, an active member in good standing of the bar of the United States District Court for the Southern District of New York whose business address and telephone number is Thacher Proffitt & Wood LLP, Two World Financial Center, New York, New York 10281, (212) 912-7400, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant First American eAppraiseIT.

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electrical Case Filing.

DATED: _____

                                _____
                                  HONORABLE HOWARD R. LLOYD
                                  UNITED STATES DISTRICT COURT JUDGE

**MHA**
McDonough Holland & Allen PC
Attorneys at Law

[PROPOSED] ORDER FOR ADMISSION OF CUNNINGHAM PRO HAC VICE

1083339v1 36887/0002