1  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
2  MICHAEL T. FOGARTY (#065809)
   LAURA J. FOWLER (#186097)
3  555 Capitol Mall, 9th Floor
   Sacramento, CA 95814
4  Phone: 916.444.3900
   Fax:    916.444.3249
5

6  Attorneys for Defendants The First American
   Corporation and eAppraiseIT, LLC
7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 JENIFFER WERTZ,                       )    Case No. 2:08cv00317 GEB KJM
                                          )
12                  Plaintiff,            )    **PROOF OF SERVICE**
                                          )
13      v.                                )
                                          )
14 WASHINGTON MUTUAL BANK; FIRST         )
   AMERICAN CORPORATION; FIRST           )
15 AMERICAN EAPPRAISEIT; LENDERS         )
   SERVICES, INC., DBA LSI; FIDELITY     )
16 NATIONAL INFORMATION SERVICES,        )
   INC.; SUSAN RICHTER, AN INDIVIDUAL;   )
17 DOES 1-100, INCLUSIVE,                )
                                          )
18                  Defendants.           )
                                          )
19

[Filed stamp: APR 10 2008, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE]

CASE TITLE:    *Wertz v. Washington Mutual Bank, et al.*

COURT/CASE NO:    U.S.D.C., Eastern Dist., Case No. 2:08 CV 00317 GEB KJM

## PROOF OF SERVICE

I am employed in the County of Sacramento; my business address is 555 Capitol Mall, 9th Floor, Sacramento, California 95814. I am over the age of eighteen years and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On April 9, 2008, I served the within:

1. **Application for Admission of Jeffrey D. Rotenberg Pro Hac Vice; and Order Granting Application for Admission of Jeffrey D. Rotenberg Pro Hac Vice;**

2. **Application for Admission of Richard F. Hans Pro Hac Vice; and Order Granting Application for Admission of Richard F. Hans Pro Hac Vice;**

3. **Application for Admission of Kerry Ford Cunningham Pro Hac Vice; and Order Granting Application for Admission of Kerry Ford Cunningham Pro Hac Vice;**

4. **Application for Admission of Patrick J. Smith Pro Hac Vice; and Order Granting Application for Admission of Patrick J. Smith Pro Hac Vice.**

[X] **by mail** on the following party(ies) in said action, in accordance with Code of Civil Procedure § 1013a(3), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At McDonough Holland & Allen PC, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Sacramento, California.

[ ] **by personally delivering** a true copy thereof, in accordance with Code of Civil Procedure § 1011, to the person(s) and at the address(es) set forth below.

[ ] **by overnight delivery** on the following party(ies) in said action, in accordance with Code of Civil Procedure § 1013(c), by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, and delivering that envelope to an overnight express service carrier as defined in Code of Civil Procedure § 1013(c)..

[ ] **by facsimile transmission**, in accordance with Code of Civil Procedure § 1013(e), to the following party(ies) at the facsimile number(s) indicated:

SEE ATTACHED SERVICE LIST.

MHA
McDonough Holland & Allen PC
Attorneys at Law

PROOF OF SERVICE

1086176v1 36887/0001

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 9, 2008, at Sacramento, California.

*Elizabeth P. Kastern*
ELIZABETH P. KASTERN

## SERVICE LIST

| | |
|---|---|
| Stephen F. Danz<br>STEPHEN DANZ & ASSOCIATES<br>11661 San Vicente, Suite 500<br>Los Angeles, CA 90049<br>t: 310.207.4568<br>f: 310.207.5006 | *Attorneys for Plaintiff*<br>*JENNIFER WERTZ* |
| Gregory A. Thybergz<br>ATTORNEY AT LAW<br>101 Parkshore Drive, Suite 100<br>Folsom, CA 95630<br>t: 916.932.2901 | *Attorneys for Plaintiff*<br>*JENNIFER WERTZ* |
| Barry R. Ostrager<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>t: 212.455.2000<br>f: 212.455.2502 | *Attorneys for Defendants*<br>*WASHINGTON MUTUAL BANK;*<br>*SUSAN RICHTER* |
| Robert J. Pfister<br>Gabriel D. Miller<br>SIMPSON THACHER & BARTLETT LLP<br>1999 Avenue of the Stars, 29th Floor<br>Los Angeles, CA 90067<br>t: 310.407.7500<br>f: 310.407.7502 | *Attorneys for Defendants*<br>*WASHINGTON MUTUAL BANK;*<br>*SUSAN RICHTER* |
| Margaret A. Keane<br>Kris Man<br>DEWEY & LEBOEUF LLP<br>One Embarcadero Center, Suite 400<br>San Francisco, CA 94111-3619<br>t: 415.951.1100<br>f: 415.951.1180 | *Attorneys for Defendants*<br>*LENDER'S SERVICES, INC.;*<br>*FIDELITY NATIONAL*<br>*INFORMATION SERVICES* |