STEPHEN M. RUMMAGE (*pro hac vice application pending*)
steverummage@dwt.com
JONATHAN M. LLOYD (*pro hac vice application pending*)
jonathanlloyd@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone: (206) 622-3150
Facsimile (206) 757-7700

MARTIN L. FINEMAN (California State Bar No. 104413)
martinfineman@dwt.com
SAM N. DAWOOD (California State Bar No. 178862)
samdawood@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:(415) 276-6500
Facsimile:(415) 276-6599

*Attorneys for Defendant*
*Washington Mutual, Inc.*

FILED
2008 APR 15 A 11: 53
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Fee Paid

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON MUTUAL, INC., a Washington corporation; FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER'S SERVICE, INC.,<br><br>Defendants. | Case No. C08 00868 HRL<br><br>**PRO HAC VICE APPLICATION FOR JONATHAN M. LLOYD**<br><br>Courtroom: 2<br>Before the Hon. Howard R. Lloyd |

Pursuant to Civil L.R. 11-3, Jonathan M. Lloyd, an active member in good standing of the State Bar of Washington, Bar No. 37413, and the U.S. District Court for the Western District of

1

Washington, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant Washington Mutual.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court and of the highest court of another State as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above entitled action. The name, address and telephone number of the attorney is:

Martin L. Fineman, California State Bar No. 104413, Davis Wright Tremaine LLP, 505 Montgomery St., Suite 800, San Francisco, CA 94111, Telephone: (415) 276-6500.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Seattle, Washington this 11th day of April, 2008.

_____
Jonathan M. Lloyd