1  STEPHEN M. RUMMAGE (*pro hac vice application pending*)
   steverummage@dwt.com
2  JONATHAN M. LLOYD (*pro hac vice application pending*)
   jonathanlloyd@dwt.com
3  DAVIS WRIGHT TREMAINE LLP
4  1201 Third Avenue, Suite 2200
   Seattle, Washington 98101-3045
5  Telephone: (206) 622-3150
   Facsimile (206) 757-7700

6  MARTIN L. FINEMAN (California State Bar No. 104413)
7  martinfineman@dwt.com
   SAM N. DAWOOD (California State Bar No. 178862)
8  samdawood@dwt.com
   DAVIS WRIGHT TREMAINE LLP
9  505 Montgomery Street, Suite 800
   San Francisco, California 94111-6533
10 Telephone:(415) 276-6500
   Facsimile:(415) 276-6599

12 *Attorneys for Defendant*
   *Washington Mutual, Inc.*

RECEIVED
2008 APR 15 AM 11:53
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

DAVIS WRIGHT TREMAINE LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON MUTUAL, INC., a Washington corporation; FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER'S SERVICE, INC.,<br><br>Defendants. | Case No. C08 00868 HRL<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE OF JONATHAN M. LLOYD**<br><br>Courtroom: 2<br>Before the Hon. Howard R. Lloyd |

Jonathan M. Lloyd, an active member in good standing of the bar of the State of Washington, Bar No. 37413, whose business address and telephone number are Davis Wright Tremaine LLP, 1201 Third Avenue, Suite 2200, Seattle Washington 98101-3045, Telephone

(206) 622-3150, Facsimile: (206) 757-7700, E-Mail: jonathanlloyd@dwt.com, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant Washington Mutual,

IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

IT IS SO ORDERED.

Dated: April ___, 2008.

_____
The Honorable Howard R. Lloyd
United States District Magistrate