```
 1  STEPHEN M. RUMMAGE (pro hac vice application pending)
      steverummage@dwt.com
 2  JONATHAN M. LLOYD (pro hac vice application pending)
      jonathanlloyd@dwt.com
 3  DAVIS WRIGHT TREMAINE LLP
    1201 Third Avenue, Suite 2200
 4  Seattle, Washington 98101-3045
    Telephone: (206) 622-3150
 5  Facsimile (206) 757-7700

 6  MARTIN L. FINEMAN (California State Bar No. 104413)    *ORDER E-FILED 4/16/2008*
      martinfineman@dwt.com
 7  SAM N. DAWOOD (California State Bar No. 178862)
      samdawood@dwt.com
 8  DAVIS WRIGHT TREMAINE LLP
 9  505 Montgomery Street, Suite 800
    San Francisco, California 94111-6533
10  Telephone:(415) 276-6500
    Facsimile:(415) 276-6599
11
    Attorneys for Defendant
12  Washington Mutual, Inc.
```

RECEIVED  
2008 APR 15  AM 11:53  
RICHARD W. WIEKING  
CLERK  
U.S. DISTRICT COURT  
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON MUTUAL, INC., a Washington corporation; FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER'S SERVICE, INC.,<br><br>Defendants. | Case No. C08 00868 HRL<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF JONATHAN M. LLOYD<br><br>Courtroom: 2<br>Before the Hon. Howard R. Lloyd |

Jonathan M. Lloyd, an active member in good standing of the bar of the State of Washington, Bar No. 37413, whose business address and telephone number are Davis Wright Tremaine LLP, 1201 Third Avenue, Suite 2200, Seattle Washington 98101-3045, Telephone

1

(206) 622-3150, Facsimile: (206) 757-7700, E-Mail: jonathanlloyd@dwt.com, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant Washington Mutual,

IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

IT IS SO ORDERED.

Dated: April 16, 2008.

_____
The Honorable Howard R. Lloyd
United States ~~District~~ Magistrate