STEPHEN M. RUMMAGE (*pro hac vice application pending*)
steverummage@dwt.com
JONATHAN M. LLOYD (*pro hac vice application pending*)
jonathanlloyd@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone: (206) 622-3150
Facsimile (206) 757-7700

MARTIN L. FINEMAN (California State Bar No. 104413)
martinfineman@dwt.com
SAM N. DAWOOD (California State Bar No. 178862)
samdawood@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:(415) 276-6500
Facsimile:(415) 276-6599

*Attorneys for Defendant*
*Washington Mutual, Inc.*

RECEIVED
2008 APR 15 AM 11: 50
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

*ORDER E-FILED 4/16/2008*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

WASHINGTON MUTUAL, INC., a Washington corporation;
FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and
LENDER'S SERVICE, INC.,

Defendants.

Case No. C08 00868 HRL

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF STEPHEN M. RUMMAGE

Courtroom: 2
Before the Hon. Howard R. Lloyd

Stephen M. Rummage, an active member in good standing of the bar of the State of Washington, Bar No. 11168, whose business address and telephone number are Davis Wright Tremaine LLP, 1201 Third Avenue, Suite 2200, Seattle Washington 98101-3045, Telephone

1

(206) 622-3150, Facsimile: (206) 757-7700, E-Mail: steverummage@dwt.com, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant Washington Mutual,

IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

IT IS SO ORDERED.

Dated: April 16, 2008.

_____
The Honorable Howard R. Lloyd
United States ~~District~~ Magistrate