STEPHEN M. RUMMAGE (*pro hac vice application pending*)
  steverummage@dwt.com
JONATHAN M. LLOYD (*pro hac vice application pending*)
  jonathanlloyd@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone: (206) 622-3150
Facsimile (206) 757-7700

MARTIN L. FINEMAN (California State Bar No. 104413)
  martinfineman@dwt.com
SAM N. DAWOOD (California State Bar No. 178862)
  samdawood@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:(415) 276-6500
Facsimile:(415) 276-6599

*Attorneys for Defendant*
*Washington Mutual, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON MUTUAL, INC., a Washington corporation; FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER'S SERVICE, INC.,<br><br>Defendants. | Case No. C08 00868 HRL<br><br>**PROOF OF SERVICE** |

**Proof of Service**

I declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800 San Francisco, California 94111.

I caused to be served the following documents:

*PRO HAC VICE* APPLICATION FOR STEPHEN M. RUMMAGE;

*PRO HAC VICE* APPLICATION FOR JONATHAN M. LLOYD;

ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE OF STEPHEN M. RUMMAGE

ORDER GRANTING APPLICATION FOR *ADMISSION PRO HAC VICE* OF JONATHAN M. LLOYD

I caused the above document to be served on each person listed below by the following means and as indicated below:

| | |
|---|---|
| Kerry Ford Cunningham<br>Thacher Proffitt & Wood LLP<br>Two World Financial Center<br>New York, NY 10281 | Richard F Hans<br>Thacher Proffitt & Wood LLP<br>Two World Financial Center<br>New York, NY 10281 |
| Kris H Man<br>Dewey and LeBoeuf LLP<br>One Embarcadero Center<br>Suite 400<br>San Francisco, CA 94111-3619 | Jeffrey D Rotenberg<br>Patrick J Smith<br>Thacher Proffitt & Wood LLP<br>Two World Financial Center<br>New York, NY 10281 |

I enclosed a true and correct copy of said document in an envelope and caused it to be delivered to the United States Post Office for mailing by U.S. Mail on April 16, 2008, following the ordinary business practice.

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on April 16, 2008, at San Francisco, California.

_____
Edith Shertz