McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
MICHAEL T. FOGARTY (#065809)
LAURA J. FOWLER (#186097)
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone: 916.444.3900
Fax:    916.444.3249

THACHER PROFFITT & WOOD LLP
JEFFREY D. ROTENBERG (*Pro Hac Vice,* SBN 3984994NY)
KERRY FORD CUNNINGHAM (*Pro Hac Vice*, SBN 2862126NY)
PATRICK J SMITH (*Pro Hac Vice*, SBN 2402394NY)
RICHARD F HANS (*Pro Hac Vice*, SBN 2593200NY)
Two World Financial Center
New York, NY  10281
Phone: 212.912.7400
Fax:    212.912.7751

Attorneys for Defendant First American eAppraiseIT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON MUTUAL, INC., a Washington corporation; FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER'S SERVICE, INC., <br><br> Defendants. | CASE NO.:  5:08-CV-00868 (HRL) <br><br> **PROOF OF SERVICE** |

| | |
|---|---|
| CASE TITLE: | *Felton A. Spears, Jr., et al. v. Washington Mutual Inc., et al.* |
| COURT/CASE NO: | U.S.D.C., Northern Dist., San Jose Div., Case No. 5:08-cv-00868 (HRL) |

## PROOF OF SERVICE

I am employed in the County of Sacramento; my business address is 555 Capitol Mall, 9th Floor, Sacramento, California 95814. I am over the age of eighteen years and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On April 17, 2008, I served the within:

1. **ORDER GRANTING APPLICATION FOR ADMISSION OF JEFFREY D. ROTENBERG PRO HAC VICE;**

2. **ORDER GRANTING APPLICATION FOR ADMISSION OF PATRICK J. SMITH PRO HAC VICE ;**

3. **ORDER GRANTING APPLICATION FOR ADMISSION OF RICHARD F. HANS PRO HAC VICE;**

4. **ORDER GRANTING APPLICATION FOR ADMISSION OF KERRY FORD CUNNINGHAM PRO HAC VICE.**

[X] **by mail** on the following party(ies) in said action, in accordance with Code of Civil Procedure § 1013a(3), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At McDonough Holland & Allen PC, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Sacramento, California.

[ ] **by personally delivering** a true copy thereof, in accordance with Code of Civil Procedure § 1011, to the person(s) and at the address(es) set forth below.

[ ] **by overnight delivery** on the following party(ies) in said action, in accordance with Code of Civil Procedure § 1013(c), by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, and delivering that envelope to an overnight express service carrier as defined in Code of Civil Procedure § 1013(c)..

[ ] **by facsimile transmission**, in accordance with Code of Civil Procedure § 1013(e), to the following party(ies) at the facsimile number(s) indicated:

**SEE ATTACHED SERVICE LIST.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1     Executed on April 17, 2008, at Sacramento, California.

                                                        _/s/ Elizabeth P. Kastern_
                                                         ELIZABETH P. KASTERN

## SERVICE LIST

| | |
|---|---|
| Ira Spiro<br>Robert Ira Spiro<br>Spiro Moss Barness LLP<br>11377 W. Olympic Blvd., 5th Floor<br>Los Angeles, CA 9 0064-1683<br>Ph:   310-235-2468<br>Fax: 310-235-2456 | Attorneys for Plaintiffs<br>Felton A. Spears, Jr. and Sidney Scholl |
| Janet Lindner Spielberg<br>Law Offices of Janet Lindner Spielberg<br>12400 Wilshire Boulevard, Suite 400<br>Los Angeles, CA  90025<br>Ph:   310-392-8801<br>Fax: 310-278-5938 | Attorneys for Plaintiffs<br>Felton A. Spears, Jr. and Sidney Scholl |
| Joseph N. Kravec, Jr.<br>Specter Specter Evans & Manogue, P.C.<br>Koppers Building<br>436 Seventh Avenue, 26th Floor<br>Pittsburgh, PA  15219<br>Ph:   412-642-2300<br>Fax: 412-642-2309 | Attorneys for Plaintiffs<br>Felton A. Spears, Jr. and Sidney Scholl |
| Michael David Braun<br>Braun Law Group, P.C.<br>12304 Santa Monica Boulevard, Suite 109<br>Los Angeles, CA  90025<br>Ph:   310-442-7755<br>Fax: 310-442-7756 | Attorneys for Plaintiffs<br>Felton A. Spears, Jr. and Sidney Scholl |
| Martin L. Fineman<br>Davis Wright Tremaine LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, CA  94111-6533<br>Ph:   415-276-6500<br>Fax: 415-276-6599 | Attorneys for Defendant<br>Washington Mutual, Inc. |
| Robert J. Pfister<br>Gabriel D. Miller<br>Simpson Thacher & Bartlett LLP<br>1999 Avenue of the Stars, 29th Floor<br>Los Angeles, CA 90067<br>Ph:   310.407.7500<br>Fax: 310.407.7502 | Attorneys for Defendant<br>Washington Mutual, Inc. |
| Margaret A. Keane<br>Kris Man<br>Dewey & Leboeuf LLP<br>One Embarcadero Center, Suite 400<br>San Francisco, CA 94111-3619<br>Ph:   415-951-1100<br>Fax: 415-951-1180 | Attorneys for Defendant<br>Lender Service, Inc. |


McDonough Holland & Allen PC
Attorneys at Law

3

PROOF OF SERVICE

1090823v1 36887/0002

| | |
|---|---|
| Jeffrey D Rotenberg<br>Kerry Ford Cunningham<br>Patrick J Smith<br>Richard F Hans<br>Thacher Proffitt & Wood LLP<br>Two World Financial Center<br>New York, NY 10281<br>Ph:   212-912-7400<br>Fax: 212-912-7751 | Attorneys *Pro Hac Vice* for Defendant<br>First American eAppraiseIT |