1  Joseph N. Kravec, Jr. *(Admitted Pro Hac Vice)*
   SPECTER SPECTER EVANS
2    & MANOGUE, P.C.
   The 26th Floor Koppers Building
3  Pittsburgh, Pennsylvania 15219
   Tel:   (412) 642-2300
4  Fax:   (412) 642-2309
   E-mail: jnk@ssem.com
5
   Michael D. Braun (167416)
6  BRAUN LAW GROUP, P.C.
   12304 Santa Monica Blvd., Suite 109
7  Los Angeles, CA 90025
   Tel:   (310) 442-7755
8  Fax:   (310) 442-7756
   E-mail: service@braunlawgroup.com
9
   Ira Spiro (67641)                              Janet Lindner Spielberg (221926)
10 SPIRO MOSS BARNESS, LLP                        LAW OFFICES OF JANET
   11377 West Olympic Blvd., Fifth Floor          LINDNER SPIELBERG
11 Los Angeles, CA 90064-1683                     12400 Wilshire Blvd., Suite 400
   Tel:   (310) 235-2468                          Los Angeles, CA 90025
12 Fax:   (310) 235-2456                          Tel:   (310) 392-8801
   E-mail: ira@spiromoss.com                      Fax:   (310) 278-5938
13                                                E-mail: jlspielberg@jlslp.com

14 *Attorneys for Plaintiffs*

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                          SAN JOSE DIVISION

18

19 | SIDNEY SCHOLL and FELTON A.            ) | CASE NO.: 5:08-CV-00868 (HRL)
   | SPEARS, JR., on behalf of themselves and )
20 | all others similarly situated,           ) | **CLASS ACTION**
                                              )
21 |            Plaintiffs,                   ) | **PROOF OF SERVICE OF NOTICE OF**
                                              ) | **VOLUNTARY DISMISSAL OF**
22 |     v.                                   ) | **DEFENDANT WASHINGTON MUTUAL,**
                                              ) | **INC.**
23 | WASHINGTON MUTUAL, INC.,                 )
   | a Washington corporation; WASHINGTON    )
24 | MUTUAL BANK, FA (aka WASHINGTON)
   | MUTUAL BANK); FIRST AMERICAN             )
25 | EAPPRAISEIT, a Delaware corporation;     )
   | and LENDER'S SERVICE, INC.,              )
26                                            )
   |            Defendants.                   )
27 | _____ )

28

# PROOF OF SERVICE

STATE OF CALIFORNIA       )
                          )ss.:
COUNTY OF LOS ANGELES     )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12304 Santa Monica Boulevard, Suite 109, Los Angeles, CA 90025.

On May 1, 2008, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Michael D. Braun, I filed and served the document(s) described as:

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WASHINGTON MUTUAL, INC.**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

| | |
|---|---|
| Janet Lindner Spielberg, Esq. | jlspielberg@jlslp.com |
| Joseph N. Kravec, Jr., Esq. | jnk@ssem.com |
| Ira Spiro, Esq. | ira@spiromoss.com |
| Martin L. Fineman, Esq. | martinfineman@dwt.com<br>edithshertz@dwt.com |
| Laura Jean Fowler, Esq. | lfowler@mhalaw.com<br>ekastern@mhalaw.com |
| Margaret Anne Keane, Esq. | mkeane@dl.com |
| Robert J. Pfister, Esq. | rpfister@stblaw.com<br>gdmiller@stblaw.com |
| Stephen Michael Rummage, Esq. | steverummage@dwt.com<br>jeannecadley@dwt.com |
| Robert J. Pfister, Esq. | rpfister@stblaw.com |

On May 1, 2008, I served the document(s) described as:

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WASHINGTON MUTUAL, INC.**

by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

///

///

///

1

| | |
|---|---|
| 1 | Margaret A. Keane, Esq. |
| | Kris Man, Esq. |
| 2 | DEWEY & LEBOEUF LLP |
| | One Embarcadero Center, Suite 400 |
| 3 | San Francisco, CA 94111 |
| | Tel:   (415) 951-1100 |
| 4 | Fax:   (415) 951-1180 |

Kerry Ford Cunningham, Esq.
Richard F. Hans, Esq.
THACHER PROFFITT & WOOD LLP
Two World Financial Center
New York, NY 10281

Jonathan M Lloyd , Esq.
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue
Suite 2200
Seattle, WA 98101-3045

I served the above document(s) as follows:

BY MAIL. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on May 1, 2008, at Los Angeles, California 90025.

/S/ LEITZA MOLINAR
Leitza Molinar

2