STEPHEN M. RUMMAGE (*pro hac vice*)
JONATHAN M. LLOYD (*pro hac vice*)
MARTIN L. FINEMAN (California State Bar No. 104413)
SAM N. DAWOOD (California State Bar No. 178862)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111-6533
Telephone:(415) 276-6500
Facsimile:(415) 276-6599
Email:martinfineman@dwt.com
       samdawood@dwt.com

Attorneys for Defendant Washington Mutual Bank

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SIDNEY SCHOLL and FELTON A. SPEARS, JR., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON MUTUAL, INC., a Washington corporation; WASHINGTON MUTUAL BANK, FA (aka WASHINGTON MUTUAL BANK); FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER'S SERVICE, INC.,<br><br>Defendants. | Case No. 5:08-cv-00868 HRL<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE OF SAM DAWOOD**<br><br>Courtroom:   2<br>Before the Hon. Howard R. Lloyd |

**PLEASE TAKE NOTICE THAT** Sam N. Dawood of Davis Wright Tremaine LLP, located at 505 Montgomery Street, Suite 800, San Francisco, California, will appear as counsel of record for Defendant Washington Mutual Bank in the above-captioned matter, in addition to the other attorneys from Davis Wright Tremaine LLP who have appeared to date.

/ /

/ /

1      Respectfully submitted this 2nd day of May, 2008.

2                                                   DAVIS WRIGHT TREMAINE LLP

By /s/ *Sam N. Dawood*
    Stephen M. Rummage, *pro hac vice*
    Jonathan M. Lloyd, *pro hac vice*
    Martin Fineman (Cal. Bar No. 104413)
    Sam N. Dawood (Cal. Bar No. 178862)

Attorneys for Defendant Washington Mutual Bank

DAVIS WRIGHT TREMAINE LLP

2
NOTICE OF APPEARANCE OF SAM DAWOOD
*Spears v. Washington Mutual, Inc.* Case No. C08 00868 HRL
SFO 404575v1 0017352-000001