**\*E-FILED 5/2/2008\***

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY SCHOLL and FELTON A. SPEARS, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WASHINGTON MUTUAL, INC., WASHINGTON MUTUAL BANK, FA; FIRST AMERICAN EAPPRAISEIT and LENDER'S SERVICE, INC.,<br><br>　　　　Defendants._____/ | No. C08-00868 HRL<br><br>**CLERK'S NOTICE RE DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |

PLEASE TAKE NOTICE THAT this case has been assigned to a Magistrate Judge. **No later than May 9, 2008**, each party shall file either a (1) Consent to Proceed Before a United States Magistrate Judge or (2) Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. Civ. L.R. 73-1(a). Copies of the forms are available from the Clerk of the Court or from the court's website at www.cand.uscourts.gov.

Dated:　May 2, 2008

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California

1. **5:08-cv-868 Notice has been electronically mailed to:**
2. Michael David Braun service@braunlawgroup.com
3. Sam Dawood samdawood@dwt.com, allanpatterson@dwt.com, pammaiwandi@dwt.com
4. Martin L. Fineman martinfineman@dwt.com, edithshertz@dwt.com
5. Laura Jean Fowler lfowler@mhalaw.com, ekastern@mhalaw.com
6. Margaret Anne Keane mkeane@dl.com
7. Joseph N. Kravec , Jr jnk@ssem.com
8. Robert J. Pfister rpfister@stblaw.com, gdmiller@stblaw.com
9. Stephen Michael Rummage steverummage@dwt.com, jeannecadley@dwt.com
10. Janet Lindner Spielberg jlspielberg@jlslp.com
11. Ira Spiro Ira@SpiroMoss.com
12. Robert Ira Spiro ira@spiromoss.com, jeanette@spiromoss.com
13. **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.