MARGARET A. KEANE (State Bar No. 255378)
mkeane@dl.com
KRIS H. MAN (State Bar No. 246008)
kman@dl.com
DEWEY & LEBOEUF LLP
One Embarcadero Center
Suite 400
San Francisco, CA  94111-3619
Telephone: (415) 951-1100
Facsimile:  (415) 951-1180

*Attorneys for Defendant*
*LSI Appraisal, LLC*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and , SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,<br><br>                         Plaintiffs,<br><br>          vs.<br><br>WASHINGTON MUTUAL, INC., a Washington corporation; FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDERS SERVICE, INC.,<br><br>                         Defendants. | Case No. 5:08-cv-00868 (HRL)<br><br>CLASS ACTION<br><br>**PROOF OF SERVICE OF NOTICE OF MOTION, MOTION TO DISMISS, AND MEMORANDUM IN SUPPORT OF MOTION TO DISMISS** |

**PROOF OF SERVICE**

     I declare that I am over the age of eighteen (18) years and not a party to this action.  My business address is:  Dewey & LeBoeuf LLP,One Embarcadero Center, Suite 400, San Francisco, CA  94111-3619.

     On May 2, 2008, I served the following document(s) described as:

- **NOTICE OF MOTION, MOTION TO DISMISS, AND MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**

- **AFFIDAVIT OF KATHLEEN M. RICE IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT**

on the interested party(ies) in this action:

**PLEASE SEE ATTACHED SERVICE LIST**

The ECF System is designed to automatically generate an e-mail message, with a link to the filed document(s), to all parties in the case, which constitutes service.  According to the ECF/PACER system, for this case, the parties served via the ECF System are noted on the attached Service List.

     On May 2, 2008, I served the following document(s) described as:

- **NOTICE OF MOTION, MOTION TO DISMISS, AND MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**

- **AFFIDAVIT OF KATHLEEN M. RICE IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT**

by placing a true copy thereof in a sealed envelope addressed as follows:

Jonathan M Lloyd
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue
Suite 2200
Seattle, WA 98101-3045
*Attorneys for Defendant Washington Mutual Bank*

Martin L. Fineman
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street
Suite 800
San Francisco, CA 94111-6533
*Attorneys for Defendant Washington Mutual Bank*

Kerry Ford Cunningham
Jeffrey D. Rotenberg
Richard F. Hans
Patrick J. Smith
THACHER PROFFITT & WOOD LLP
Two World Financial Cemter
New York, NY 10281
*Attorneys for Defendant First American Eappraiseit*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 2, 2008 at San Francisco, California.

/s/ *Donna Karbach*

Donna Karbach

## SERVICE LIST

| Person(s) Served (Address and E-mail) | Phone/Fax Numbers | | Method of Service |
|---|---|---|---|
| Ira Spiro<br>ira@spiromoss.com<br>SPIRO MOSS BARNESS LLP<br>11377 W. Olympic Blvd<br>Fifth Floor<br>Los Angeles, CA 90064-1683<br>*Attorneys for Plaintiffs Felton A Spears, Jr. and Sidney Scholl* | Tel:<br>Fax: | (310) 235-2468<br>(310) 235-2456 | Electronic Mail via ECF System |
| Janet Lindner Spielberg<br>jlspielberg@jlslp.com<br>LAW OFFICES OF JANET LINDNER SPIELBERG<br>Suite 400<br>12400 Wilshire Boulevard<br>Los Angeles, CA 90025<br>*Attorneys for Plaintiffs Felton A Spears, Jr. and Sidney Scholl* | Tel:<br>Fax: | (310) 392-8801<br>(310) 278-5938 | Electronic Mail via ECF System |
| Joseph N. Kravec, Jr.<br>JNK@SSEM.COM<br>SPECTER SPECTER EVANS & MANOGUE, P.C.<br>The 26th Floor<br>Koppers Building<br>436 Seventh Avenue<br>Pittsburgh, PA 15219<br>*Attorneys for Plaintiffs Felton A Spears, Jr. and Sidney Scholl* | Tel:<br>Fax: | (412) 642-2300<br>(412) 642-2309 | Electronic Mail via ECF System |
| Michael David Braun<br>service@braunlawgroup.com<br>BRAUN LAW GROUP, P.C.<br>12304 Santa Monica Boulevard<br>Suite 109<br>Los Angeles, CA 90025<br>*Attorneys for Plaintiffs Felton A Spears, Jr. and Sidney Scholl* | Tel:<br>Fax: | (310) 442-7755<br>(310) 442-7756 | Electronic Mail via ECF System |
| Robert Ira Spiro<br>ira@spiromoss.com<br>SPIRO MOSS BARNESS LLP<br>11377 W. Olympic Blvd<br>Fifth Floor<br>Los Angeles, CA 90064<br>*Attorneys for Plaintiff Sidney Scholl* | Tel:<br>Fax: | (310) 235-2468<br>(310) 235-2456 | Electronic Mail via ECF System |

1

2

3

4

5

Stephen Michael Rummage
steverummage@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue
Suite 2200
Seattle, WA 98101-3045
*Attorneys for Defendant Washington Mutual Bank*

| | | | |
|---|---|---|---|
| Tel: | (206) 622-3150 | Electronic Mail via |
| Fax: | (206) 757-7700 | ECF System |

6

7

8

9

10

Sam Dawood
samdawood@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street
Suite 800
San Francisco, CA 94111
*Attorneys for Defendant Washington Mutual Bank*

| | | | |
|---|---|---|---|
| Tel: | (415) 276-6500 | Electronic Mail via |
| | | ECF System |

11

12

13

14

15

Laura Jean Fowler
lfowler@mhalaw.com
MCDONOUGH HOLLAND & ALLEN
555 Capitol Mall, 9th Flr.
Sacramento, Ca 95814
*Attorneys for Defendant First American Eappraiseit*

| | | | |
|---|---|---|---|
| Tel: | (916) 444-3900 | Electronic Mail via |
| Fax: | (916) 444-3249 | ECF System |

16

17

18

19

Robert J. Pfister
rpfister@stblaw.com
SIMPSON THACHER & BARTLETT LLP
1999 Avenue Of The Stars, 29th Floor
Los Angeles, CA 90067
*Attorneys for Defendant Washington Mutual, Inc.*

| | | | |
|---|---|---|---|
| Tel: | (310) 407-7500 | Electronic Mail via |
| Fax: | (310) 407-7502 | ECF System |

20

21

22

23

24

25

26

27

28