1  MARGARET A. KEANE (State Bar No. 255378)
mkeane@dl.com
2  KRIS H. MAN (State Bar No. 246008)
kman@dl.com
3  DEWEY & LEBOEUF LLP
One Embarcadero Center
4  Suite 400
San Francisco, CA  94111-3619
5  Telephone: (415) 951-1100
Facsimile:  (415) 951-1180
6
*Attorneys for Defendant*
7  *LSI Appraisal, LLC*

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11  FELTON A. SPEARS, JR. and ,           )   Case No. 5:08-cv-00868 (HRL)
SIDNEY SCHOLL, on behalf of themselves )
12  and all others similarly situated,        )   <u>CLASS ACTION</u>
                                        )
13                       Plaintiffs,         )   **[PROPOSED] ORDER GRANTING**
                                        )   **DEFENDANT LSI APPRAISAL, LLC'S**
14        vs.                             )   **MOTION TO DISMISS**
                                        )
15  WASHINGTON MUTUAL, INC.,              )   Date:      Tuesday, July 15, 2008
a Washington corporation;               )   Time:      10:00 a.m.
16  FIRST AMERICAN EAPPRAISEIT,           )   Place:     Courtroom 2, 5th Floor
a Delaware corporation; and             )              280 South 1st Street
17  LENDERS SERVICE, INC.,                )              San Jose, CA 95113
                                        )
18                       Defendants.        )   Honorable Howard R. Lloyd
    _____ )
19

20        The motion of Defendant LSI Appraisal, LLC (erroneously sued herein as Lenders Service,

21  Inc.) ("LSI") for an order dismissing with prejudice Plaintiffs' First Amended Class Action

22  Complaint ("Complaint") came on hearing on July 15, 2008 at 10:00am before the Court.  Having

23  considered the papers in support of and in opposition to the motion, as well as having considered the

24  oral arguments of the parties, papers on file, the record, and applicable authorities and good cause

25  appearing:

26

27

28
    _____
        [PROPOSED] ORDER GRANTING DEFENDANT LSI APPRAISAL, LLC'S MOTION TO DISMISS

IT IS HEREBY ORDERED that LSI's motion to dismiss the Complaint is GRANTED in its entirety with prejudice under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure:

1.    Plaintiffs Cannot Establish The Basic Jurisdictional Requirements Of Article III Standing.

2.    Plaintiffs Fail To State A Claim Upon Which Relief Can Be Granted:

    A.    California Law Does Not Recognize A Claim Based on Negligent Appraisal;

    B.    Plaintiffs Have Suffered No Actionable Damages Based on the Appraisal Reports;

    C.    Plaintiffs Cannot State A Claim Under RESPA Against LSI Because LSI Did Not Provide Any Settlement Services In Connection With Plaintiffs' Loans;

    D.    Plaintiffs Are Not Entitled to Restitution Because They Do Not Have Standing to Seek Injunctive Relief;

    E.    CLRA Does Not Apply to Real Estate Transactions;

    F.    Plaintiffs Have Not Sufficiently Alleged the Existence of A Contract; And

    G.    Plaintiffs Cannot Recover For Quasi-Contract Because LSI Never Received A Benefit from Plaintiffs.

IT IS SO ORDERED

Dated:    _____

THE HONORABLE HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE