AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

SIDNEY SCHOLL and FELTON A. SPEARS, JR., )
on behalf of themselves and all others )
similarly situated,         Plaintiffs,     )
                                             )
v.                                           )   Civil Action No.  5:08-CV-00868  (HRL)
                                             )
WASHINGTON MUTUAL, INC., a Washington        )
corporation; WASHINGTON MUTUAL BANK, FA      )
(aka WASHINGTON MUTUAL BANK); FIRST AMERICAN )
EAPPRAISEIT, a Delaware corporation; and     )
LENDER'S SERVICE, INC.,                      )
                          Defendants.        )

Summons in a Civil Action

TO: _____

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

| Joseph N. Kravec, Jr. | Michael D. Braun | Janet Lindner Spielberg |
| SPECTER SPECTER EVANS & | BRAUN LAW GROUP, P.C. | LAW OFFICES OF JANET LINDNER |
| MANOGUE, P.C. | 12304 Santa Monica Blvd. | SPIELBERG |
| The 26th Floor Koppers Bldg. | Suite 109 | 12400 Wilshire Blvd., #400 |
| Pittsburgh, PA 15219 | Los Angeles, California 90025 | Los Angeles, CA 90025 |

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  4/1/8

Richard W. Wieking
Name of clerk of court

_Betty Walters_
Deputy clerk's signature

***

(plaintiffs' attorneys continued)

Ira Spiro
SPIRO MOSS BARNESS LLP
11377 Wilshire Boulevard, 5th Flr.
Los Angeles, CA 90064

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)