MARGARET A. KEANE (State Bar No. 255378)
mkeane@dl.com
KRIS H. MAN (State Bar No. 246008)
kman@dl.com
DEWEY & LEBOEUF LLP
One Embarcadero Center
Suite 400
San Francisco, CA  94111-3619
Telephone: (415) 951-1100
Facsimile:  (415) 951-1180

*Attorneys for Defendant*
*LSI Appraisal, LLC*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and , SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON MUTUAL, INC., a Washington corporation; FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDERS SERVICE, INC.,<br><br>Defendants. | Case No. 5:08-cv-00868 (HRL)<br><br>CLASS ACTION<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(**1**) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(**2**) Discussed the available dispute resolution options provided by the Court and private entities; and

(**3**) Considered whether this case might benefit from any of the available dispute resolution options.

1
ADR CERTIFICATION BY PARTIES AND COUNSEL

| | | |
|---|---|---|
| Dated: May 6, 2008 | By: | /s/ *Gregory Plizga* |
| | | Gregory Plizga |

*Vice President and Chief Division Counsel for LSI Appraisal, LLC*

| | | |
|---|---|---|
| Dated: May 6, 2008 | By: | /s/ *Margaret A. Keane* |
| | | Margaret A. Keane (State Bar No. 255378) |

*Attorneys For Defendant, LSI Appraisal, LLC*

| | | |
|---|---|---|
| Dated: May 6, 2008 | By: | /s/ *Kris H. Man* |
| | | Kris H. Man (State Bar No. 246008) |

*Attorneys For Defendant, LSI Appraisal, LLC*

SF222825.1

2
ADR CERTIFICATION BY PARTIES AND COUNSEL