UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SIDNEY SCHOLL and FELTON A.
SPEARS, JR., on behalf of themselves
                    Plaintiff(s),

                v.

WASHINGTON MUTUAL, INC., a
Washington corporation;
                    Defendant(s).
_____/

Case No.  5:08-cv-00868 (HRL)

ADR CERTIFICATION BY PARTIES
AND COUNSEL

        Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

        **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District
of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov   *(Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45);*

        **(2)** Discussed the available dispute resolution options provided by the Court and private
entities; and

        **(3)** Considered whether this case might benefit from any of the available dispute
resolution options.

Dated: May 6, 2008                                          Jason Klein, Wash. Mutual
                                                            [Party]

Dated: May 6, 2008                                          Stephen M. Rummage
                                                            [Counsel]