Joseph N. Kravec, Jr. *(Admitted Pro Hac Vice)*
SPECTER SPECTER EVANS
 & MANOGUE, P.C.
The 26th Floor Koppers Building
Pittsburgh, Pennsylvania 15219
Tel:   (412) 642-2300
Fax:   (412) 642-2309
E-mail: jnk@ssem.com

Michael D. Braun (167416)
BRAUN LAW GROUP, P.C.
12304 Santa Monica Blvd., Suite 109
Los Angeles, CA 90025
Tel:   (310) 442-7755
Fax:   (310) 442-7756
E-mail: service@braunlawgroup.com

Ira Spiro (67641)
SPIRO MOSS BARNESS, LLP
11377 West Olympic Blvd., Fifth Floor
Los Angeles, CA 90064-1683
Tel:   (310) 235-2468
Fax:   (310) 235-2456
E-mail: ira@spiromoss.com

Janet Lindner Spielberg (221926)
LAW OFFICES OF JANET
LINDNER SPIELBERG
12400 Wilshire Blvd., Suite 400
Los Angeles, CA 90025
Tel:   (310) 392-8801
Fax:   (310) 278-5938
E-mail: jlspielberg@jlslp.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIDNEY SCHOLL and FELTON A. SPEARS, JR., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA (aka WASHINGTON MUTUAL BANK); FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER'S SERVICE, INC.,<br><br>Defendants. | CASE NO.: 5:08-CV-00868 (HRL)<br><br>**CLASS ACTION**<br><br>**CERTIFICATION AS TO INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16** |

TO: THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. SIDNEY SCHOLL, plaintiff;
2. FELTON A. SPEARS, JR., plaintiff;
3. WASHINGTON MUTUAL BANK, FA (aka WASHINGTON MUTUAL BANK), defendant;
4. FIRST AMERICAN EAPPRAISEIT, defendant; and
5. LENDER'S SERVICE, INC., defendant.

Dated: May 7, 2008

Michael D. Braun
BRAUN LAW GROUP, P.C.

By:  /s/ Michael D. Braun
Michael D. Braun
12304 Santa Monica Blvd., Suite 109
Los Angeles, CA 90025
Tel:  (310) 442-7755
Fax:  (310) 442-7756

Joseph N. Kravec, Jr. *(Admitted Pro Hac Vice)*
SPECTER SPECTER EVANS
  & MANOGUE, P.C.
The 26th Floor Koppers Building
Pittsburgh, Pennsylvania 15219
Tel:  (412) 642-2300
Fax:  (412) 642-2309

Ira Spiro
SPIRO MOSS BARNESS, LLP
11377 West Olympic Blvd., Fifth Floor
Los Angeles, CA 90064-1683
Tel:  (310) 235-2468
Fax:  (310) 235-2456

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Janet Lindner Spielberg
LAW OFFICES OF JANET LINDNER SPIELBERG
12400 Wilshire Blvd., Suite 400
Los Angeles, CA 90025
Tel:   (310) 392-8801
Fax:   (310) 278-5938

*Attorneys for Plaintiffs*

2

**PROOF OF SERVICE**

STATE OF CALIFORNIA      )
                         )ss.:
COUNTY OF LOS ANGELES    )

    I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12304 Santa Monica Boulevard, Suite 109, Los Angeles, CA 90025.

    On May 7, 2008, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Michael D. Braun, I filed and served the document(s) described as:

**CERTIFICATION AS TO INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16**

    The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

| | |
|---|---|
| Janet Lindner Spielberg, Esq. | jlspielberg@jlslp.com |
| Joseph N. Kravec, Jr., Esq. | jnk@ssem.com |
| Ira Spiro, Esq. | ira@spiromoss.com |
| Martin L. Fineman, Esq. | martinfineman@dwt.com<br>edithshertz@dwt.com |
| Laura Jean Fowler, Esq. | lfowler@mhalaw.com<br>ekastern@mhalaw.com |
| Margaret Anne Keane, Esq. | mkeane@dl.com |
| Robert J. Pfister, Esq. | rpfister@stblaw.com<br>gdmiller@stblaw.com |
| Stephen Michael Rummage, Esq. | steverummage@dwt.com<br>jeannecadley@dwt.com |
| Robert J. Pfister, Esq. | rpfister@stblaw.com |

On May 7, 2008, I served the document(s) described as:

**CERTIFICATION AS TO INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16**

by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

3

1  Margaret A. Keane, Esq.
   Kris Man, Esq.
2  DEWEY & LEBOEUF LLP
   One Embarcadero Center, Suite 400
3  San Francisco, CA 94111
   Tel:   (415) 951-1100
4  Fax:   (415) 951-1180

5
   Kerry Ford Cunningham, Esq.
6  Richard F. Hans, Esq.
   THACHER PROFFITT & WOOD LLP
7  Two World Financial Center
   New York, NY 10281
8
   Jonathan M Lloyd, Esq.
9  DAVIS WRIGHT TREMAINE LLP
   1201 Third Avenue
10 Suite 2200
   Seattle, WA 98101-3045
11
          I served the above document(s) as follows:
12
          BY MAIL.  I am familiar with the firm's practice of collection and processing
13 correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on
   that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of
14 business.  I am aware that on motion of the party served, service is presumed invalid if postal
   cancellation date or postage meter date is more than one day after date of deposit for mailing in an
15 affidavit.

16        I am employed in the office of a member of the bar of this Court at whose direction the
   service was made.
17
          I declare under penalty of perjury under the laws of the United States that the above is true
18 and correct.

19        Executed on May 7, 2008, at Los Angeles, California 90025.

20

21
                                              _____/S/ LEITZA MOLINAR_____
22                                                   Leitza Molinar

23

24

25

26

27

28

                                                  4