1  MARGARET A. KEANE (State Bar No. 255378)
   mkeane@dl.com
2  KRIS H. MAN (State Bar No. 246008)
   kman@dl.com
3  DEWEY & LEBOEUF LLP
   One Embarcadero Center
4  Suite 400
   San Francisco, CA  94111-3619
5  Telephone: (415) 951-1100
   Facsimile:  (415) 951-1180
6
   *Attorneys for Defendant*
7  *LSI Appraisal, LLC*

8  **IN THE UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN JOSE DIVISION**

11  FELTON A. SPEARS, JR. and ,              ) Case No. 5:08-cv-00868 (HRL)
    SIDNEY SCHOLL, on behalf of themselves   )
12  and all others similarly situated,       ) <u>CLASS ACTION</u>
                                             )
13                          Plaintiffs,      ) **CERTIFICATION OF INTERESTED**
                                             ) **ENTITIES OR PERSONS PURSUANT**
14          vs.                              ) **TO CIVIL LOCAL RULE 3-16**
                                             )
15  WASHINGTON MUTUAL, INC.,                 )
    a Washington corporation;                )
16  FIRST AMERICAN EAPPRAISEIT,              )
    a Delaware corporation; and              )
17  LENDERS SERVICE, INC.,                   )
                                             )
18                          Defendants.      )
                                             )
19

20       Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

21  named parties, there is no such interest to report.

22

23  Dated:  May 7, 2008                    DEWEY & LeBOEUF

24
                                           By:  /s/   *Kris H. Man*
25                                                   Kris H. Man

26                                         *Attorneys For Defendant, LSI Appraisal, LLC*

27

28
    SF222846.1