1  MARGARET A. KEANE (State Bar No. 255378)
   mkeane@dl.com
2  KRIS H. MAN (State Bar No. 246008)
   kman@dl.com
3  DEWEY & LEBOEUF LLP
   One Embarcadero Center
4  Suite 400
   San Francisco, CA 94111-3619
5  Telephone: (415) 951-1100
   Facsimile: (415) 951-1180
6
   *Attorneys for Defendant*
7  *LSI Appraisal, LLC*

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 | FELTON A. SPEARS, JR. and,           ) Case No. 5:08-cv-00868 (HRL)
   | SIDNEY SCHOLL, on behalf of themselves )
12 | and all others similarly situated,    ) CLASS ACTION
   |                                       )
13 |                     Plaintiffs,       ) **PROOF OF SERVICE OF**
   |                                       ) **CERTIFICATION OF INTERESTED**
14 |      vs.                              ) **ENTITIES OR PERSONS PURSUANT**
   |                                       ) **TO CIVIL LOCAL RULE 3-16**
15 | WASHINGTON MUTUAL, INC.,              )
   | a Washington corporation;             )
16 | FIRST AMERICAN EAPPRAISEIT,           )
   | a Delaware corporation; and           )
17 | LENDERS SERVICE, INC.,                )
   |                                       )
18 |                     Defendants.       )
   |_____)
19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

# PROOF OF SERVICE

I declare that I am over the age of eighteen (18) years and not a party to this action. My business address is: Dewey & LeBoeuf LLP, One Embarcadero Center, Suite 400, San Francisco, CA 94111-3619.

On May 7, 2008, I served the following document(s) described as:

- **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16**

on the interested party(ies) in this action:

**PLEASE SEE ATTACHED SERVICE LIST**

The ECF System is designed to automatically generate an e-mail message, with a link to the filed document(s), to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served via the ECF System are noted on the attached Service List.

On May 7, 2008, I served the document(s) described above on the interested parties listed below by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, for collection and mailing at D&L in accordance with D&L's ordinary business practices. I am readily familiar with D&L's practice for collection and processing of mail, and know that in the ordinary course of D&L's business practice that the document(s) described above will be deposited with the U.S. Postal Service on the same date as sworn below.

Jonathan M Lloyd
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue
Suite 2200
Seattle, WA 98101-3045
*Attorneys for Defendant Washington Mutual Bank*

Martin L. Fineman
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street
Suite 800
San Francisco, CA 94111-6533
*Attorneys for Defendant Washington Mutual Bank*

1
2   Kerry Ford Cunningham
    Jeffrey D. Rotenberg
3   Richard F. Hans
    Patrick J. Smith
4   THACHER PROFFITT & WOOD LLP
    Two World Financial Cemter
5   New York, NY 10281
    *Attorneys for Defendant First American Eappraiseit*
6
7   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
8   Executed on May 7, 2008 at San Francisco, California.
9
10
                                            /s/    *Donna Karbach*
11                                                 Donna Karbach
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE

## SERVICE LIST

| Person(s) Served (Address and E-mail) | Phone/Fax Numbers | Method of Service |
|---|---|---|
| Ira Spiro<br>ira@spiromoss.com<br>SPIRO MOSS BARNESS LLP<br>11377 W. Olympic Blvd<br>Fifth Floor<br>Los Angeles, CA 90064-1683<br>*Attorneys for Plaintiffs Felton A Spears, Jr. and Sidney Scholl* | Tel: (310) 235-2468<br>Fax: (310) 235-2456 | Electronic Mail via ECF System |
| Janet Lindner Spielberg<br>jlspielberg@jlslp.com<br>LAW OFFICES OF JANET LINDNER SPIELBERG<br>Suite 400<br>12400 Wilshire Boulevard<br>Los Angeles, CA 90025<br>*Attorneys for Plaintiffs Felton A Spears, Jr. and Sidney Scholl* | Tel: (310) 392-8801<br>Fax: (310) 278-5938 | Electronic Mail via ECF System |
| Joseph N. Kravec, Jr.<br>JNK@SSEM.COM<br>SPECTER SPECTER EVANS & MANOGUE, P.C.<br>The 26th Floor<br>Koppers Building<br>436 Seventh Avenue<br>Pittsburgh, PA 15219<br>*Attorneys for Plaintiffs Felton A Spears, Jr. and Sidney Scholl* | Tel: (412) 642-2300<br>Fax: (412) 642-2309 | Electronic Mail via ECF System |
| Michael David Braun<br>service@braunlawgroup.com<br>BRAUN LAW GROUP, P.C.<br>12304 Santa Monica Boulevard<br>Suite 109<br>Los Angeles, CA 90025<br>*Attorneys for Plaintiffs Felton A Spears, Jr. and Sidney Scholl* | Tel: (310) 442-7755<br>Fax: (310) 442-7756 | Electronic Mail via ECF System |

PROOF OF SERVICE

| | | | | |
|---|---|---|---|---|
| 1 | | | | |
| 2 | Robert Ira Spiro<br>ira@spiromoss.com<br>SPIRO MOSS BARNESS LLP | Tel:<br>Fax: | (310) 235-2468<br>(310) 235-2456 | Electronic Mail via<br>ECF System |
| 3 | 11377 W. Olympic Blvd<br>Fifth Floor | | | |
| 4 | Los Angeles, CA 90064<br>*Attorneys for Plaintiff Sidney Scholl* | | | |
| 5 | | | | |
| 6 | Stephen Michael Rummage<br>steverummage@dwt.com | Tel:<br>Fax: | (206) 622-3150<br>(206) 757-7700 | Electronic Mail via<br>ECF System |
| 7 | DAVIS WRIGHT TREMAINE LLP<br>1201 Third Avenue | | | |
| 8 | Suite 2200<br>Seattle, WA 98101-3045 | | | |
| 9 | *Attorneys for Defendant Washington Mutual Bank* | | | |
| 10 | | | | |
| 11 | Sam Dawood<br>samdawood@dwt.com | Tel: | (415) 276-6500 | Electronic Mail via<br>ECF System |
| 12 | DAVIS WRIGHT TREMAINE LLP<br>505 Montgomery Street | | | |
| 13 | Suite 800<br>San Francisco, CA 94111 | | | |
| 14 | *Attorneys for Defendant Washington Mutual Bank* | | | |
| 15 | | | | |
| 16 | Laura Jean Fowler<br>lfowler@mhalaw.com | Tel:<br>Fax: | (916) 444-3900<br>(916) 444-3249 | Electronic Mail via<br>ECF System |
| 17 | MCDONOUGH HOLLAND & ALLEN<br>555 Capitol Mall, 9th Flr. | | | |
| 18 | Sacramento, Ca 95814<br>*Attorneys for Defendant First American Eappraiseit* | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | Robert J. Pfister<br>rpfister@stblaw.com | Tel:<br>Fax: | (310) 407-7500<br>(310) 407-7502 | Electronic Mail via<br>ECF System |
| 22 | SIMPSON THACHER & BARTLETT LLP<br>1999 Avenue Of The Stars, 29th Floor | | | |
| 23 | Los Angeles, CA 90067<br>*Attorneys for Defendant Washington Mutual, Inc.* | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | SF222850.1 | | | |
| 27 | | | | |
| 28 | | | | |

PROOF OF SERVICE