# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FELTON A. SPEARS, JR., et al.

                Plaintiff(s),

      v.

WASHINGTON MUTUAL, INC., et al.

                Defendant(s).

_____/

Case No.  5:08-cv-00868 HRL

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 7, 2008

                                        /s/ Niosha Shakoori
                                        [Party]

Dated: May 7, 2008

                                        /s/ Laura J. Fowler
                                        [Counsel]