| | |
|---|---|
| 1 | McDONOUGH HOLLAND & ALLEN PC<br>Attorneys at Law |
| 2 | MICHAEL T. FOGARTY (#065809)<br>LAURA J. FOWLER (#186097) |
| 3 | 555 Capitol Mall, 9th Floor<br>Sacramento, CA 95814 |
| 4 | Phone: 916.444.3900<br>Fax:    916.444.3249 |
| 5 | |
| 6 | THACHER PROFFITT & WOOD LLP<br>RICHARD F HANS (*Pro Hac Vice*, SBN 2593200NY) |
| 7 | PATRICK J SMITH (*Pro Hac Vice*, SBN 2402394NY)<br>JEFFREY D. ROTENBERG (P*ro Hac Vice,* SBN 3984994NY) |
| 8 | Two World Financial Center<br>New York, NY 10281 |
| 9 | Phone: 212.912.7400<br>Fax:   212.912.7751 |
| 10 | Attorneys for Defendant eAppraiseIT, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL, INC., a Washington corporation; FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER'S SERVICE, INC.,<br><br>                Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.:  5:08-CV-00868 HRL<br><br>CLASS ACTION<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>**Honorable Howard R. Lloyd** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED:  May 9, 2008.         McDonough HOLLAND & ALLEN PC
                                          Attorneys at Law

                                        By: _____*/s/ Laura J. Fowler*_____
                                                 LAURA J. FOWLER
                                 Attorneys for Defendant eAppraiseIT, LLC



1