McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
MICHAEL T. FOGARTY (#065809)
LAURA J. FOWLER (#186097)
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone: 916.444.3900
Fax:    916.444.3249

THACHER PROFFITT & WOOD LLP
RICHARD F HANS (*Pro Hac Vice*, SBN 2593200NY)
PATRICK J SMITH (*Pro Hac Vice*, SBN 2402394NY)
JEFFREY D. ROTENBERG (P*ro Hac Vice,* SBN 3984994NY)
KERRY FORD CUNNINGHAM (*Pro Hac Vice*, SBN 2862126NY)
Two World Financial Center
New York, NY  10281
Phone: 212.912.7400
Fax:    212.912.7751

Attorneys for Defendant eAppraiseIT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>WASHINGTON MUTUAL, INC., a Washington corporation; FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER'S SERVICE, INC.,<br><br>    Defendants. | CASE NO.:  5:08-CV-00868 (HRL)<br><br>**PROOF OF SERVICE** |

1

PROOF OF SERVICE

1090823v1 36887/0002

| | |
|---|---|
| CASE TITLE: | *Felton A. Spears, Jr., et al. v. Washington Mutual Inc., et al.* |
| COURT/CASE NO: | U.S.D.C., Northern Dist., San Jose Div., Case No. 5:08-cv-00868 (HRL) |

## PROOF OF SERVICE

I am employed in the County of Sacramento; my business address is 555 Capitol Mall, 9th Floor, Sacramento, California 95814. I am over the age of eighteen years and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 9, 2008, I served the within:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

[X] **by mail** on the following party(ies) in said action, in accordance with Code of Civil Procedure § 1013a(3), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At McDonough Holland & Allen PC, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Sacramento, California.

[ ] **by personally delivering** a true copy thereof, in accordance with Code of Civil Procedure § 1011, to the person(s) and at the address(es) set forth below.

[ ] **by overnight delivery** on the following party(ies) in said action, in accordance with Code of Civil Procedure § 1013(c), by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, and delivering that envelope to an overnight express service carrier as defined in Code of Civil Procedure § 1013(c)..

[ ] **by facsimile transmission**, in accordance with Code of Civil Procedure § 1013(e), to the following party(ies) at the facsimile number(s) indicated:

| | |
|---|---|
| Sam N. Dawood<br>Davis Wright Tremaine LLP<br>505 Montgomery Street<br>Suite 800<br>San Francisco, CA 94111-6533<br>Ph:   415-276-6500<br>Fax: 415-276-6599 | Attorneys for Defendant<br>Washington Mutual, Inc. |
| Jonathan M. Lloyd<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA  98101-3045<br>Ph:   206-622-3150<br>Fax: 206-757-7700 | Attorneys *Pro Hac Vice* for Defendant<br>Washington Mutual, Inc. |

| | | |
|---|---|---|
| 1 | Kris H. Man<br>Dewey & Leboeuf LLP | Attorneys for Defendant<br>Lender Service, Inc. |
| 2 | One Embarcadero Center, Suite 400<br>San Francisco, CA 94111-3619 | |
| 3 | Ph:   415-951-1100<br>Fax: 415-951-1180 | |
| 5 | Jeffrey D. Rotenberg<br>Kerry Ford Cunningham | Attorneys *Pro Hac Vice* for Defendant<br>First American eAppraiseIT |
| 6 | Patrick J. Smith<br>Richard F. Hans | |
| 7 | Thacher Proffitt & Wood LLP<br>Two World Financial Center | |
| 8 | New York, NY 10281<br>Ph:   212-912-7400 | |
| 9 | Fax: 212-912-7751 | |

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   Executed on May 9, 2008, at Sacramento, California.


                                              /s/ Elizabeth P. Kastern
                                              ELIZABETH P. KASTERN