MARGARET A. KEANE (State Bar No. 255378)
mkeane@dl.com
KRIS H. MAN (State Bar No. 246008)
kman@dl.com
DEWEY & LEBOEUF LLP
One Embarcadero Center
Suite 400
San Francisco, CA 94111-3619
Telephone: (415) 951-1100
Facsimile: (415) 951-1180

*Attorneys for Defendant*
*LSI Appraisal, LLC*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and, SIDNEY SCHOLL, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> WASHINGTON MUTUAL, INC., a Washington corporation; FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDERS SERVICE, INC., <br><br> Defendants. | Case No. 5:08-cv-00868 (HRL) <br><br> CLASS ACTION <br><br> **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** <br><br> Honorable Howard R. Lloyd |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: May 9, 2008                                    DEWEY & LEBOEUF LLP


                                                      By: /s/ *Kris H. Man*
                                                              Kris H. Man

                                                      *Attorneys for Defendant LSI Appraisal, LLC*

SF222867.1
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT