

1  KRIS MAN (State Bar No. 246008)
   DEWEY & LEBOEUF LLP
2  One Embarcadero Center, Suite 400
   San Francisco, CA  94111-3619
3  Telephone: (415) 951-1100
   Facsimile: (415) 951-1180
4  E-mail:    kman@dl.com

5  *Attorneys For Defendant*
   *LSI Appraisal, LLC*
6

7              **UNITED STATES DISTRICT COURT**

8              **NORTHERN DISTRICT OF CALIFORNIA**

               **SAN JOSE DIVISION**
9

10  FELTON A. SPEARS, JR. and SIDNEY         )   Case No.:  5:08-cv-00868 (HRL)
    SCHOLL, on behalf of themselves and all  )
11  others similarly situated,               )   **CLASS ACTION**
                                             )
12              Plaintiffs,                  )   **PROOF OF SERVICE FOR**
                                             )   **DECLINATION TO PROCEED BEFORE A**
13          v.                               )   **MAGISTRATE JUDGE AND REQUEST**
                                             )   **FOR REASSIGNMENT TO A UNITED**
14  WASHINGTON MUTUAL, INC., a               )   **STATES DISTRICT JUDGE**
    Washington Corporation; FIRST AMERICAN   )
15  EAPPRAISEIT, a Delaware corporation; and )
    LENDER'S SERVICE, INC.,                  )
16                                           )
                Defendants.                  )
17

18       I declare that I am over the age of eighteen (18) years and not a party to this action.  My

19  business address is:  Dewey & LeBoeuf LLP,One Embarcadero Center, Suite 400, San Francisco,

20  CA  94111-3619 (hereinafter "D&L").

21       On May 9, 2008, I served the following documents described as:

22      •  **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND**
           **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT**
23         **JUDGE**

24  on the interested parties listed on the attached Service List by placing a true copy thereof in a sealed

25  envelope with postage thereon fully prepaid, for collection and mailing at D&L in accordance with

26  D&L's ordinary business practices.  I am readily familiar with D&L's practice for collection and

27  processing of mail, and know that in the ordinary course of D&L's business practice that the

28

1   document(s) described above will be deposited with the U.S. Postal Service on the same date as

2   sworn below.

3          I declare under penalty of perjury under the laws of the State of California that the foregoing

4   is true and correct.

5          Executed on May 9, 2008 at San Francisco, California.

6

7

8                                        Donna Karbach

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

1

## SERVICE LIST

2

3   Ira Spiro
    ira@spiromoss.com
4   SPIRO MOSS BARNESS LLP
    11377 W. Olympic Blvd
5   Fifth Floor
    Los Angeles, CA 90064-1683
6   *Attorneys for Plaintiffs Felton A Spears, Jr. and
    Sidney Scholl*
7

Stephen Michael Rummage
steverummage@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue
Suite 2200
Seattle, WA 98101-3045
*Attorneys for Defendant Washington Mutual
Bank*

8   Janet Lindner Spielberg
    jlspielberg@jlslp.com
9   LAW OFFICES OF JANET LINDNER SPIELBERG
    Suite 400
10  12400 Wilshire Boulevard
    Los Angeles, CA 90025
11  *Attorneys for Plaintiffs Felton A Spears, Jr. and
    Sidney Scholl*
12

Sam Dawood
samdawood@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street
Suite 800
San Francisco, CA 94111
*Attorneys for Defendant Washington Mutual
Bank*

13  Joseph N. Kravec, Jr.
    JNK@SSEM.COM
14  SPECTER SPECTER EVANS & MANOGUE, P.C.
    The 26th Floor
15  Koppers Building
    436 Seventh Avenue
16  Pittsburgh, PA 15219
    *Attorneys for Plaintiffs Felton A Spears, Jr. and
17  Sidney Scholl*

Laura Jean Fowler
lfowler@mhalaw.com
MCDONOUGH HOLLAND & ALLEN
555 Capitol Mall, 9th Flr.
Sacramento, Ca 95814
*Attorneys for Defendant First American
Eappraiseit*

18

19  Michael David Braun
    service@braunlawgroup.com
20  BRAUN LAW GROUP, P.C.
    12304 Santa Monica Boulevard
    Suite 109
21  Los Angeles, CA 90025
    *Attorneys for Plaintiffs Felton A Spears, Jr. and
22  Sidney Scholl*

Robert J. Pfister
rpfister@stblaw.com
SIMPSON THACHER & BARTLETT LLP
1999 Avenue Of The Stars, 29th Floor
Los Angeles, CA 90067
*Attorneys for Defendant Washington Mutual,
Inc.*

23

24  Robert Ira Spiro
    ira@spiromoss.com
25  SPIRO MOSS BARNESS LLP
    11377 W. Olympic Blvd
    Fifth Floor
26  Los Angeles, CA 90064
    *Attorneys for Plaintiff Sidney Scholl*

Jonathan M Lloyd
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue
Suite 2200
Seattle, WA 98101-3045
*Attorneys for Defendant Washington Mutual
Bank*

27

28

PROOF OF SERVICE

1

2  Martin L. Fineman                    Kerry Ford Cunningham
   DAVIS WRIGHT TREMAINE LLP            Jeffrey D. Rotenberg
3  505 Montgomery Street                Richard F. Hans
   Suite 800                            Patrick J. Smith
4  San Francisco, CA 94111-6533         THACHER PROFFITT & WOOD LLP
   *Attorneys For Defendant Washington Mutual*   Two World Financial Cemter
5  *Bank*                               New York, NY 10281
                                        *Attorneys for Defendant First American*
6                                       *Eappraiseit*

7

8  SF222869.1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE