UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Felton A Spears, Jr. and Sidney Scholl, on behalf of themselves and all others similarly situated , <br><br> Plaintiffs, <br> v. <br><br> Washington Mutual, Inc., a Washington corporation, et. al., <br><br> Defendants. <br> ———————————————————— / | No. C08-00868 <br><br> **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for May 27, 2008 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: May 12, 2008         RICHARD W. WIEKING,
                            Clerk of Court


                            /s/*Patty Cromwell*
                            Patty Cromwell
                            Courtroom Deputy for
                            Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Michael David Braun    service@braunlawgroup.com

Martin L. Fineman    martinfineman@dwt.com, edithshertz@dwt.com

Laura Jean Fowler    lfowler@mhalaw.com, ekastern@mhalaw.com

Margaret Anne Keane    mkeane@dl.com

Joseph N. Kravec , Jr    jnk@ssem.com

Kris Hue Chau Man    kman@dl.com, sholstrom@dl.com

Robert J. Pfister    rpfister@stblaw.com, gdmiller@stblaw.com

Stephen Michael Rummage    steverummage@dwt.com, jeannecadley@dwt.com

Janet Lindner Spielberg    jlspielberg@jlslp.com

Ira Spiro    Ira@SpiroMoss.com

Robert Ira Spiro    ira@spiromoss.com, jeanette@spiromoss.com