**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>408.535.5364 |

May 12, 2008

**CASE NUMBER: CV 08-00868 HRL**
**CASE TITLE: FELTON A. SPEARS, JR. ET.AL-v-WASHINGTON MUTUAL, INC.,ET.AL**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division. Case reassigned to the **Honorable Ronald M. Whyte** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **RMW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 05/09/08

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk

NEW CASE FILE CLERK:

| | |
|---|---|
| Copies to: Courtroom Deputies<br>Log Book Noted | Special Projects<br>Entered in Computer 05/12/08 tsh |

CASE SYSTEMS ADMINISTRATOR:

| | |
|---|---|
| Copies to:  All Counsel | Transferor CSA |

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELTON A. SPEARS, JR. ET.AL et al,<br><br>                Plaintiff,<br><br>    v.<br><br>WASHINGTON MUTUAL, INC.,ET.AL et al,<br><br>                Defendant.<br>_____/ | Case Number: CV08-00868 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey D Rotenberg
Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY 10281

Kerry Ford Cunningham
Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY 10281

Patrick J Smith
Thacher Proffitt & Wood LLP
Two World Financial Cemter
New York, NY 10281

Richard F Hans
Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY 10281

Dated: May 13, 2008

                                    Richard W. Wieking, Clerk
                                    By: Tiffany Salinas-Harwell, Deputy Clerk