UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FELTON A. SPEARS, JR. and SIDNEY
SCHOLL, on behalf of themselves and
Plaintiff(s),

v.

WASHINGTON MUTUAL, INC., a
Washington corporation, et al.,
Defendant(s).

Case No. 5:08-cv-00868(RMW)

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *Dispute Resolution Procedures in the Northern District of California* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 13, 2008

s/Felton A. Spears, Jr.
[Party]

Dated: May 13, 2008

s/Joseph N. Kravec, Jr.
[Counsel]

**PROOF OF SERVICE**

STATE OF PENNSYLVANIA    )
                         ) ss.:
COUNTY OF ALLEGHENY      )

I am employed in the County of Allegheny, State of Pennsylvania. I am over the age of 18 and not a party to the within action. My business address is The 26th Floor Koppers Building, Pittsburgh, Pennsylvania 15219.

On May 13, 2008, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Joseph N. Kravec, Jr., I filed and served the document(s) described as:

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties are served as follows:

| | |
|---|---|
| Janet Lindner Spielberg, Esquire | jlspielberg@jlslp.com |
| Ira Spiro, Esquire | ira@spiromoss.com |
| Michael D. Braun, Esquire | service@braunlawgroup.com |

**Attorneys for Plaintiffs**

| | |
|---|---|
| Robert J. Pfister, Esquire | rpfister@stblaw.com |
| Martin L. Fineman, Esquire | martinfineman@dwt.com |
| Stephen Michael Rummage, Esquire | steverummage@dwt.com |

**Attorney for Defendant Washington Mutual, Inc.**

| | |
|---|---|
| Laura Jean Fowler, Esquire | lfowler@mhalaw.com |

**Attorneys for Defendant eAppraiseIT**

| | |
|---|---|
| Margaret Anne Keane, Esquire | mkeane@dl.com |
| Kris Hue Chau Man, Esquire | kman@dl.com |

**Attorneys for Defendant LSI Appraisal, LLC**

On May 13, 2008, I served the document(s) described as:

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

Kerry Ford Cunningham, Esquire
Richard F. Hans, Esquire

| | |
|---|---|
| 1 | Jeffrey D. Rotenberg, Esquire |
| | Patrick J. Smith, Esquire |
| 2 | Thacher Proffitt & Wood LLP |
| | Two World Financial Center |
| 3 | New York, New York 10281 |
| 4 | **Attorneys for eAppraiseIT** |
| 5 | Kris H. Man, Esquire |
| | Dewey and LeBoeuf LLP |
| 6 | One Embarcadero Center |
| | Suite 400 |
| 7 | San Francisco, CA 94111-3619 |
| 8 | **Attorneys for LSI Appraisal, LLC** |
| 9 | Jonathan M. Lloyd, Esquire |
| | Davis Wright Tremaine LLP |
| 10 | 1201 Third Avenue |
| | Suite 200 |
| 11 | Seattle, WA 98101-3045 |
| 12 | Sam N. Dawood, Esquire |
| | Davis Wright Tremaine LLP |
| 13 | 505 Montgomery Street |
| | Suite 800 |
| 14 | San Francisco, CA 94111-6533 |
| 15 | **Attorneys for Washington Mutual Bank** |
| 16 | I served the above document(s) as follows: |
| 17 |     BY MAIL. I am familiar with the firm's practice of collection and processing correspondence by mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Pittsburgh, Pennsylvania in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit. |
| 21 |     I am employed in the office of an attorney who is admitted *pro hac vice* in this action at whose direction the service was made. |
| 22 |     I declare under penalty of perjury under the laws of the United States that the above is true and correct. |
| 23 |     Executed on May 13, 2008, at Pittsburgh, Pennsylvania. |
| 26 |     S/MARCIA Z. CARNEY |
| | Marcia Z. Carney |