Stephen M. Rummage, *pro hac vice*
Jonathan M. Lloyd, *pro hac vice*
Martin Fineman (Cal. Bar No. 104413)
Sam N. Dawood (Cal. Bar No. 178862)
DAVIS WRIGHT TREMAINE LLP
One Embarcadero Center, Suite 600
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
Email:       martinfineman@dwt.com

Attorneys for Defendant Washington Mutual Bank

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| SIDNEY SCHOLL and FELTON A. SPEARS, JR., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL, INC., a Washington corporation; WASHINGTON MUTUAL BANK, FA (aka WASHINGTON MUTUAL BANK); FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER'S SERVICE, INC.,<br><br>Defendants. | Case No. 5:08-cv-00868 (RMW)<br><br>CLASS ACTION<br><br>**DEFENDANT WASHINGTON MUTUAL BANK'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.   Defendant Washington Mutual Bank is a wholly-owned subsidiary of Washington Mutual, Inc.

1

2. Washington Mutual, Inc., is a publicly-owned corporation. Defendant is not presently aware that any publicly traded entity owns 10% or more of Washington Mutual, Inc.'s publicly traded stock.

Dated: May 13, 2008.

                                  DAVIS WRIGHT TREMAINE LLP

                                  By /s/ *Stephen M. Rummage*
                                      Stephen M. Rummage, *pro hac vice*
                                      Jonathan M. Lloyd, *pro hac vice*
                                      Martin Fineman (Cal. Bar No. 104413)
                                      Sam N. Dawood (Cal. Bar No. 178862)

                                Attorneys for Defendant Washington Mutual Bank

DAVIS WRIGHT TREMAINE LLP

CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Michael David Braun: | service@braunlawgroup.com |
| Laura Jean Fowler: | lfowler@mhalaw.com, ekastern@mhalaw.com |
| Margaret Anne Keane: | mkeane@dl.com |
| Joseph N. Kravec , Jr.: | jnk@ssem.com |
| Kris Hue Chau Man: | kman@dl.com, sholstrom@dl.com |
| Robert J. Pfister: | rpfister@stblaw.com, gdmiller@stblaw.com |
| Janet Lindner Spielberg: | jlspielberg@jlslp.com |
| Ira Spiro: | Ira@SpiroMoss.com |
| Robert Ira Spiro: | ira@spiromoss.com, jeanette@spiromoss.com |

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Kerry Ford Cunningham
Richard F. Hans
Jeffrey D. Rotenberg
Patrick J. Smith
THATCHER PROFFITT & WOOD LLP
Two World Financial Center
New York, NY  10281

Kris H. Man
Dewey and LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA  94111-3619

DATED this 13th day of May, 2008.

Davis Wright Tremaine LLP
Attorneys for Def. Washington Mutual Bank

By */s/ Stephen M. Rummage*
   Stephen M. Rummage, *pro hac vice*
   WSBA #11168
   1201 Third Avenue, Suite 2200
   Seattle, Washington  98101-3045
   Telephone: (206) 757-8136
   Fax: (206) 757-7700
   E-mail:  steverummage@dwt.com

DAVIS WRIGHT TREMAINE LLP