ORIGINAL

Fee Paid

1  ANGELA M. PAPALASKARIS (*Pro Hac Vice* Admission Pending)
   DEWEY & LEBOEUF LLP
2  1301 Avenue of the Americas
   New York, NY 10019-6092
3  Telephone: (212) 259 - 8235
   Facsimile:  (212) 259 - 6333
4  E-mail:     apapalaskaris@dl.com

FILED
2008 MAY 13 P 3:26
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

5  KRIS MAN (State Bar No. 246008)
   DEWEY & LEBOEUF LLP
6  One Embarcadero Center, Suite 400
   San Francisco, CA  94111-3619
7  Telephone: (415) 951-1100
   Facsimile:  (415) 951-1180
8  E-mail:     kman@dl.com

9  *Attorneys for Defendant*
   *LSI Appraisal, LLC*

10

11              UNITED STATES DISTRICT COURT
12              NORTHERN DISTRICT OF CALIFORNIA
13                   SAN JOSE DIVISION

14 FELTON A. SPEARS, JR. and SIDNEY      )  Case No.: 5:08-cv-00868 (HRL)
   SCHOLL, on behalf of themselves and all )
15 others similarly situated,             )  **CLASS ACTION**
                                           )
16               Plaintiffs,               )  **APPLICATION FOR ADMISSION OF**
                                           )  **ATTORNEY ANGELA M. PAPALASKARIS**
17       v.                                )  ***PRO HAC VICE***
                                           )
18 WASHINGTON MUTUAL, INC., a             )
   Washington Corporation; FIRST AMERICAN )
19 EAPPRAISEIT, a Delaware corporation; and)
   LENDER'S SERVICE, INC.,                )
20                                         )
                 Defendants.               )
21                                         )

22

23       Pursuant to Civil L.R. 11-3, ANGELA M. PAPALASKARIS, an active member in good

24 standing of the bar of the State of New York and admitted to the United States District Court for the

25 Southern and Eastern Districts of New York, hereby applies for admission to practice in the Northern

26 District of California on a *pro hac vice* basis representing Defendant LSI Appraisal, LLC in the above-

27 entitled action.

28 ///

5:08-cv-00868 (HRL)    APPLICATION FOR ADMISSION OF ATTORNEY, ANGELA M. PAPALASKARIS, *PRO HAC VICE*

1     In support of this application, I certify on oath that:

2     1.     I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above.

    2.     I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution Programs of this Court.

    3.     An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Kris Man, Dewey & LeBoeuf LLP, One Embarcadero Center, Suite 400, San Francisco, California 94111; telephone number (415) 951-1100.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: May __, 2008

Angela M. Papalaskaris

## PROOF OF SERVICE

I declare that I am over the age of eighteen (18) years and not a party to this action. My business address is: Dewey & LeBoeuf LLP, One Embarcadero Center, Suite 400, San Francisco, CA 94111-3619 (hereinafter "D&L").

On May 8, 2008, I served the following documents described as:

- **APPLICATION FOR ADMISSION OF ATTORNEY ANGELA M. PAPALASKARIS *PRO HAC VICE***

- **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY ANGELA M. PAPALASKARIS *PRO HAC VICE***

on the interested parties listed on the attached Service List by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, for collection and mailing at D&L in accordance with D&L's ordinary business practices. I am readily familiar with D&L's practice for collection and processing of mail, and know that in the ordinary course of D&L's business practice that the document(s) described above will be deposited with the U.S. Postal Service on the same date as sworn below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 8, 2008 at San Francisco, California.

_____
Donna Karbach

PROOF OF SERVICE

## SERVICE LIST

| | |
|---|---|
| Ira Spiro<br>ira@spiromoss.com<br>SPIRO MOSS BARNESS LLP<br>11377 W. Olympic Blvd<br>Fifth Floor<br>Los Angeles, CA 90064-1683<br>*Attorneys for Plaintiffs Felton A Spears, Jr. and Sidney Scholl* | Stephen Michael Rummage<br>steverummage@dwt.com<br>DAVIS WRIGHT TREMAINE LLP<br>1201 Third Avenue<br>Suite 2200<br>Seattle, WA 98101-3045<br>*Attorneys for Defendant Washington Mutual Bank* |
| Janet Lindner Spielberg<br>jlspielberg@jlslp.com<br>LAW OFFICES OF JANET LINDNER SPIELBERG<br>Suite 400<br>12400 Wilshire Boulevard<br>Los Angeles, CA 90025<br>*Attorneys for Plaintiffs Felton A Spears, Jr. and Sidney Scholl* | Sam Dawood<br>samdawood@dwt.com<br>DAVIS WRIGHT TREMAINE LLP<br>505 Montgomery Street<br>Suite 800<br>San Francisco, CA 94111<br>*Attorneys for Defendant Washington Mutual Bank* |
| Joseph N. Kravec, Jr.<br>JNK@SSEM.COM<br>SPECTER SPECTER EVANS & MANOGUE, P.C.<br>The 26th Floor<br>Koppers Building<br>436 Seventh Avenue<br>Pittsburgh, PA 15219<br>*Attorneys for Plaintiffs Felton A Spears, Jr. and Sidney Scholl* | Laura Jean Fowler<br>lfowler@mhalaw.com<br>MCDONOUGH HOLLAND & ALLEN<br>555 Capitol Mall, 9th Flr.<br>Sacramento, Ca 95814<br>*Attorneys for Defendant First American Eappraiseit* |
| Michael David Braun<br>service@braunlawgroup.com<br>BRAUN LAW GROUP, P.C.<br>12304 Santa Monica Boulevard<br>Suite 109<br>Los Angeles, CA 90025<br>*Attorneys for Plaintiffs Felton A Spears, Jr. and Sidney Scholl* | Robert J. Pfister<br>rpfister@stblaw.com<br>SIMPSON THACHER & BARTLETT LLP<br>1999 Avenue Of The Stars, 29th Floor<br>Los Angeles, CA 90067<br>*Attorneys for Defendant Washington Mutual, Inc.* |
| Robert Ira Spiro<br>ira@spiromoss.com<br>SPIRO MOSS BARNESS LLP<br>11377 W. Olympic Blvd<br>Fifth Floor<br>Los Angeles, CA 90064<br>*Attorneys for Plaintiff Sidney Scholl* | Jonathan M Lloyd<br>DAVIS WRIGHT TREMAINE LLP<br>1201 Third Avenue<br>Suite 2200<br>Seattle, WA 98101-3045<br>*Attorneys for Defendant Washington Mutual Bank* |

PROOF OF SERVICE

| | |
|---|---|
| 1 | |
| 2 | Martin L. Fineman<br>DAVIS WRIGHT TREMAINE LLP<br>505 Montgomery Street<br>Suite 800<br>San Francisco, CA 94111-6533<br>*Attorneys For Defendant Washington Mutual Bank* | Kerry Ford Cunningham<br>Jeffrey D. Rotenberg<br>Richard F. Hans<br>Patrick J. Smith<br>THACHER PROFFITT & WOOD LLP<br>Two World Financial Cemter<br>New York, NY 10281<br>*Attorneys for Defendant First American Eappraiseit* |

SF222855.1

PROOF OF SERVICE