ORIGINAL

1  ANGELA M. PAPALASKARIS (*Pro Hac Vice* Admission Pending)
   DEWEY & LEBOEUF LLP
2  1301 Avenue of the Americas
   New York, NY 10019-6092
3  Telephone: (212) 259 - 8235
   Facsimile: (212) 259 - 6333
4  E-mail:    apapalaskaris@dl.com

5  KRIS MAN (State Bar No. 246008)
   DEWEY & LEBOEUF LLP
6  One Embarcadero Center, Suite 400
   San Francisco, CA 94111-3619
7  Telephone: (415) 951-1100
   Facsimile: (415) 951-1180
8  E-mail:    kman@dl.com

9  *Attorneys For Defendant*
   *LSI Appraisal, LLC*
10

RECEIVED

2008 MAY 13  PM 3:25

RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA S.J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL, INC., a Washington Corporation; FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER'S SERVICE, INC.,<br><br>Defendants. | Case No.: 5:08-cv-00868 (HRL)<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY ANGELA M. PAPALASKARIS** *PRO HAC VICE* |

Angela M. Papalaskaris, an active member in good standing of the bar of the State of New York and admitted to the United States District Court for the Southern and Eastern Districts of New York, whose business address and telephone number is 1301 Avenue of the Americas, New York, NY 10019-6092, telephone: (212) 259-8235, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing LSI Appraisal, LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11.3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of

---

1 | papers upon and communication with co-counsel designated in the application will constitute notice to
2 | the party. All future filings in this action are subject to the requirements contained in General Order No.
3 | 45, *Electronic Case Filing*.

Dated: _____     _____
                                            THE HONORABLE HOWARD R. LLOYD
                                            UNITED STATES MAGISTRATE JUDGE