IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FELTON A. SPEARS, JR., et al.,

    Plaintiff,

    v.

WASHINGTON MUTUAL, INC., et al.,

    Defendant.

***E-FILED - 5/15/08***

CASE NO.: C-08-00868-RMW

**CLERK'S NOTICE OF SETTING CASE MANAGEMENT CONFERENCE**

    PLEASE TAKE NOTICE that a Case Management Conference has been scheduled for **August 29, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte.  Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are required to file a Joint Case Management Statement by August 22, 2008.

    If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: May 15, 2008

BY: *Jackie Lambe*
      JACKIE GARCIA
      Courtroom Deputy for
      Honorable Ronald M. Whyte

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28