ORIGINAL

*Fee Paid*

1    CHRISTOPHER J. CLARK *(Pro Hac Vice* Admission Pending)
     DEWEY & LEBOEUF LLP
2    1301 Avenue of the Americas
     New York, NY 10019-6092
3    Telephone: (212) 259-8000
     Facsimile: (212) 259-6333
4    E-mail:    cjclark@dl.com

**FILED**

2008 MAY 14  P 4: 12

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

5    KRIS MAN (State Bar No. 246008)
     DEWEY & LEBOEUF LLP
6    One Embarcadero Center, Suite 400
     San Francisco, CA 94111-3619
7    Telephone: (415) 951-1100
     Facsimile: (415) 951-1180
8    E-mail:    kman@dl.com

9    *Attorneys for Defendant*
     *LSI Appraisal, LLC*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>WASHINGTON MUTUAL, INC., a Washington Corporation; FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER'S SERVICE, INC.,<br><br>            Defendants. | Case No.: 5:08-cv-00868 (RMW)<br><br>**CLASS ACTION**<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY CHRISTOPHER J. CLARK *PRO HAC VICE*** |

      Pursuant to Civil L.R. 11-3, CHRISTOPHER J. CLARK, an active member in good standing of the bar of the State of New York, and admitted to the United States District Court for the Eastern and Southern Districts of New York and the Court of Appeals for the Second Circuit, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant LSI Appraisal, LLC in the above-entitled action.

///

---

5:08-cv-00868 (RMW)     APPLICATION FOR ADMISSION OF ATTORNEY, CHRISTOPHER J. CLARK, *PRO HAC VICE*

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above.

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution Programs of this Court.

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Kris Man, Dewey & LeBoeuf LLP, One Embarcadero Center, Suite 400, San Francisco, California 94111; telephone number (415) 951-1100.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 13, 2008

Christopher J. Clark

SF222824.1