ORIGINAL

KEVIN C. WALLACE (*Pro Hac Vice* Admission Pending)
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Telephone: (212) 259-8000
Facsimile: (212) 259-6333
E-mail:    kwallace@dl.com

KRIS MAN (State Bar No. 246008)
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111-3619
Telephone: (415) 951-1100
Facsimile: (415) 951-1180
E-mail:    kman@dl.com

*Attorneys for Defendant*
*LSI Appraisal, LLC*

FILED

2008 MAY 14 P 4: 13

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL, INC., a Washington Corporation; FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER'S SERVICE, INC.,<br><br>Defendants. | Case No.: 5:08-cv-00868 (RMW)<br><br>**CLASS ACTION**<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY KEVIN C. WALLACE *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, KEVIN C. WALLACE, an active member in good standing of the bar of the State of New York and admitted to the United States District Court for the Southern District of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant LSI Appraisal, LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above.

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution Programs of this Court.

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Kris Man, Dewey & LeBoeuf LLP, One Embarcadero Center, Suite 400, San Francisco, California 94111; telephone number (415) 951-1100.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 13, 2008

Kevin C. Wallace

SF222822.1