MARGARET A. KEANE (State Bar No. 255378)
mkeane@dl.com
KRIS H. MAN (State Bar No. 246008)
kman@dl.com
DEWEY & LEBOEUF LLP
One Embarcadero Center
Suite 400
San Francisco, CA 94111-3619
Telephone: (415) 951-1100
Facsimile: (415) 951-1180

*Attorneys for Defendant*
*LSI Appraisal, LLC*

ORIGINAL

FILED
2008 MAY 14 P 4:13
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

C/RMW

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

FELTON A. SPEARS, JR. and , SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

WASHINGTON MUTUAL, INC., a Washington corporation; FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDERS SERVICE, INC.,

Defendants.

Case No. 5:08-cv-00868 (RMW)

CLASS ACTION

**PROOF OF SERVICE**

I declare that I am over the age of eighteen (18) years and not a party to this action. My business address is: Dewey & LeBoeuf LLP, One Embarcadero Center, Suite 400, San Francisco, CA 94111-3619 (hereinafter "D&L").

On May 13, 2008, I served the following documents described as:

- **APPLICATION FOR ADMISSION OF ATTORNEY KEVIN C. WALLACE *PRO HAC VICE***
- **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY KEVIN C. WALLACE *PRO HAC VICE***

- **APPLICATION FOR ADMISSION OF ATTORNEY CHRISTOPHER J. CLARK *PRO HAC VICE***
- **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY CHRISTOPHER J. CLARK *PRO HAC VICE***

on the interested parties listed on the attached Service List by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, for collection and mailing at D&L in accordance with D&L's ordinary business practices. I am readily familiar with D&L's practice for collection and processing of mail, and know that in the ordinary course of D&L's business practice that the document(s) described above will be deposited with the U.S. Postal Service on the same date as sworn below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 13, 2008 at San Francisco, California.

Donna Karbach

**SERVICE LIST**

Ira Spiro
ira@spiromoss.com
SPIRO MOSS BARNESS LLP
11377 W. Olympic Blvd
Fifth Floor
Los Angeles, CA 90064-1683
*Attorneys for Plaintiffs Felton A Spears, Jr. and Sidney Scholl*

Stephen Michael Rummage
steverummage@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue
Suite 2200
Seattle, WA 98101-3045
*Attorneys for Defendant Washington Mutual Bank*

Janet Lindner Spielberg
jlspielberg@jlslp.com
LAW OFFICES OF JANET LINDNER SPIELBERG
Suite 400
12400 Wilshire Boulevard
Los Angeles, CA 90025
*Attorneys for Plaintiffs Felton A Spears, Jr. and Sidney Scholl*

Sam Dawood
samdawood@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street
Suite 800
San Francisco, CA 94111
*Attorneys for Defendant Washington Mutual Bank*

Joseph N. Kravec, Jr.
JNK@SSEM.COM
SPECTER SPECTER EVANS & MANOGUE, P.C.
The 26th Floor
Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
*Attorneys for Plaintiffs Felton A Spears, Jr. and Sidney Scholl*

Laura Jean Fowler
lfowler@mhalaw.com
MCDONOUGH HOLLAND & ALLEN
555 Capitol Mall, 9th Flr.
Sacramento, Ca 95814
*Attorneys for Defendant First American Eappraiseit*

Michael David Braun
service@braunlawgroup.com
BRAUN LAW GROUP, P.C.
12304 Santa Monica Boulevard
Suite 109
Los Angeles, CA 90025
*Attorneys for Plaintiffs Felton A Spears, Jr. and Sidney Scholl*

Robert J. Pfister
rpfister@stblaw.com
SIMPSON THACHER & BARTLETT LLP
1999 Avenue Of The Stars, 29th Floor
Los Angeles, CA 90067
*Attorneys for Defendant Washington Mutual, Inc.*

Robert Ira Spiro
ira@spiromoss.com
SPIRO MOSS BARNESS LLP
11377 W. Olympic Blvd
Fifth Floor
Los Angeles, CA 90064
*Attorneys for Plaintiff Sidney Scholl*

Jonathan M Lloyd
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue
Suite 2200
Seattle, WA 98101-3045
*Attorneys for Defendant Washington Mutual Bank*

Martin L. Fineman
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street
Suite 800
San Francisco, CA 94111-6533
*Attorneys For Defendant Washington Mutual Bank*

Kerry Ford Cunningham
Jeffrey D. Rotenberg
Richard F. Hans
Patrick J. Smith
THACHER PROFFITT & WOOD LLP
Two World Financial Cemter
New York, NY 10281
*Attorneys for Defendant First American Eappraiseit*

SF222903.1