Stephen M. Rummage, *pro hac vice*
Jonathan M. Lloyd, *pro hac vice*
Martin Fineman (Cal. Bar No. 104413)
Sam N. Dawood (Cal. Bar No. 178862)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile:  (415) 276-6599
Email: martinfineman@dwt.com
          samdawood@dwt.com

Attorneys for Defendant Washington Mutual Bank

IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SIDNEY SCHOLL and FELTON A. SPEARS, JR., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL, INC., a Washington corporation; WASHINGTON MUTUAL BANK, FA (aka WASHINGTON MUTUAL BANK); FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER'S SERVICE, INC.,<br><br>Defendants. | Case No. 5:08-cv-00868 (RMW)<br><br>CLASS ACTION<br><br>**NOTICE OF APPEARANCE**<br><br>**(Clerk's Action Required)** |

To:         Plaintiffs above-named;

And to:    Their attorneys of record

And to:    Defendants and their attorneys

YOU AND EACH OF YOU will please take notice that attorney Jonathan M. Lloyd hereby appears on behalf of defendant, Washington Mutual Bank, in the above-entitled action and requests that all further papers and pleadings, except original process, be electronically served upon him at the email address below stated.

1

NOTICE OF APPEARANCE OF JONATHAN M. LLOYD                                    DWT 11101865v1 0013149-000099
Spears v. Washington Mutual, Inc. - Case No. C08-00868 RMW

1  DATED this 19th day of May, 2008.

2          Davis Wright Tremaine LLP
        Attorneys for Washington Mutual, Inc.

By *s/ Jonathan M. Lloyd*
 Jonathan M. Lloyd, *pro hac vice*
 1201 Third Avenue, Suite 2200
 Seattle, Washington 98101-3045
 Telephone: (206) 757-8088
 Fax: (206) 757-7088
 E-Mail: jonathanlloyd@dwt.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Michael David Braun: | service@braunlawgroup.com |
| Laura Jean Fowler: | lfowler@mhalaw.com, ekastern@mhalaw.com |
| Margaret Anne Keane: | mkeane@dl.com |
| Joseph N. Kravec , Jr.: | jnk@ssem.com |
| Kris Hue Chau Man: | kman@dl.com, sholstrom@dl.com |
| Robert J. Pfister: | rpfister@stblaw.com, gdmiller@stblaw.com |
| Janet Lindner Spielberg: | jlspielberg@jlsllp.com |
| Robert Ira Spiro: | ira@spiromoss.com, jeanette@spiromoss.com |

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Kerry Ford Cunningham
Richard F. Hans
Jeffrey D. Rotenberg
Patrick J. Smith
THATCHER PROFFITT & WOOD LLP
Two World Financial Center
New York, NY  10281

DATED this 19th day of May, 2008.

Davis Wright Tremaine LLP
Attorneys for Washington Mutual, Inc.

By */s/ Jonathan M. Lloyd*
Jonathan M. Lloyd, *pro hac vice*
1201 Third Avenue, Suite 2200
Seattle, Washington  98101-3045
Telephone: (206) 757-8088
Fax: (206) 757-7088
E-mail:  jonathanlloyd@dwt.com

DAVIS WRIGHT TREMAINE LLP