MARGARET A. KEANE (State Bar No. 255378)
mkeane@dl.com
KRIS H. MAN (State Bar No. 246008)
kman@dl.com
DEWEY & LEBOEUF LLP
One Embarcadero Center
Suite 400
San Francisco, CA  94111-3619
Telephone: (415) 951-1100
Facsimile:  (415) 951-1180

*Attorneys for Defendant*
*LSI Appraisal, LLC*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and , SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>WASHINGTON MUTUAL, INC., a Washington corporation; FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDERS SERVICE, INC.,<br><br>　　　　　　　　Defendants. | Case No. 5:08-cv-00868 (RMW)<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER RE: RESCHEDULING OF BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS**<br><br>**Honorable Ronald M. Whyte** |

WHEREAS, on March 28, 2008, Plaintiffs filed their amended complaint; and Defendants were required to answer or otherwise respond on or before May 2, 2008;

WHEREAS, on May 2, 2008, Defendants filed their respective motions to dismiss, with hearing for the motions to dismiss set for July 15, 2008;

WHEREAS, Plaintiffs' opposition to Defendants' motions to dismiss was due on or before June 10, 2008;

WHEREAS, Defendants' reply brief to Plaintiffs' opposition to Defendants' motions to dismiss was due on or before July 1, 2008;

---

STIPULATION AND [PROPOSED] ORDER RE: RESCHEDULING OF BRIEFING SCHEDULE AND HEARING DATE

1    WHEREAS, on May 9, 2008, Defendants First American eAppraiseIT and Lenders Service, Inc. filed declinations to proceed before a Magistrate Judge and request for reassignment to a District Judge;

4    WHEREAS, on May 12, 2008, the instant case was reassigned to the Honorable Ronald M. Whyte,

6    WHEREAS, upon the reassignment to Judge Whyte, all dates previously set before the Magistrate Judge were vacated;

8    WHEREAS, on May 15, 2008, a clerk's notice was entered rescheduling the hearing date on the Defendants' motions to dismiss to July 25, 2008;

10   WHEREAS, counsel have conferred and due to the professional and personal schedules of counsel and the parties, counsel respectfully request that the briefing and hearing dates be rescheduled as follows:

13   (1)  June 25, 2008 – Plaintiffs' opposition to Defendants' motions to dismiss due;
14   (2)  August 1, 2008 – Defendants' reply brief to Plaintiffs' opposition to Defendants' motions to dismiss due;
16   (3)  August 15, 2008 – Hearing on Defendants' motions to dismiss;

17   WHEREAS, counsel agree that rescheduling the briefing and hearing dates regarding Defendants' motions to dismiss would not be prejudicial to either party and would further promote judicial efficiency;

20   IT IS HEREBY STIPULATED by the parties, by and through their undersigned counsel, that the briefing and hearing dates will be rescheduled as follows:

22   (1)  June 25, 2008 – Plaintiffs' opposition to Defendants' motions to dismiss due;
23   (2)  August 1, 2008 – Defendants' reply brief to Plaintiffs' opposition to Defendants' motions to dismiss due;
25   (3)  August 15, 2008 – Hearing on Defendants' motions to dismiss.

STIPULATION AND [PROPOSED] ORDER RE: RESCHEDULING OF BRIEFING SCHEDULE AND HEARING DATE

| | | |
|---|---|---|
| DATED: May 16, 2008 | | DEWEY & LEBOEUF LLP |
| | By: | /s/   *Kris H. Man* |
| | | Kris H. Man, SBN 246008 |
| | | Margaret A. Keane, SBN 255378 |
| | | DEWEY & LEBOEUF LLP |
| | | One Embarcadero Center, Suite 400 |
| | | San Francisco, CA  94111-3619 |
| | | Telephone: (415) 951-1100 |
| | | Facsimile:  (415) 951-1180 |
| | | |
| | | *Attorneys for Defendant* |
| | | *LSI Appraisal, LLC* |
| | | |
| DATED: May 19, 2008 | | DAVIS WRIGHT TREMAINE LLP |
| | By: | /s/   *Stephen M. Rummage* |
| | | Stephen M. Rummage, *Pro Hac Vice* |
| | | Martin L. Fineman, SBN 104413 |
| | | 505 Montgomery Street, Suite 800 |
| | | San Francisco, CA  94111 |
| | | Telephone:    (415) 276-6500 |
| | | Facsimile:    (415) 276-6599 |
| | | |
| | | *Attorneys for Defendant* |
| | | *Washington Mutual Bank* |
| | | |
| DATED: May 16, 2008 | | THACHER PROFFITT & WOOD LLP |
| | By: | /s/    *Richard F. Hans* |
| | | Richard F. Hans, *Pro Hac Vice* |
| | | Two World Financial Center |
| | | New York, NY 10281 |
| | | Telephone:    (212) 912-7400 |
| | | Fax:             (212) 912-7751 |
| | | |
| | | *Attorneys for Defendant* |
| | | *First American eAppraiseIT* |
| | | |
| DATED: May 16, 2008 | | BRAUN LAW GROUP, P.C. |
| | By: | /s/    *Michael D. Braun* |
| | | Michael D. Braun, SBN 167416 |
| | | 12304 Santa Monica Blvd., Suite 109 |
| | | Los Angeles, CA  90025 |
| | | Telephone:    (310) 442-7755 |
| | | Facsimile:    (310) 442-7756 |
| | | |
| | | *Attorneys for Plaintiffs* |

STIPULATION AND [PROPOSED] ORDER RE: RESCHEDULING OF BRIEFING SCHEDULE AND HEARING DATE

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  DATED:_____                              _____
                                                    HONORABLE RONALD M. WHYTE
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: RESCHEDULING OF BRIEFING SCHEDULE AND HEARING DATE
SF222942.5