1  MARGARET A. KEANE (State Bar No. 255378)
   mkeane@dl.com
2  KRIS H. MAN (State Bar No. 246008)
   kman@dl.com
3  DEWEY & LEBOEUF LLP
   One Embarcadero Center
4  Suite 400
   San Francisco, CA  94111-3619
5  Telephone: (415) 951-1100          *E-FILED - 5/22/08*
   Facsimile:  (415) 951-1180
6
   *Attorneys for Defendant*
7  *LSI Appraisal, LLC*

8           IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 FELTON A. SPEARS, JR. and ,           ) Case No. 5:08-cv-00868 (RMW)
   SIDNEY SCHOLL, on behalf of themselves )
12 and all others similarly situated,    ) CLASS ACTION
                                         )
13                Plaintiffs,            ) STIPULATION AND [XXXXXXXXXXXXXX]
                                         ) ORDER RE: RESCHEDULING OF
14      vs.                              ) BRIEFING SCHEDULE AND
                                         ) HEARING DATE ON DEFENDANTS'
15 WASHINGTON MUTUAL, INC.,              ) MOTIONS TO DISMISS
   a Washington corporation;             )
16 FIRST AMERICAN EAPPRAISEIT,           )
   a Delaware corporation; and           )
17 LENDERS SERVICE, INC.,                ) **Honorable Ronald M. Whyte**
                                         )
18                Defendants.            )
                                         )
19 _____)

20      WHEREAS, on March 28, 2008, Plaintiffs filed their amended complaint; and Defendants

21 were required to answer or otherwise respond on or before May 2, 2008;

22      WHEREAS, on May 2, 2008, Defendants filed their respective motions to dismiss, with

23 hearing for the motions to dismiss set for July 15, 2008;

24      WHEREAS, Plaintiffs' opposition to Defendants' motions to dismiss was due on or before

25 June 10, 2008;

26      WHEREAS, Defendants' reply brief to Plaintiffs' opposition to Defendants' motions to

27 dismiss was due on or before July 1, 2008;

28

STIPULATION AND [XXXXXXXXX] ORDER RE: RESCHEDULING OF BRIEFING SCHEDULE AND HEARING DATE

1  WHEREAS, on May 9, 2008, Defendants First American eAppraiseIT and Lenders Service, Inc. filed declinations to proceed before a Magistrate Judge and request for reassignment to a District Judge;

WHEREAS, on May 12, 2008, the instant case was reassigned to the Honorable Ronald M. Whyte,

WHEREAS, upon the reassignment to Judge Whyte, all dates previously set before the Magistrate Judge were vacated;

WHEREAS, on May 15, 2008, a clerk's notice was entered rescheduling the hearing date on the Defendants' motions to dismiss to July 25, 2008;

WHEREAS, counsel have conferred and due to the professional and personal schedules of counsel and the parties, counsel respectfully request that the briefing and hearing dates be rescheduled as follows:

(1) June 25, 2008 – Plaintiffs' opposition to Defendants' motions to dismiss due;

(2) August 1, 2008 – Defendants' reply brief to Plaintiffs' opposition to Defendants' motions to dismiss due;

(3) August 15, 2008 – Hearing on Defendants' motions to dismiss;

WHEREAS, counsel agree that rescheduling the briefing and hearing dates regarding Defendants' motions to dismiss would not be prejudicial to either party and would further promote judicial efficiency;

IT IS HEREBY STIPULATED by the parties, by and through their undersigned counsel, that the briefing and hearing dates will be rescheduled as follows:

(1) June 25, 2008 – Plaintiffs' opposition to Defendants' motions to dismiss due;

(2) August 1, 2008 – Defendants' reply brief to Plaintiffs' opposition to Defendants' motions to dismiss due;

(3) August 15, 2008 – Hearing on Defendants' motions to dismiss.

STIPULATION AND XXXXXXXXXX ORDER RE: RESCHEDULING OF BRIEFING SCHEDULE AND HEARING DATE

| | | | |
|---|---|---|---|
| 1 | DATED: May 16, 2008 | | DEWEY & LEBOEUF LLP |
| 2 | | By: | /s/   *Kris H. Man* |
| | | | Kris H. Man, SBN 246008 |
| 3 | | | Margaret A. Keane, SBN 255378 |
| | | | DEWEY & LEBOEUF LLP |
| 4 | | | One Embarcadero Center, Suite 400 |
| | | | San Francisco, CA  94111-3619 |
| 5 | | | Telephone: (415) 951-1100 |
| | | | Facsimile:  (415) 951-1180 |
| 6 | | | |
| 7 | | | *Attorneys for Defendant* |
| | | | *LSI Appraisal, LLC* |
| 8 | | | |
| | DATED: May 19, 2008 | | DAVIS WRIGHT TREMAINE LLP |
| 9 | | | |
| 10 | | By: | /s/   *Stephen M. Rummage* |
| | | | Stephen M. Rummage, *Pro Hac Vice* |
| 11 | | | Martin L. Fineman, SBN 104413 |
| | | | 505 Montgomery Street, Suite 800 |
| 12 | | | San Francisco, CA  94111 |
| | | | Telephone:     (415) 276-6500 |
| 13 | | | Facsimile:     (415) 276-6599 |
| 14 | | | *Attorneys for Defendant* |
| | | | *Washington Mutual Bank* |
| 15 | | | |
| 16 | DATED: May 16, 2008 | | THACHER PROFFITT & WOOD LLP |
| 17 | | By: | /s/    *Richard F. Hans* |
| | | | Richard F. Hans, *Pro Hac Vice* |
| 18 | | | Two World Financial Center |
| | | | New York, NY 10281 |
| 19 | | | Telephone:    (212) 912-7400 |
| | | | Fax:             (212) 912-7751 |
| 20 | | | |
| 21 | | | *Attorneys for Defendant* |
| | | | *First American eAppraiseIT* |
| 22 | | | |
| 23 | DATED: May 16, 2008 | | BRAUN LAW GROUP, P.C. |
| 24 | | By: | /s/    *Michael D. Braun* |
| | | | Michael D. Braun, SBN 167416 |
| 25 | | | 12304 Santa Monica Blvd., Suite 109 |
| | | | Los Angeles, CA  90025 |
| 26 | | | Telephone:    (310) 442-7755 |
| | | | Facsimile:    (310) 442-7756 |
| 27 | | | *Attorneys for Plaintiffs* |
| 28 | | | |

STIPULATION AND [XXXXXXXX] ORDER RE: RESCHEDULING OF BRIEFING SCHEDULE AND HEARING DATE

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  DATED: 5/22/08                    *Ronald M. Whyte*
                                     _____
4                                    HONORABLE RONALD M. WHYTE

STIPULATION AND [XXXXXXX] ORDER RE: RESCHEDULING OF BRIEFING SCHEDULE AND HEARING DATE
SF222942.5