ORIGINAL

KEVIN C. WALLACE (*Pro Hac Vice* Admission Pending)
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Telephone: (212) 259-8000
Facsimile: (212) 259-6333
E-mail:   kwallace@dl.com

KRIS MAN (State Bar No. 246008)
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111-3619
Telephone: (415) 951-1100
Facsimile: (415) 951-1180
E-mail:   kman@dl.com

*Attorneys For Defendant
LSI Appraisal, LLC*

RECEIVED
2008 MAY 14 PM 4:13
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

*E-FILED - 5/22/08*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON MUTUAL, INC., a Washington Corporation; FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER'S SERVICE, INC., <br><br> Defendants. | Case No.: 5:08-cv-00868 (RMW) <br><br> **CLASS ACTION** <br><br> [XXXXXXXXX] **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY KEVIN C. WALLACE *PRO HAC VICE*** |

Kevin C. Wallace, an active member in good standing of the bar of the State of New York and admitted to the United States District Court for the Southern District of New York, whose business address and telephone number is 1301 Avenue of the Americas, New York, NY 10019-6092, telephone: (212) 259-8000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing LSI Appraisal, LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11.3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of

1  papers upon and communication with co-counsel designated in the application will constitute notice to
2  the party.  All future filings in this action are subject to the requirements contained in General Order No.
3  45, *Electronic Case Filing*.

4
5  Dated: _5/22/08_____          *Ronald M. Whyte*
                                              _____
6                                             THE HONORABLE RONALD M. WHYTE
                                              UNITED STATES xxxxxxxxxxxxxxE JUDGE
7                                                            DISTRICT

SF222841.1