1 | MARGARET A. KEANE (State Bar No. 255378)
mkeane@dl.com
2 | KRIS H. MAN (State Bar No. 246008)
kman@dl.com
3 | DEWEY & LEBOEUF LLP
One Embarcadero Center
4 | Suite 400
San Francisco, CA  94111-3619
5 | Telephone: (415) 951-1100
Facsimile:  (415) 951-1180

*Attorneys for Defendant*
*LSI Appraisal, LLC*

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and , SIDNEY SCHOLL, on behalf of themselves and all others similarly situated, | Case No. 5:08-cv-00868 (RMW) |
| Plaintiffs, | CLASS ACTION |
| vs. | **PROOF OF SERVICE** |
| WASHINGTON MUTUAL, INC., a Washington corporation; FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDERS SERVICE, INC., | |
| Defendants. | |

I declare that I am over the age of eighteen (18) years and not a party to this action.  My business address is:  Dewey & LeBoeuf LLP, One Embarcadero Center, Suite 400, San Francisco, CA  94111-3619 (hereinafter "D&L").

On May 22, 2008, I served the following documents described as:

- **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY KEVIN C. WALLACE *PRO HAC VICE***

- **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY CHRISTOPHER J. CLARK *PRO HAC VICE***

PROOF OF SERVICE

- **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY ANGELA M. PAPALASKARIS *PRO HAC VICE***

- **STIPULATION AND ORDER RE: RESCHEDULING OF BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS**

on the following non-CM/ECF party by United States Postal Service:

>Kerry Ford Cunningham
>Richard F. Hans
>Jeffrey D. Rotenberg
>Patrick J. Smith
>THATCHER PROFFITT & WOOD LLP
>Two World Financial Center
>New York, NY  10281

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 22, 2008 at San Francisco, California.

/s/   *Kris H. Man*
KRIS H. MAN

PROOF OF SERVICE
SF222973.1