McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
MICHAEL T. FOGARTY (#065809)
LAURA J. FOWLER (#186097)
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone: 916.444.3900
Fax:    916.444.3249

THACHER PROFFITT & WOOD LLP
RICHARD F HANS (*Pro Hac Vice*, SBN 2593200NY)
PATRICK J SMITH (*Pro Hac Vice*, SBN 2402394NY)
JEFFREY D. ROTENBERG (P*ro Hac Vice,* SBN 3984994NY)
Two World Financial Center
New York, NY  10281
Phone: 212.912.7400
Fax:    212.912.7751

Attorneys for Defendant eAppraiseIT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON MUTUAL, INC., a Washington corporation; FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER'S SERVICE, INC., <br><br> Defendants. | CASE NO.:  5:08-CV-00868 RMW <br><br> <u>CLASS ACTION</u> <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br> ──────────────── <br><br> **Honorable Ronald M. Whyte** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

/ / /

**MHA**
McDonough Holland & Allen PC
Attorneys at Law

1095997v1 36887/0002

eAppraiseIT, LLC[1] (the named defendant in this action) is wholly owned by First American Real Estate Solutions, LLC, which is 80% owned by First American Real Estate Information Services, Inc. and 20% owned by Experian Information Solutions, Inc.  First American Real Estate Information Services, Inc. is wholly owned by The First American Corporation, which is a publicly held corporation.

DATED:  May 23, 2008                    McDONOUGH HOLLAND & ALLEN PC
                                        Attorneys at Law


                                        By: _____/s/ Laura J. Fowler_____
                                                LAURA J. FOWLER

                                        Attorneys for Defendant eAppraiseIT, LLC

_____

[1]      The Complaint names First American eAppraiseIT as a defendant.  The proper legal name of this entity is eAppraiseIT, LLC.

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS                    1095997v1 36887/0002