ANGELA M. PAPALASKARIS (*Pro Hac Vice*)
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Telephone: (212) 259 - 8235
Facsimile: (212) 259 - 6333
E-mail:    apapalas@dl.com

KRIS MAN (State Bar No. 246008)
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111-3619
Telephone: (415) 951-1100
Facsimile: (415) 951-1180
E-mail:    kman@dl.com

*Attorneys for Defendant*
*LSI Appraisal, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL, INC., a Washington Corporation; FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER'S SERVICE, INC.,<br><br>Defendants. | Case No.: 5:08-cv-00868 (RMW)<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE** |

TO:    ALL PARTIES OF RECORD

PLEASE TAKE NOTICE THAT Angela M. Papalaskaris hereby appears on behalf of Defendant LSI Appraisal, LLC[1] in the above-captioned action and requests that all further papers and pleadings, except original process, be electronically served upon her at the e-mail address below stated.

---

[1] Plaintiffs erroneously named Lender's Service, Inc. as a defendant. Lender's Service, Inc. is the former name of the entity now operating as LSI Appraisal, LLC.

1

Dated: June 3, 2008						DEWEY & LEBOEUF LLP

2

3

By: ___/s/___ *Angela M. Papalaskaris*___

4

Angela M. Papalaskaris (*Pro Hac Vice*)
DEWEY & LEBOEUF LLP

5

1301 Avenue of the Americas
New York, NY 10019-6092

6

Telephone: (212) 259 - 8235
Facsimile: (212) 259 - 6333

7

E-mail:    apapalas@dl.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

5:08-cv-00868 (RMW)                                    2                              NOTICE OF APPEARANCE

**CERTIFICATE OF SERVICE**

I declare that I am over the age of eighteen (18) years and not a party to this action. My business address is: Dewey & LeBoeuf LLP, One Embarcadero Center, Suite 400, San Francisco, CA 94111.

On June 3, 2008, the foregoing **NOTICE OF APPEARANCE** was filed with the Clerk of the Court using the Official Court Electronic Case Filing System ("ECF System"). The ECF System is designed to automatically generate an e-mail message, with a link to the filed document(s), to all parties in the case registered for electronic filing, which constitutes service. The ECF system will send notification of such filing to the following:

| | |
|---|---|
| Michael D. Braun | service@braunlawgroup.com |
| Laura Jean Fowler | lfowler@mhalaw.com, ekastern@mhalaw.com |
| Joseph N. Kravec, Jr. | jnk@ssem.com |
| Robert J. Pfister | rpfister@stblaw.com, gdmiller@stblaw.com |
| Janet Lindner Spielberg | jlspielberg@jlslp.com |
| Robert Ira Spiro | ira@spiromoss.com, jeanette@spiromoss.com |
| Jonathan M. Lloyd | jonathanlloyd@dwt.com, terriray@dwt.com |
| Sam N. Dawood | samdawood@dwt.com, allanpatterson@dwt.com, pammaiwandi@dwt.com |
| Martin L. Fineman | martinfineman@dwt.com, edithshertz@dwt.com |
| Stephen Michael Rummage | steverummate@dwt.com, jeannecadley@dwt.com |

A true and correct copy of the foregoing **NOTICE OF APPEARANCE** was served via United States Mail, postage prepaid, to the following party:

Kerry Ford Cunningham
Richard F. Hans
Jeffrey D. Rotenberg
Patrick J. Smith
THATCHER PROFITT & WOOD LLP
Two World Financial Center
New York, NY 10281

DATED: June 3, 2008 at San Francisco, California.

/s/  *Kris H. Man*
KRIS H. MAN