Joseph N. Kravec, Jr. *(Admitted Pro Hac Vice)*
SPECTER SPECTER EVANS
& MANOGUE, P.C.
The 26th Floor Koppers Building
Pittsburgh, Pennsylvania 15219
Tel:   (412) 642-2300
Fax:   (412) 642-2309
E-mail: jnk@ssem.com

Michael D. Braun (167416)
BRAUN LAW GROUP, P.C.
12304 Santa Monica Blvd., Suite 109
Los Angeles, CA 90025
Tel:   (310) 442-7755
Fax:   (310) 442-7756
E-mail: service@braunlawgroup.com

Ira Spiro (67641)
SPIRO MOSS BARNESS, LLP
11377 West Olympic Blvd., Fifth Floor
Los Angeles, CA 90064-1683
Tel:   (310) 235-2468
Fax:   (310) 235-2456
E-mail: ira@spiromoss.com

Janet Lindner Spielberg (221926)
LAW OFFICES OF JANET
LINDNER SPIELBERG
12400 Wilshire Blvd., Suite 400
Los Angeles, CA 90025
Tel:   (310) 392-8801
Fax:   (310) 278-5938
E-mail: jlspielberg@jlslp.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIDNEY SCHOLL and FELTON A. SPEARS, JR., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA (aka WASHINGTON MUTUAL BANK); FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER'S SERVICE, INC.,<br><br>Defendants. | CASE NO.: 5:08-CV-00868 (HRL)<br><br>**CLASS ACTION**<br><br>**PLAINTIFF SIDNEY SCHOLL'S AFFIDAVIT OF VENUE PURSUANT TO CIVIL CODE §1780(c)** |

1  TO: THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:
2      I, Sidney Scholl, submit this affidavit pursuant to §1780(c) of the Consumers Legal
3  Remedies Act and declare the following:
4      I am a citizen of the State of California, residing in Sonoma County, California. In October,
5  2006, I entered a mortgage loan, which is the subject of this action, through Washington Mutual's
6  offices in Sonoma, California.
7      I hereby declare under penalty of perjury under the laws of the State of California that the
8  forgoing is true and correct.
9      Executed this 13 day of May, 2008, at _____Sonoma_____, California.

                                                /s/ Sidney Scholl
                                                Sidney Scholl

- SEE ATTACHED -

1

PLAINTIFF SIDNEY SCHOLL'S AFFIDAVIT OF VENUE PURSUANT TO CIVIL CODE §1780(c)
CASE NO.: 5:08-CV-00868 (HRL)

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____          _____
Signature of Document Signer No. 1         Signature of Document Signer No. 2 (if any)

State of California
County of _____Sonoma_____

Subscribed and sworn to (or affirmed) before me on this
__13th__ day of __May__, 20_08_, by
(1) _____Sidney Scholl_____,
    Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)

(and

(2) _____,
    Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature _____
              Signature of Notary Public

[Notary Seal: JEREMY TAYSON, COMM. #1789581, NOTARY PUBLIC - CALIFORNIA, SONOMA COUNTY, My Comm. Expires Jan. 28, 2012]

Place Notary Seal Above

——————————————— OPTIONAL ———————————————

Though the information below is not required by law, it may prove
valuable to persons relying on the document and could prevent
fraudulent removal and reattachment of this form to another document

**Further Description of Any Attached Document**

Title or Type of Document: _____

Document Date: _____   Number of Pages: _____

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder Call Toll-Free 1-800-876-6827