Joseph N. Kravec, Jr. *(Admitted Pro Hac Vice)*
SPECTER SPECTER EVANS
  & MANOGUE, P.C.
The 26th Floor Koppers Building
Pittsburgh, Pennsylvania 15219
Tel:    (412) 642-2300
Fax:    (412) 642-2309
E-mail: jnk@ssem.com

Michael D. Braun (167416)
BRAUN LAW GROUP, P.C.
12304 Santa Monica Blvd., Suite 109
Los Angeles, CA 90025
Tel:    (310) 442-7755
Fax:    (310) 442-7756
E-mail: service@braunlawgroup.com

Ira Spiro (67641)
SPIRO MOSS BARNESS, LLP
11377 West Olympic Blvd., Fifth Floor
Los Angeles, CA 90064-1683
Tel:    (310) 235-2468
Fax:    (310) 235-2456
E-mail: ira@spiromoss.com

Janet Lindner Spielberg (221926)
LAW OFFICES OF JANET
LINDNER SPIELBERG
12400 Wilshire Blvd., Suite 400
Los Angeles, CA 90025
Tel:    (310) 392-8801
Fax:    (310) 278-5938
E-mail: jlspielberg@jlslp.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SIDNEY SCHOLL and FELTON A. SPEARS, JR., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA (aka WASHINGTON MUTUAL BANK); FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER'S SERVICE, INC.,<br><br>Defendants. | CASE NO.: 5:08-CV-00868 RMW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER RE: MOTION FOR ADMINISTRATIVE RELIEF** |

1  WHEREAS, on May 2, 2008, the Defendants Washington Mutual Bank, FA (a/k/a Washington Mutual Bank)("WMB"), and First American eAppraiseIT ("EA") filed Motions to Dismiss which included two memorandums of points and authorities totaling 45 pages collectively;

WHEREAS, Civil L.R. 7-3(a) provides that Plaintiffs may submit two Opposition Briefs of 25 pages each in response to Defendant WMB's and Defendant EA's Motions to Dismiss;

WHEREAS, each of the briefs of WMB and EA make a number of similar arguments;

WHEREAS, it would be most efficient for Plaintiffs to respond to the two briefs of WMB and EA in one single brief;

WHEREAS, Defendants agree Plaintiffs may file a single 40 page brief to collectively respond to WMB's and EA's briefs, rather than two separate 25 page briefs as allowed by Civil L.R. 7-3(a);

WHEREAS, Plaintiffs agree that this stipulation is not to be construed as waiving the rights of Defendants to file separate Reply briefs in response to Plaintiffs' single Opposition brief in accordance with L.R. 7.3(c).

IT IS HEREBY STIPULATED by the Plaintiffs, WMB and EA, by and through their undersigned counsel, that:

(1) In response to Defendant WMB's and Defendant EA's Motions to Dismiss, Plaintiff may file a single opposition motion.

(2) Defendants WMB and EA agree that the single opposition motion may exceed the 25 page limit for single brief as long as it does not exceed 40 pages.

Dated: June 19, 2008                    LAW OFFICES OF JANET LINDNER SPIELBER

By:    /s/ Janet Lindner Spielberg
Janet L. Spielberg (CA Bar No. 221926)
12400 Wilshire Blvd., Suite 400
Los Angeles, CA 90025
Tel:    (310) 392-8801
Fax:    (310) 278-5938

Attorneys for Plaintiffs

| | | |
|---|---|---|
| Dated: June 19, 2008 | | DAVIS WRIGHT TREMAINE LLP |

By:    */s/ Stephen M. Rummage*
Stephen M. Rummage, Pro Hac Vice
Martin L. Fineman, SBN 104413
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Defendant
Washington Bank Bank FA

Dated: June 19, 2008                    THACHER PROFFITT & WOOD

By:    */s/ Jeffrey D. Roternberg*
Jeffrey D. Rotenberg (SBN 3984994NY)
Richard F. Hans (SBN 2593200NY)
Patrick J. Smith (SBN 2402394NY)
2 World Financial Center
New York, NY 10281
Telephone:     (212) 912-7400
Facsimile:     (212) 912-7751

Attorneys for Defendant
First American eAppraiseIT

### [PROPOSED] ORDER

PURSUANT TO THE PARTIES' STIPULATION, THE COURT HEREBY ORDERS AS FOLLOWS:

(1) Plaintiffs may file a single brief in opposition to Defendant EA's and Defendant WMB's motions to dismiss.

(2) Plaintiffs aforementioned brief may exceed the ordinary page limit of 25 pages but may not exceed 40 pages.

(3) This stipulation is not to be construed as waiving the rights of Defendants to file separate Reply briefs in response to Plaintiffs' single Opposition brief in accordance with L.R. 7.3(c).

Dated:_____, 2008

                                                                   Hon. Ronald M. Whyte
                                                                   United States District Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       )ss.:
COUNTY OF LOS ANGELES  )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12304 Santa Monica Boulevard, Suite 109, Los Angeles, CA 90025.

On June 19, 2008, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Michael D. Braun, I filed and served the document(s) described as:

**STIPULATION AND [PROPOSED] ORDER RE: MOTION FOR ADMINISTRATIVE RELIEF**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

| Name | Email |
|---|---|
| Christopher J. Clark, Esq. | cjclark@dl.com |
| Sam N. Dawood, Esq. | samdawood@dwt.com, allanpatterson@dwt.com, pammaiwandi@dwt.com |
| Janet Lindner Spielberg, Esq. | jlspielberg@jlslp.com |
| Richard F. Hans, Esq. | rhans@tpw.com |
| Joseph N. Kravec, Jr., Esq. | jnk@ssem.com |
| Ira Spiro, Esq. | ira@spiromoss.com |
| Martin L. Fineman, Esq. | martinfineman@dwt.com edithshertz@dwt.com |
| Laura Jean Fowler, Esq. | lfowler@mhalaw.com ekastern@mhalaw.com |
| Margaret Anne Keane, Esq. | mkeane@dl.com |
| Angela M. Papalaskaris, Esq. | apapalas@dl.com |
| Robert J. Pfister, Esq. | rpfister@stblaw.com gdmiller@stblaw.com |
| Jeffrey D. Rotenberg, Esq. | jrotenberg@tpw.com |
| Stephen Michael Rummage, Esq. | steverummage@dwt.com jeannecadley@dwt.com |
| Kevin C. Wallace, Esq. | kwallace@dl.com |

On June 19, 2008, I served the document(s) described as:

**STIPULATION AND [PROPOSED] ORDER RE: MOTION FOR ADMINISTRATIVE RELIEF**

by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

Kerry Ford Cunningham, Esq.
Patrick J. Smith, Esq.
THACHER PROFFITT & WOOD LLP
Two World Financial Center
New York, NY 10281

I served the above document(s) as follows:

BY MAIL. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on June 19, 2008, at Los Angeles, California 90025.

/S/ LEITZA MOLINAR
Leitza Molinar