Joseph N. Kravec, Jr. *(Admitted Pro Hac Vice)*
SPECTER SPECTER EVANS
  & MANOGUE, P.C.
The 26th Floor Koppers Building
Pittsburgh, Pennsylvania 15219
Tel:   (412) 642-2300
Fax:   (412) 642-2309
E-mail: jnk@ssem.com

Michael D. Braun (167416)
BRAUN LAW GROUP, P.C.
12304 Santa Monica Blvd., Suite 109
Los Angeles, CA 90025
Tel:   (310) 442-7755
Fax:   (310) 442-7756
E-mail: service@braunlawgroup.com

Ira Spiro (67641)
SPIRO MOSS BARNESS, LLP
11377 West Olympic Blvd., Fifth Floor
Los Angeles, CA 90064-1683
Tel:   (310) 235-2468
Fax:   (310) 235-2456
E-mail: ira@spiromoss.com

Janet Lindner Spielberg (221926)
LAW OFFICES OF JANET
LINDNER SPIELBERG
12400 Wilshire Blvd., Suite 400
Los Angeles, CA 90025
Tel:   (310) 392-8801
Fax:   (310) 278-5938
E-mail: jlspielberg@jlslp.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIDNEY SCHOLL and FELTON A. SPEARS, JR., on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>        v.<br><br>WASHINGTON MUTUAL BANK, FA (aka WASHINGTON MUTUAL BANK); FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER'S SERVICE, INC.,<br><br>                Defendants. | CASE NO.: 5:08-CV-00868 RMW<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF REQUESTING LEAVE TO FILE A SINGLE FORTY (40) PAGE BRIEF IN OPPOSITION TO TWO SEPARATE BRIEFS FILED BY DEFENDANTS WASHINGTON MUTUAL, INC. AND FIRST AMERICAN EAPPRAISEIT** |

## I. ARGUMENT

On May 2, 2008 Defendants Washington Mutual Bank, FA ("WMB") and First American Eappraiseit ("Eappraiseit") filed Motions to Dismiss Plaintiffs' First Amended Complaint ("FAC"). Plaintiffs' Opposition to the aforementioned motions to dismiss must be filed on June 25, 2008.

The Motions to Dismiss filed by Defendants Eappraiseit and WMB, contain a number of overlapping arguments such that it would be more efficient for Plaintiffs to submit a single oversized brief of forty (40) pages.

On June 18, 2008, Plaintiffs' counsel conferred with counsel for Defendants regarding Plaintiffs' intention to seek leave to file a single oversized brief. Defendants agreed to this request.

"[D]uring the course of case proceedings a party may require a Court order with respect to miscellaneous administrative matters, not otherwise governed by a federal statute, Federal or local rule or standing order of the assigned judge. These motions would include matters such as motions to exceed otherwise applicable page limitations...." L.R. 7-11.

Local Rule 7-4 provides that an opposition brief may not be longer than twenty five (25) pages in length. As both, EA and WMB, have each filed separate briefs, under the Local Rules, Plaintiffs would be entitled to separately respond with two twenty five (25) page briefs.

Although Plaintiffs are entitled to a total of fifty (50) pages, as a matter of economy and efficiency, Plaintiffs seek to file a single brief of only forth (40) pages.

Defendants have stipulated to this request, which Plaintiffs now respectfully request the Court to approve.

///

///

///

## II. CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court grant their Motion.

Dated: June 19, 2008

          Janet Lindner Spielber
          LAW OFFICES OF JANET LINDNER SPIELBERG

By:     */s/ Janet Lindner Spielberg*
          Janet Lindner Spielber
          12400 Wilshire Blvd., Suite 400
          Los Angeles, CA 90025
          Tel:   (310) 392-8801
          Fax:  (310) 278-5938

          Michael D. Braun
          BRAUN LAW GROUP, P.C.
          12304 Santa Monica Blvd., Suite 109
          Los Angeles, CA 90025
          Tel:   (310) 442-7755
          Fax:  (310) 442-7756

          Joseph N. Kravec, Jr. *(Admitted Pro Hac Vice)*
          SPECTER SPECTER EVANS
            & MANOGUE, P.C.
          The 26th Floor Koppers Building
          Pittsburgh, Pennsylvania 15219
          Tel:   (412) 642-2300
          Fax:  (412) 642-2309

          Ira Spiro
          SPIRO MOSS BARNESS, LLP
          11377 West Olympic Blvd., Fifth Floor
          Los Angeles, CA 90064-1683
          Tel:   (310) 235-2468
          Fax:  (310) 235-2456

          *Attorneys for Plaintiffs*

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        )ss.:
COUNTY OF LOS ANGELES   )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12304 Santa Monica Boulevard, Suite 109, Los Angeles, CA 90025.

On June 19, 2008, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Michael D. Braun, I filed and served the document(s) described as:

**PLAINTIFFS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF REQUESTING LEAVE TO FILE A SINGLE FORTY (40) PAGE BRIEF IN OPPOSITION TO TWO SEPARATE BRIEFS FILED BY DEFENDANTS WASHINGTON MUTUAL, INC. AND FIRST AMERICAN EAPPRAISEIT**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

| Name | Email |
|---|---|
| Christopher J. Clark, Esq. | cjclark@dl.com |
| Sam N. Dawood, Esq. | samdawood@dwt.com, allanpatterson@dwt.com, pammaiwandi@dwt.com |
| Janet Lindner Spielberg, Esq. | jlspielberg@jlslp.com |
| Richard F. Hans, Esq. | rhans@tpw.com |
| Joseph N. Kravec, Jr., Esq. | jnk@ssem.com |
| Ira Spiro, Esq. | ira@spiromoss.com |
| Martin L. Fineman, Esq. | martinfineman@dwt.com edithshertz@dwt.com |
| Laura Jean Fowler, Esq. | lfowler@mhalaw.com ekastern@mhalaw.com |
| Margaret Anne Keane, Esq. | mkeane@dl.com |
| Angela M. Papalaskaris, Esq. | apapalas@dl.com |
| Robert J. Pfister, Esq. | rpfister@stblaw.com gdmiller@stblaw.com |
| Jeffrey D. Rotenberg, Esq. | jrotenberg@tpw.com |
| Stephen Michael Rummage, Esq. | steverummage@dwt.com jeannecadley@dwt.com |

3

Kevin C. Wallace, Esq.                              kwallace@dl.com

On June 19, 2008, I served the document(s) described as:

**PLAINTIFFS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF REQUESTING LEAVE TO FILE A SINGLE FORTY (40) PAGE BRIEF IN OPPOSITION TO TWO SEPARATE BRIEFS FILED BY DEFENDANTS WASHINGTON MUTUAL, INC. AND FIRST AMERICAN EAPPRAISEIT**

by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

Kerry Ford Cunningham, Esq.
Patrick J. Smith, Esq.
THACHER PROFFITT & WOOD LLP
Two World Financial Center
New York, NY 10281

I served the above document(s) as follows:

BY MAIL. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on June 19, 2008, at Los Angeles, California 90025.

　　　　　　　　　　　　　　　　　　　　　　　/S/ LEITZA MOLINAR
　　　　　　　　　　　　　　　　　　　　　　　Leitza Molinar

4