Joseph N. Kravec, Jr. *(Admitted Pro Hac Vice)*
SPECTER SPECTER EVANS
  & MANOGUE, P.C.
The 26th Floor Koppers Building
Pittsburgh, Pennsylvania 15219
Tel:   (412) 642-2300
Fax:   (412) 642-2309
E-mail: jnk@ssem.com

Michael D. Braun (167416)
BRAUN LAW GROUP, P.C.
12304 Santa Monica Blvd., Suite 109
Los Angeles, CA 90025
Tel:   (310) 442-7755
Fax:   (310) 442-7756
E-mail: service@braunlawgroup.com

Ira Spiro (67641)
SPIRO MOSS BARNESS, LLP
11377 West Olympic Blvd., Fifth Floor
Los Angeles, CA 90064-1683
Tel:   (310) 235-2468
Fax:   (310) 235-2456
E-mail: ira@spiromoss.com

Janet Lindner Spielberg (221926)
LAW OFFICES OF JANET
LINDNER SPIELBERG
12400 Wilshire Blvd., Suite 400
Los Angeles, CA 90025
Tel:   (310) 392-8801
Fax:   (310) 278-5938
E-mail: jlspielberg@jlslp.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIDNEY SCHOLL and FELTON A. SPEARS, JR., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA (aka WASHINGTON MUTUAL BANK); FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER'S SERVICE, INC.,<br><br>Defendants. | CASE NO.: 5:08-CV-00868 RMW<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STAY PROCEEDINGS<br><br>DATE:   July 25, 2008<br>TIME:   9:00 a.m.<br>CTRM:   6, 4th Floor |

1 | The Court, having fully considered Plaintiffs Sidney Scholl's and Felton A. Spears, Jr.'s Motion to Stay Proceedings and the Memorandum of Law in support thereof, and good cause appearing, HEREBY ORDERS as follows:

The Motion is GRANTED. The above captioned action shall be stayed, pending the determination of the Judicial Panel on Multidistrict Litigation on Plaintiffs' Motion for Transfer of Tag-Along Action to MDL No. 1919 [Docket No. 88].

**IT IS SO ORDERED:**

DATED: _____, 2008

_____
HON. RONALD M. WHYTE
U. S. DISTRICT COURT JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         )ss.:
COUNTY OF LOS ANGELES    )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12304 Santa Monica Boulevard, Suite 109, Los Angeles, CA 90025.

On June 20, 2008, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Michael D. Braun, I filed and served the document(s) described as:

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STAY PROCEEDINGS**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

| | |
|---|---|
| Christopher J. Clark, Esq. | cjclark@dl.com |
| Sam N. Dawood, Esq. | samdawood@dwt.com, allanpatterson@dwt.com, pammaiwandi@dwt.com |
| Janet Lindner Spielberg, Esq. | jlspielberg@jlslp.com |
| Richard F. Hans, Esq. | rhans@tpw.com |
| Joseph N. Kravec, Jr., Esq. | jnk@ssem.com |
| Ira Spiro, Esq. | ira@spiromoss.com |
| Martin L. Fineman, Esq. | martinfineman@dwt.com edithshertz@dwt.com |
| Laura Jean Fowler, Esq. | lfowler@mhalaw.com ekastern@mhalaw.com |
| Margaret Anne Keane, Esq. | mkeane@dl.com |
| Angela M. Papalaskaris, Esq. | apapalas@dl.com |
| Robert J. Pfister, Esq. | rpfister@stblaw.com gdmiller@stblaw.com |
| Jeffrey D. Rotenberg, Esq. | jrotenberg@tpw.com |
| Stephen Michael Rummage, Esq. | steverummage@dwt.com jeannecadley@dwt.com |
| Kevin C. Wallace, Esq. | kwallace@dl.com |

1  On June 20, 2008, I served the document(s) described as:

2  **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STAY PROCEEDINGS**

3  by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

4  Kerry Ford Cunningham, Esq.
Patrick J. Smith, Esq.
5  THACHER PROFFITT & WOOD LLP
Two World Financial Center
6  New York, NY 10281

7  I served the above document(s) as follows:

8  BY MAIL. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on June 20, 2008, at Los Angeles, California 90025.

　　　　　　　　　　　　　　　　　　　　　/S/ LEITZA MOLINAR
　　　　　　　　　　　　　　　　　　　　　Leitza Molinar

3

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STAY PROCEEDINGS
CASE NO.: 5:08-CV-00868 RMW