Joseph N. Kravec, Jr.
SPECTER SPECTER EVANS
 & MANOGUE, P.C.
The 26th Floor Koppers Building
Pittsburgh, Pennsylvania 15219
Tel:  (412) 642-2300
Fax:  (412) 642-2309
E-mail: jnk@ssem.com

Michael D. Braun (167416)
BRAUN LAW GROUP, P.C.
12304 Santa Monica Blvd., Suite 109
Los Angeles, CA 90025
Tel:  (310) 442-7755
Fax:  (310) 442-7756
E-mail: service@braunlawgroup.com

Ira Spiro (SBN 67641)
J. Mark Moore (SBN 180473)
SPIRO MOSS BARNESS, LLP
11377 West Olympic Blvd., Fifth Floor
Los Angeles, CA 90064-1683
Tel:  (310) 235-2468
Fax:  (310) 235-2456
E-mail: ira@spiromoss.com
         mark@spiromoss.com

Janet Lindner Spielberg (221926)
LAW OFFICES OF JANET
LINDNER SPIELBERG
12400 Wilshire Blvd., Suite 400
Los Angeles, CA 90025
Tel:  (310)392-8801
Fax:  (310)278-5938
E-mail: jlspielberg@jlslp.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE DIVISION**

| | |
|---|---|
| SIDNEY SCHOLL and FELTON A. SPEARS, JR., on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>WASHINGTON MUTUAL, INC. a Washington corporation; WASHINGTON MUTUAL BANK, FA (aka WASHINGTON MUTUAL BANK); FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER'S SERVICE, INC.,<br><br>　　　　　　　　　　Defendants.<br>_____ | **CASE NO.:** 5:08-cv-00868 (RMW)<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE OF J. MARK MOORE ON BEHALF OF PLAINTIFFS**<br><br>**(Clerk's Action Required)** |

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD:
3  PLEASE TAKE NOTICE THAT attorney J. Mark Moore of Spiro Moss
4  Barness LLP hereby appears on behalf of plaintiffs, Sidney Scholl and Felton A.
5  Spears, Jr., in the above-entitled action and requests that all further papers and
6  pleadings be electronically served upon him at the email address below stated.

8  Dated: June 24, 2008          SPIRO MOSS BARNESS LLP
                                  Attorneys for Plaintiffs

11              By: _____/s/____(*J. Mark Moore*)_____
                    J. Mark Moore
12                  11377 W. Olympic Boulevard
                    Fifth Floor
13                  Los Angeles, CA 90064
                    Tel: (310)235-2468
14                  Fax: (310)235-2456
                    E-Mail: mark@spiromoss.com

NOTICE OF APPEARANCE                          5:08-cv-00868 (RMW)

1