1  Joseph N. Kravec, Jr. *(Admitted Pro Hac Vice)*
   SPECTER SPECTER EVANS
2    & MANOGUE, P.C.
   The 26th Floor Koppers Building
3  Pittsburgh, Pennsylvania 15219
   Tel:   (412) 642-2300
4  Fax:   (412) 642-2309
   E-mail: jnk@ssem.com
5
   Michael D. Braun (167416)
6  BRAUN LAW GROUP, P.C.
   12304 Santa Monica Blvd., Suite 109
7  Los Angeles, CA 90025
   Tel:   (310) 442-7755
8  Fax:   (310) 442-7756
   E-mail: service@braunlawgroup.com
9
   Ira Spiro (67641)                         Janet Lindner Spielberg (221926)
10 SPIRO MOSS BARNESS, LLP                   LAW OFFICES OF JANET
   11377 West Olympic Blvd., Fifth Floor     LINDNER SPIELBERG
11 Los Angeles, CA 90064-1683                12400 Wilshire Blvd., Suite 400
   Tel:   (310) 235-2468                     Los Angeles, CA 90025
12 Fax:   (310) 235-2456                     Tel:   (310) 392-8801
   E-mail: ira@spiromoss.com                 Fax:   (310) 278-5938
13                                           E-mail: jlspielberg@jlslp.com

14 *Attorneys for Plaintiffs*

15                  UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17                         SAN JOSE DIVISION                 *E-FILED 6/25/08*

18

19 SIDNEY SCHOLL and FELTON A.        )   CASE NO.: 5:08-CV-00868 RMW
   SPEARS, JR., on behalf of themselves and )
20 all others similarly situated,     )   **CLASS ACTION**
                                      )
21                                    )   **STIPULATION AND** [XXXXXXXXXX] **ORDER**
                    Plaintiffs,       )   **RE: MOTION FOR ADMINISTRATIVE**
22                                    )   **RELIEF**
             v.                       )
23                                    )
   WASHINGTON MUTUAL BANK, FA (aka)
24 WASHINGTON MUTUAL BANK); FIRST )
   AMERICAN EAPPRAISEIT, a Delaware   )
25 corporation; and LENDER'S SERVICE, )
   INC.,                              )
26                                    )
                    Defendants.       )
27 _____

28

1  WHEREAS, on May 2, 2008, the Defendants Washington Mutual Bank, FA (a/k/a Washington Mutual Bank)("WMB"), and First American eAppraiseIT ("EA") filed Motions to Dismiss which included two memorandums of points and authorities totaling 45 pages collectively;

WHEREAS, Civil L.R. 7-3(a) provides that Plaintiffs may submit two Opposition Briefs of 25 pages each in response to Defendant WMB's and Defendant EA's Motions to Dismiss;

WHEREAS, each of the briefs of WMB and EA make a number of similar arguments;

WHEREAS, it would be most efficient for Plaintiffs to respond to the two briefs of WMB and EA in one single brief;

WHEREAS, Defendants agree Plaintiffs may file a single 40 page brief to collectively respond to WMB's and EA's briefs, rather than two separate 25 page briefs as allowed by Civil L.R. 7-3(a);

WHEREAS, Plaintiffs agree that this stipulation is not to be construed as waiving the rights of Defendants to file separate Reply briefs in response to Plaintiffs' single Opposition brief in accordance with L.R. 7.3(c).

IT IS HEREBY STIPULATED by the Plaintiffs, WMB and EA, by and through their undersigned counsel, that:

(1) In response to Defendant WMB's and Defendant EA's Motions to Dismiss, Plaintiff may file a single opposition motion.

(2) Defendants WMB and EA agree that the single opposition motion may exceed the 25 page limit for single brief as long as it does not exceed 40 pages.

Dated: June 19, 2008                LAW OFFICES OF JANET LINDNER SPIELBER

                        By:   /s/ Janet Lindner Spielberg
                              Janet L. Spielberg (CA Bar No. 221926)
                              12400 Wilshire Blvd., Suite 400
                              Los Angeles, CA 90025
                              Tel:   (310) 392-8801
                              Fax:   (310) 278-5938

                              Attorneys for Plaintiffs

| | | |
|---|---|---|
| Dated: June 19, 2008 | | DAVIS WRIGHT TREMAINE LLP |
| | By: | /s/ Stephen M. Rummage |
| | | Stephen M. Rummage, Pro Hac Vice |
| | | Martin L. Fineman, SBN 104413 |
| | | 505 Montgomery Street, Suite 800 |
| | | San Francisco, California 94111 |
| | | Telephone: (415) 276-6500 |
| | | Facsimile: (415) 276-6599 |
| | | |
| | | Attorneys for Defendant |
| | | Washington Bank Bank FA |
| | | |
| Dated: June 19, 2008 | | THACHER PROFFITT & WOOD |
| | By: | /s/ Jeffrey D. Roternberg |
| | | Jeffrey D. Rotenberg (SBN 3984994NY) |
| | | Richard F. Hans (SBN 2593200NY) |
| | | Patrick J. Smith (SBN 2402394NY) |
| | | 2 World Financial Center |
| | | New York, NY 10281 |
| | | Telephone: (212) 912-7400 |
| | | Facsimile: (212) 912-7751 |
| | | |
| | | Attorneys for Defendant |
| | | First American eAppraiseIT |

[XXXXXXXXXX] **ORDER**

PURSUANT TO THE PARTIES' STIPULATION, THE COURT HEREBY ORDERS AS FOLLOWS:

(1) Plaintiffs may file a single brief in opposition to Defendant EA's and Defendant WMB's motions to dismiss.

(2) Plaintiffs aforementioned brief may exceed the ordinary page limit of 25 pages but may not exceed 40 pages.

(3) This stipulation is not to be construed as waiving the rights of Defendants to file separate Reply briefs in response to Plaintiffs' single Opposition brief in accordance with L.R. 7.3(c).

Dated: ___June 25___, 2008

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Judge