Joseph N. Kravec, Jr. *(Admitted Pro Hac Vice)*
SPECTER SPECTER EVANS
 & MANOGUE, P.C.
The 26th Floor Koppers Building
Pittsburgh, Pennsylvania 15219
Tel:   (412) 642-2300
Fax:  (412) 642-2309
E-mail: jnk@ssem.com

Michael D. Braun (167416)
BRAUN LAW GROUP, P.C.
12304 Santa Monica Blvd., Suite 109
Los Angeles, CA 90025
Tel:   (310) 442-7755
Fax:  (310) 442-7756
E-mail: service@braunlawgroup.com

Ira Spiro (67641)
SPIRO MOSS BARNESS, LLP
11377 West Olympic Blvd., Fifth Floor
Los Angeles, CA 90064-1683
Tel:   (310) 235-2468
Fax:  (310) 235-2456
E-mail: ira@spiromoss.com

Janet Lindner Spielberg (221926)
LAW OFFICES OF JANET
LINDNER SPIELBERG
12400 Wilshire Blvd., Suite 400
Los Angeles, CA 90025
Tel:   (310) 392-8801
Fax:  (310) 278-5938
E-mail: jlspielberg@jlslp.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

WASHINGTON MUTUAL, INC., a Washington corporation; WASHINGTON MUTUAL BANK, FA (a/k/a WASHINGTON MUTUAL BANK); FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER'S SERVICE, INC.,

Defendants.

CASE NO.: 5:08-CV-00868 (RMW)

CLASS ACTION

PLAINTIFF FELTON A. SPEARS, JR.'S AFFIDAVIT OF VENUE PURSUANT TO CIVIL CODE §1780(c)

TO: THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

I, Felton A. Spears, Jr., submit this affidavit pursuant to §1780(c) of the Consumers Legal Remedies Act and declare the following:

I am a citizen of the State of California, residing in San Jose, California. In March, 2007, I entered a mortgage loan, which is the subject of this action, through Washington Mutual's offices in San Jose, California.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 25 day of June, 2008, at San Jose, California.

_____
Felton A. Spears, Jr.

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGEMENT

State of California

County of Santa Clara

On June 25th 2008 before me, L. Rodriguez, Notary,

Personally appeared F. A. Spears, Jr.,

Who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

*[Signature]*
Signature of Notary Public

(Notary Seal)

*[Notary stamp: L. RODRIGUEZ, Commission # 1798106, Notary Public - California, Santa Clara County, My Comm. Expires Apr 23, 2012]*

---

ADDITIONAL OPTIONAL INFORMATION

---

Description of Attached Document

Title or Type of Document: Class Action (Civil Code 1780(c))

Document Date: 6-25-08          No. of Pages: 2

Signer(s) Other Than Named Above: _____