| | |
|---|---|
| 1 | McDONOUGH HOLLAND & ALLEN PC<br>Attorneys at Law |
| 2 | MICHAEL T. FOGARTY (#065809)<br>LAURA J. FOWLER (#186097) |
| 3 | 555 Capitol Mall, 9th Floor<br>Sacramento, CA 95814 |
| 4 | Phone: 916.444.3900<br>Fax:    916.444.3249 |
| 5 | |
| 6 | THACHER PROFFITT & WOOD LLP<br>RICHARD F HANS (*Pro Hac Vice*, SBN 2593200NY) |
| 7 | PATRICK J SMITH (*Pro Hac Vice*, SBN 2402394NY)<br>JEFFREY D. ROTENBERG (P*ro Hac Vice,* SBN 3984994NY) |
| 8 | Two World Financial Center<br>New York, NY 10281<br>Phone: 212.912.7400 |
| 9 | Fax:    212.912.7751 |
| 10 | Attorneys for Defendant eAppraiseIT, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 14 | FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated, | CASE NO.: 5:08-CV-00868 (RMW) |
| 15 | | **JOINDER IN OPPOSITION OF DEFENDANT WASHINGTON MUTUAL, INC. TO PLAINTIFFS' MOTION TO STAY PROCEEDINGS** |
| 16 | Plaintiffs, | |
| 17 | v. | |
| 18 | WASHINGTON MUTUAL, INC., a Washington corporation; FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER'S SERVICE, INC., | DATE:           July 25, 2008<br>TIME:           9:00 a.m.<br>COURTROOM:  6, 4th Floor |
| 19 | | |
| 20 | Defendants. | |
| 21 | | |

        Defendant eAppraiseIT, LLC (erroneously sued herein as First American eAppraiseIT)("eAppraiseIT") hereby joins in the opposition of Defendant Washington Mutual Bank ("WMB") to Plaintiffs' motion to stay these proceedings. For all the reasons set forth in WMB's

/ / /

/ / /

/ / /

1  opposition brief, eAppraiseIT likewise opposes staying these proceedings and respectfully requests
2  that the Court deny the Plaintiffs' motion.

4  DATED: July 3, 2008

5                         McDONOUGH HOLLAND & ALLEN PC
                       Attorneys at Law

                       By:         */s/ Laura J. Fowler*
                                 LAURA J. FOWLER

                       Attorneys for Defendants eAppraiseIT, LLC