1  Joseph N. Kravec, Jr. *(Admitted Pro Hac Vice)*
   SPECTER SPECTER EVANS
2    & MANOGUE, P.C.
   The 26th Floor Koppers Building
3  Pittsburgh, Pennsylvania 15219
   Tel:    (412) 642-2300
4  Fax:    (412) 642-2309
   E-mail: jnk@ssem.com
5
   Michael D. Braun (167416)
6  BRAUN LAW GROUP, P.C.
   12304 Santa Monica Blvd., Suite 109
7  Los Angeles, CA 90025
   Tel:    (310) 442-7755
8  Fax:    (310) 442-7756
   E-mail: service@braunlawgroup.com
9
   Ira Spiro (67641)                          Janet Lindner Spielberg (221926)
10 SPIRO MOSS BARNESS, LLP                    LAW OFFICES OF JANET
   11377 West Olympic Blvd., Fifth Floor      LINDNER SPIELBERG
11 Los Angeles, CA 90064-1683                 12400 Wilshire Blvd., Suite 400
   Tel:    (310) 235-2468                     Los Angeles, CA 90025
12 Fax:    (310) 235-2456                     Tel:    (310) 392-8801
   E-mail: ira@spiromoss.com                  Fax:    (310) 278-5938
13                                            E-mail: jlspielberg@jlslp.com

14 *Attorneys for Plaintiffs*

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                       SAN JOSE DIVISION

18

19 SIDNEY SCHOLL and FELTON A.           ) CASE NO.: C-08-00868 (RMW)
   SPEARS, JR., on behalf of themselves and )
20 all others similarly situated,         ) **CLASS ACTION**
                                          )
21              Plaintiffs,               ) **NOTICE OF CONTINUANCE OF PLAINTIFFS'**
                                          ) **MOTION TO STAY PROCEEDINGS**
22         v.                             )
                                          )
23 WASHINGTON MUTUAL BANK, FA (aka) NEW DATE: August 15, 2008
   WASHINGTON MUTUAL BANK); FIRST ) OLD DATE: July 25, 2008
24 AMERICAN EAPPRAISEIT, a Delaware   ) TIME:     9:00 A.M.
   corporation; and LENDER'S SERVICE, ) CRTROOM:  6
25 INC.,                              )
                                      )
26              Defendants.           )
                                      )
27 _____ )

28

1  **PLEASE TAKE NOTICE** that Plaintiff's Motion to Stay Proceedings previously set for
2  July 25, 2008 has been continued to August 15, 2008 at 9:00 a.m. before the Honorable Ronald M.
3  Whyte, in courtroom 6 of the United States District Court, Northern District located at 280 South
4  First Street, San Jose California. See the Clerk's notice attached hereto for further information.

6  July 11, 2008                             /S/ _____
                                              Janet Lindner Spielberg
7                                             LAW OFFICES OF JANET LINDNER SPIELBERG
                                              12400 Wilshire Blvd., Suite 400
8                                             Los Angeles, CA 90025
                                              Tel:    (310) 392-8801
9                                             Fax:    (310) 278-5938
                                              E-mail: jlspielberg@jlslp.com

11                                            Joseph N. Kravec, Jr. *(Admitted Pro Hac Vice)*
                                              SPECTER SPECTER EVANS
12                                              & MANOGUE, P.C.
                                              The 26th Floor Koppers Building
13                                            Pittsburgh, Pennsylvania 15219
                                              Tel:    (412) 642-2300
14                                            Fax:    (412) 642-2309
                                              E-mail: jnk@ssem.com

16                                            Michael D. Braun (167416)
                                              BRAUN LAW GROUP, P.C.
                                              12304 Santa Monica Blvd., Suite 109
17                                            Los Angeles, CA 90025
                                              Tel:    (310) 442-7755
18                                            Fax:    (310) 442-7756
                                              E-mail: service@braunlawgroup.com

20                                            Ira Spiro (67641)
                                              SPIRO MOSS BARNESS, LLP
                                              11377 West Olympic Blvd., Fifth Floor
21                                            Los Angeles, CA 90064-1683
                                              Tel:    (310) 235-2468
22                                            Fax:    (310) 235-2456
                                              E-mail: ira@spiromoss.com

                                              *Attorneys for Plaintiffs*

1

NOTICE OF CONTINUANCE OF MOTION TO STAY PROCEEDINGS
CASE NO.: C-08-00868 (RMW)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY SCHOLL, et al.,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, et al.,<br><br>Defendant. | *E-FILED - 7/8/08*<br><br>CASE NO.: C-08-00868-RMW<br><br>**CLERK'S NOTICE OF CONTINUANCE**<br><br>**NEW DATE: AUGUST 15, 2008**<br><br>**TIME: 9:00 AM** |

PLEASE TAKE NOTICE that, on the court's own motion, **PLAINTIFF'S MOTION TO STAY PROCEEDINGS,** noticed for July 25, 2008 has been continued to the date and time set forth above. The parties are to appear before the Honorable Ronald M. Whyte in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California, unless notified that the matter will be submitted without argument.

If any hearing date is moved by the court's own motion, papers must still be filed in accordance with the originally noticed date and the Local Rules of this court absent a court order setting a new briefing schedule.

The moving party shall give written notice to counsel for all parties of the new date of the hearing after receipt of this notice. Following service, the moving party shall file a certificate of service with the Clerk of the Court.

DATED: July 8, 2008

BY: /s/ *Jackie Garcia*
JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

1  Joseph N. Kravec, Jr. *(Admitted Pro Hac Vice)*
   SPECTER SPECTER EVANS
2    & MANOGUE, P.C.
   The 26th Floor Koppers Building
3  Pittsburgh, Pennsylvania 15219
   Tel:   (412) 642-2300
4  Fax:   (412) 642-2309
   E-mail: jnk@ssem.com
5
   Michael D. Braun (167416)
6  BRAUN LAW GROUP, P.C.
   12304 Santa Monica Blvd., Suite 109
7  Los Angeles, CA 90025
   Tel:   (310) 442-7755
8  Fax:   (310) 442-7756
   E-mail: service@braunlawgroup.com
9
   Ira Spiro (67641)                              Janet Lindner Spielberg (221926)
10 SPIRO MOSS BARNESS, LLP                        LAW OFFICES OF JANET
   11377 West Olympic Blvd., Fifth Floor          LINDNER SPIELBERG
11 Los Angeles, CA 90064-1683                     12400 Wilshire Blvd., Suite 400
   Tel:   (310) 235-2468                          Los Angeles, CA 90025
12 Fax:   (310) 235-2456                          Tel:   (310) 392-8801
   E-mail: ira@spiromoss.com                      Fax:   (310) 278-5938
13                                                E-mail: jlspielberg@jlslp.com

14 *Attorneys for Plaintiffs*

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                          SAN JOSE DIVISION

18

19 SIDNEY SCHOLL and FELTON A.           ) CASE NO.: C-08-00868 (RMW)
   SPEARS, JR., on behalf of themselves and )
20 all others similarly situated,         ) **CLASS ACTION**
                                          )
21              Plaintiffs,               ) **PROOF OF SERVICE RE: NOTICE OF**
                                          ) **CONTINUANCE OF PLAINTIFFS' MOTION**
22       v.                               ) **TO STAY PROCEEDINGS**
                                          )
23 WASHINGTON MUTUAL BANK, FA (aka)
   WASHINGTON MUTUAL BANK); FIRST )
24 AMERICAN EAPPRAISEIT, a Delaware   )
   corporation; and LENDER'S SERVICE,    )
25 INC.,                                  )
                                          )
26              Defendants.               )
   _____)
27

28

| | |
|---|---|
| 1 | |
| 2 | SCHOLL, et al. vs. WASHINGTON MUTUAL BANK, etc., et al.<br>**CASE NO. C-08-00868 (RMW)** |

**PROOF OF SERVICE**

I am over the age of eighteen years and not a party to the within action. My business address is 12400 Wilshire Boulevard, Suite 400, Los Angeles, CA 90025. I am employed at that address at the firm of Law Office of Janet Lindner Spielberg.

On the date set forth below I served the document(s) described as **NOTICE OF CONTINUANCE OF PLAINTIFFS' MOTION TO STAY PROCEEDINGS** on all the interested parties in this action, by placing: [ ] the original [xx] true copies thereof enclosed in sealed envelopes, addressed to the addresses last given by the respective addressees on any document filed in the above case and served on Law Offices of Janet Lindner Spielberg, as follows:

**SEE MAILING LIST ATTACHED**

[ X ]   **BY MAIL**: I am readily familiar with this firms's practice of collection and processing correspondence for mailing with the United States Postal Service. On the date set forth below, at the firm of Janet Lindner Spielberg at the above address, I placed the envelope(s) containing said document(s), sealed, for collection and mailing on that date with the United States Postal Service following ordinary business practices. Under the above-mentioned practice of Law Offices of Janet Lindner Spielberg, the above document(s) would be deposited with the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid at Los Angeles, California.

[ X ]   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Tarzana, California, on July 11, 2008.

/s/ Jeanette Tucci Kerr

| | |
|---|---|
| Joseph N. Kravec, Jr.<br>SPECTER SPECTER EVANS & MANOGUE<br>436 Seventh Avenue, 26th Floor<br>Pittsburgh, PA 15219 | Ira Spiro<br>J. Mark Moore<br>SPIRO MOSS BARNESS LLP<br>11377 West Olympic Boulevard, 5th Floor<br>Los Angeles, California 90064 |
| Michael David Braun<br>BRAUN LAW GROUP, P.C.<br>12304 Santa Monica Boulevard, Suite 109<br>Los Angeles, California 90025 | Jonathan M. Lloyd<br>Stephen Michael Rummage<br>DAVIS WRIGHT TREMAINE LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045 |
| Robert J. Pfister<br>SIMPSON THACHER & BARTLETT LLP<br>1999 Avenue of the Stars, 29th Floor<br>Los Angeles, California 90067 | Jeffrey D. Rotenberg<br>Kerry Ford Cunningham<br>Patrick J. Smith<br>Richard F. Hans<br>THACHER PROFFITT & WOOD LLP<br>Two World Financial Center<br>New York, NY 10281 |
| Laura Jean Fowler<br>McDONOUGH HOLLAND & ALLEN<br>555 Capitol Mall, 9th Floor<br>Sacramento, CA 95814 | Christopher J. Clark<br>Kevin C. Wallace<br>Angela M. Papalaskaris<br>DEWEY & LeBOEUF LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 |
| Kris H. Man<br>Margaret Anne Keane<br>DEWEY AND LeBOEUF LLP<br>One Embarcadero Center, Suite 400<br>San Francisco, CA 94111 | Martin L. Fineman<br>Sam N. Dawood<br>Jonathan M. Lloyd<br>DAVIS WRIGHT TREMAINE LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, CA 94111 |