Joseph N. Kravec, Jr. *(Admitted Pro Hac Vice)*
SPECTER SPECTER EVANS
   & MANOGUE, P.C.
The 26th Floor Koppers Building
Pittsburgh, Pennsylvania 15219
Tel:    (412) 642-2300
Fax:    (412) 642-2309
E-mail: jnk@ssem.com

Michael D. Braun (167416)
BRAUN LAW GROUP, P.C.
12304 Santa Monica Blvd., Suite 109
Los Angeles, CA 90025
Tel:    (310) 442-7755
Fax:    (310) 442-7756
E-mail: service@braunlawgroup.com

| | |
|---|---|
| Ira Spiro (67641)<br>J. Mark Moore (180473)<br>SPIRO MOSS BARNESS, LLP<br>11377 West Olympic Blvd., Fifth Floor<br>Los Angeles, CA 90064-1683<br>Tel:    (310) 235-2468<br>Fax:    (310) 235-2456<br>E-mail: ira@spiromoss.com<br>          mark@spiromoss.com | Janet Lindner Spielberg (221926)<br>LAW OFFICES OF JANET<br>LINDNER SPIELBERG<br>12400 Wilshire Blvd., Suite 400<br>Los Angeles, CA 90025<br>Tel:    (310) 392-8801<br>Fax:    (310) 278-5938<br>E-mail: jlspielberg@jlslp.com |

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>       v.<br><br>WASHINGTON MUTUAL, INC., a Washington corporation; WASHINGTON MUTUAL BANK, FA (a/k/a WASHINGTON MUTUAL BANK); FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER'S SERVICE, INC.,<br><br>          Defendants. | CASE NO.: 5:08-CV-00868 (RMW)<br><br>**CLASS ACTION**<br><br>**RESCHEDULED NOTICE OF MOTION RE: MOTION FOR JURISDICTIONAL DISCOVERY**<br><br>Date:      October 7, 2008<br>Time:     10:00 a.m.<br>Place:    Courtroom 2, 5th Floor<br>             280 South 1st Street<br>             San Jose, CA 95113<br><br>Honorable Howard R. Lloyd |

1

2

**RESCHEDULED NOTICE OF MOTION**
**RE: MOTION FOR JURISDICTIONAL DISCOVERY**

3

**TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

4

    **PLEASE TAKE NOTICE THAT** on October 7, 2008, at 10:00 a.m., or as soon thereafter as

5

the matter may be heard in Courtroom 2, 5th Floor, of the above-entitled Court, located at 280 South

6

1st Street, San Jose, CA 95113, before the Honorable Howard R. Lloyd, Plaintiffs Felton A. Spears, Jr.

7

and Sidney Scholl will move the Court for the entry of an Order to allow jurisdictional discovery to be

8

taken regarding Plaintiffs' standing to pursue an action against Defendant LSI Appraisal, LLC (f/k/a

9

Lender's Service, Inc.)("LSI")(Document No. 97).  This motion was originally noticed for a hearing

10

before the Honorable Ronald M. Whyte on August 15, 2008, but undersigned counsel has be advised

11

by Magistrate Judge Lloyd's clerk that this motion has been reassigned to him for disposition and that

12

it should be re-noticed accordingly for a new hearing date.

13

    Plaintiffs seek, in the alternative to this Court's denying LSI's Motion to Dismiss Plaintiffs'

14

First Amended Complaint for lack of Article III standing, to take discovery related to LSI's participation

15

and role, if any, in Plaintiffs' appraisals and the alleged conspiracy with co-defendants Washington

16

Mutual Bank, FA and First American eAppraiseIT which are subject to the above-captioned action.

17

This Motion is supported by the Affidavit of Joseph N. Kravec, Jr. in Support of Plaintiffs' Motion for

18

Jurisdictional Discovery (Document No. 98), the documents filed in this action, and relevant federal

19

law.

20

Dated: July 31, 2008

21

**SPECTER SPECTER EVANS &**
**MANOGUE, P.C.**

22

By:   s/Joseph N. Kravec, Jr.
          Joseph N. Kravec, Jr.

23

24

The 26th Floor Koppers Building
Pittsburgh, Pennsylvania 15219

25

Tel:    (412) 642-2300
Fax:    (412) 642-2309

26

E-mail: jnk@ssem.com

27

28

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Michael D. Braun, Esquire
**BRAUN LAW GROUP, P.C.**
12304 Santa Monica Blvd., Suite 109
Los Angeles, CA 90025
Tel:    (310) 442-7755
Fax:    (310) 442-7756
E-mail: service@braunlawgroup.com

Ira Spiro (67641)
J. Mark Moore (180473)
**SPIRO MOSS BARNESS, LLP**
11377 West Olympic Blvd., Fifth Floor
Los Angeles, CA 90064-1683
Tel:    (310) 235-2468
Fax:    (310) 235-2456
E-mail: ira@spiromoss.com
            mark@spiromoss.com

Janet Lindner Spielberg (221926)
**LAW OFFICES OF JANET
LINDNER SPIELBERG**
12400 Wilshire Blvd., Suite 400
Los Angeles, CA 90025
Tel:    (310)3928801
Fax:    (310)278-5938
E-mail: jlspielberg@jlslp.com

*Attorneys for Plaintiffs*

2

**PROOF OF SERVICE**

1

2  STATE OF PENNSYLVANIA        )
                                          )  ss.:
3  COUNTY OF ALLEGHENY         )

4      I am employed in the County of Allegheny, State of Pennsylvania. I am over the age of 18 and not a party to the within action. My business address is The 26th Floor
5  Koppers Building, Pittsburgh, Pennsylvania 15219.

6      On July 31, 2008, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Joseph N. Kravec, Jr., I filed and served
7  the document(s) described as:

8          **RESCHEDULED NOTICE OF MOTION**
          **RE: MOTION FOR JURISDICTIONAL DISCOVERY**
9
       The ECF System is designed to automatically generate an e-mail message to all
10  parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties are served as follows:
11
       Janet Lindner Spielberg, Esquire          jlspielberg@jlslp.com
12
       Ira Spiro, Esquire                               ira@spiromoss.com
13
       Robert Ira Spiro, Esquire                    ira@spiromoss.com
14
       J. Mark Moore, Esquire                       mark@spiromoss.com
15
       Michael D. Braun, Esquire                   service@braunlawgroup.com
16
**Attorneys for Plaintiffs**
17
       Robert J. Pfister, Esquire                    rpfister@stblaw.com
18
       Martin L. Fineman, Esquire                 martinfineman@dwt.com
19
       Stephen Michael Rummage, Esquire     steverummage@dwt.com
20
       Sam N. Dawood, Esquire                     samdawood@dwt.com
21
       Jonathan M. Lloyd, Esquire                 jonathanlloyd@dwt.com
22
**Attorneys for Defendant Washington Mutual, Inc.**
23
       Laura Jean Fowler, Esquire                  lfowler@mhalaw.com
24
**Attorneys for Defendant eAppraiseIT**
25
       Margaret Anne Keane, Esquire            mkeane@dl.com
26
       Kris Hue Chau Man, Esquire               kman@dl.com
27
       Angela M. Papalaskaris, Esquire          apapalas@dl.com
28
       Christopher J. Clark, Esquire               cjclark@dl.com

| | | |
|---|---|---|
| 1 | Kevin C. Wallace, Esquire | kwallace@dl.com |
| 2 | Jeffrey D. Rotenberg, Esquire | jrotenberg@tpw.com |
| 3 | Richard F. Hans, Esquire | rhans@tpw.com |

**Attorneys for Defendant LSI Appraisal, LLC**

On July 31, 2008, I served the document(s) described as:

**RESCHEDULED NOTICE OF MOTION**
**RE: MOTION FOR JURISDICTIONAL DISCOVERY**

by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

Kerry Ford Cunningham, Esquire
Patrick J. Smith, Esquire
Thacher Proffitt & Wood LLP
Two World Financial Center
New York, New York 10281

**Attorneys for eAppraiseIT**

Kris H. Man, Esquire
Dewey and LeBoeuf LLP
One Embarcadero Center
Suite 400
San Francisco, CA 94111-3619

**Attorneys for LSI Appraisal, LLC**

I served the above document(s) as follows:

BY MAIL. I am familiar with the firm's practice of collection and processing correspondence by mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Pittsburgh, Pennsylvania in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

I am employed in the office of an attorney who is admitted *pro hac vice* in this action at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on July 31, 2008, at Pittsburgh, Pennsylvania.

S/MARCIA Z. CARNEY
Marcia Z. Carney

2