UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: August 15, 2008

Case No. C-08-00868-RMW    JUDGE: Ronald M. Whyte

FELTON A. SPEARS, JR., et al.    -V- WASHINGTON MUTUAL, INC., et al.
Title

M. Braun                                    J. Lloyd, K. Man, M. Keane, L. Fowler
Attorneys Present (Plaintiff)               Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia           COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

PLAINTIFF'S MOTION TO STAY PROCEEDINGS

ORDER AFTER HEARING

Hearing Held. The heard oral argument from both sides. The Court grants the motion to stay until 10/17/08. The Court reset the motion on defendant's motion to dismiss to 10/17/08 @ 9:00 AM. The matter is deemed submitted. The Court to send out a final ruling to the parties.