IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELTON A. SPEARS, JR., et al.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WASHINGTON MUTUAL, INC., et al.,<br><br>　　　　Defendant. | ***E-FILED - 8/20/08***<br><br>CASE NO.: C-08-00868-RMW<br><br>**CLERK'S NOTICE OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

　　　　PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set for September 19, 2008, has been continued to **October 17, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are required to file a Joint Case Management Statement by October 10, 2008.

　　　　If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: August 20, 2008

_____
JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

|    |                                          |
|----|------------------------------------------|
| 1  | Copy of Order E-Filed to Counsel of Record: |
| 2  |                                          |
| 3  |                                          |
| 4  |                                          |
| 5  |                                          |
| 6  |                                          |
| 7  |                                          |
| 8  |                                          |
| 9  |                                          |
| 10 |                                          |
| 11 |                                          |
| 12 |                                          |
| 13 |                                          |
| 14 |                                          |
| 15 |                                          |
| 16 |                                          |
| 17 |                                          |
| 18 |                                          |
| 19 |                                          |
| 20 |                                          |
| 21 |                                          |
| 22 |                                          |
| 23 |                                          |
| 24 |                                          |
| 25 |                                          |
| 26 |                                          |
| 27 |                                          |
| 28 |                                          |