1  MARGARET A. KEANE (State Bar No. 255378)
   mkeane@dl.com
2  KRIS H. MAN (State Bar No. 246008)                    *ORDER E-FILED 10/21/2008*
   kman@dl.com
3  DEWEY & LEBOEUF LLP
   One Embarcadero Center
4  Suite 400
   San Francisco, CA  94111-3619
5  Telephone: (415) 951-1100
   Facsimile:  (415) 951-1180
6
   *Attorneys for Defendant*
7  *LSI APPRAISAL, LLC*

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                             SAN JOSE DIVISION

12

13 | SIDNEY SCHOLL and FELTON A.           )  **CASE NO.:  5:08-CV-00868 (RMW)**
   | SPEARS, JR., on behalf of themselves and )
14 | all others similarly situated,         )  **CLASS ACTION**
   |                                        )
15 |                    Plaintiffs,         )
   |             v.                         )  STIPULATION AND [PROPOSED]
16 |                                        )  ORDER RE: STAYING BRIEFING
   | WASINGTON MUTUAL, INC.,                )  AND ADJOURNING HEARING DATE
17 | a Washington corporation;              )  FOR MOTION FOR JURISDICTIONAL
   | WASHINGTON MUTUAL BANK, FA             )  DISCOVERY
18 | (aka WASHINGTON MUTUAL BANK);          )
   | FIRST AMERICAN EAPPRAISEIT,            )
19 | a Delaware corporation; and            )
   | LENDER'S SERVICE, INC.,                )
20 |                                        )
   |                    Defendants.         )
21 |                                        )

22       WHEREAS, on June 25, 2008, Plaintiffs filed their Motion for Jurisdictional Discovery,

23  which Judge Whyte referred to Magistrate Lloyd for disposition, and subsequently, on October 3,

24  2008, filed a Rescheduled Notice for the Motion for Jurisdictional Discovery in light of Judge

25  Whyte's entry of a stay until October 17, 2008, rescheduling the hearing date for such Motion

26  before Judge Lloyd to November 18, 2008 at 10:00 a.m.;

27

28
   ─────────────────────────────────────────
   Stipulation and Proposed Order re Motion for Jurisdictional Discovery
   Case No. 5:08-CV-00868

1  WHEREAS, by minute order of August 15, 2008, Judge Whyte set the hearing on
2  Defendants' Motions to Dismiss Plaintiffs' First Amended Complaint on October 17, 2008, at
3  9:00 a.m.;

4  WHEREAS, on August 20, 2008, Judge Whyte ordered a case management conference in
5  this matter to be held on October 17, 2008, at 10:30 a.m.;

6  WHEREAS, on September 25, 2008, Washington Mutual Bank was closed by the Office
7  of Thrift Supervision and the Federal Deposit Insurance Corporation ("FDIC") was appointed
8  receiver of the Bank. JPMorgan Chase & Co. on the same day acquired all deposits, assets and
9  certain liabilities of Washington Mutual Bank's banking operations from the FDIC, effective
10 immediately;

11 WHEREAS, as a result of these events, counsel for Washington Mutual Bank has
12 informed the parties that counsel is uncertain as to who will represent Washington Mutual Bank
13 or its successor in this litigation;

14 WHEREAS, parties have conferred and agree that, in light of Washington Mutual Bank's
15 role in this litigation and the uncertainty associated with representation, it would be most
16 efficient and equitable to adjourn both the case management conference and the hearing on
17 Defendants' motions to dismiss to November 21, 2008, pending further clarification of the
18 proper party defendant in lieu of Washington Mutual Bank and of the continued role of counsel
19 with respect to this litigation. A separate stipulation has been submitted by the parties for Judge
20 Whyte's approval;

21 WHEREAS, parties further agree to refrain from conducting discovery until
22 November 21, 2008 and agree to seek approval to reschedule the November 18, 2008 hearing on
23 Plaintiffs' Motion for Jurisdictional Discovery.

24
25
26
27
28

1    IT IS HEREBY STIPULATED by the parties, by and through their undersigned counsel,
2 that:
3     (1)    Briefing on Plaintiffs' Motion for Jurisdictional Discovery will be stayed until
4           November 21, 2008.
5     (2)    The Hearing Date for Plaintiffs' Motion for Jurisdictional Discovery, previously
6           set for November 18, 2008, at 10:00 a.m, will be adjourned to December 16,
7           2008, at 10:00 a.m.

DEWEY & LeBOEUF LLP

Dated:  October 13, 2008        By: */s/* Margaret A. Keane
                                          Margaret A. Keane, SBN 255378
                                            mkeane@dl.com
                                          One Embarcadero Center, Suite 400
                                          San Francisco, CA  94111
                                          Tel:    (415) 951-1100
                                          Fax:   (415) 951-1180

                                          *Attorneys for Defendant LSI Appraisal LLC*

BRAUN LAW GROUP, P.C.

Dated:  October 13, 2008        By: */s/* Michael D. Braun
                                            Michael D. Braun
                                            service@braunlawgroup.com
                                          12304 Santa Monica Blvd., Suite 109
                                          Los Angeles, CA 90025
                                          Tel:    (310) 442-7755
                                          Fax:   (310) 442-7756

                                          *Attorneys for Plaintiffs*

# [PROPOSED] ORDER

Pursuant to the Parties' Stipulation, the Court hereby

ORDERS AS FOLLOWS:

(1) Briefing on Plaintiffs' Motion for Jurisdictional Discovery will be stayed until November 21, 2008.

(2) The Hearing Date for Plaintiffs' Motion for Jurisdictional Discovery, previously set for November 18, 2008, at 10:00a.m, will be adjourned to December 16, 2008, at 10:00 a.m.

DATED:  October 21, 2008

_____
Hon. Howard R. Lloyd
United States Magistrate Judge

Stipulation and Proposed Order re Motion for Jurisdictional Discovery
Case No. 5:08-CV-00868
SF224800.2