Stephen M. Rummage, *pro hac vice*
Jonathan M. Lloyd, *pro hac vice*
Sam N. Dawood (Cal. Bar No. 178862)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile:  (415) 276-6599
Email: steverummage@dwt.com
       samdawood@dwt.com
       jonathanlloyd@dwt.com

Attorneys for the Federal Deposit Insurance Corporation,
as Receiver for Defendant Washington Mutual Bank

*E-FILED - 11/18/08*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL, INC., a Washington corporation; WASHINGTON MUTUAL BANK, FA (aka WASHINGTON MUTUAL BANK); FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER'S SERVICE, INC.,<br><br>Defendants. | Case No. 5:08-cv-00868 (RMW)<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS** |

This stipulation is entered into by and among the Federal Deposit Insurance Corporation ("FDIC"), as the duly appointed Receiver for defendant Washington Mutual Bank ("WMB"), defendant First American eAppraiseIT ("EA"), defendant Lender's Services, Inc. ("LSI") and plaintiffs Sidney Scholl and Felton A. Spears, Jr. ("Plaintiffs"), as follows:

WHEREAS, on September 25, 2008, the Office of Thrift Supervision ("OTS") closed WMB;

WHEREAS, pursuant to Section 1821(c) of the Federal Deposit Insurance Act (the "Act"), 12 U.S.C. § 1821(c), the OTS duly appointed the FDIC as Receiver for WMB;

WHEREAS, pursuant to stipulation of the parties and court order, the FDIC has been substituted for WMB as the real party in interest;

WHEREAS, pursuant to Section 1821(d)(12) of the Act, the FDIC is entitled to a stay of up to ninety days of any civil action or legal proceeding to which an insured depository institution, for which the FDIC has been appointed Receiver, is a party;

WHEREAS, none of Plaintiffs, EA and LSI have any objection to staying this action for 90 days pursuant to the Act.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by the parties, through their respective counsel of record, that:

1. Pursuant to the agreed stay, (i) oral argument on Defendants' motions to dismiss Plaintiffs' First Amended Complaint and the case management conference, both currently scheduled for November 21, 2008, (ii) briefing on Plaintiffs' Motion for Jurisdictional Discovery, and (iii) oral argument on Plaintiffs' Motion for Jurisdictional Discovery, currently scheduled for December 16, 2008, shall be adjourned.

2. This action shall be stayed for 90 days from the date of entry of the Order set forth below and (i) oral argument on Defendants' motions to dismiss Plaintiffs' First Amended Complaint, previously set for November 21, 2008, shall be adjourned to February 13, 2009 at 9:00 a.m.; (ii) the case management conference, previously set for November 21, 2008, shall be adjourned to February 13, 2009 at 10:30 a.m.; (iii) oral argument on Plaintiffs' Motion for Jurisdictional Discovery, previously set for December 16, 2008, shall be adjourned to March 10, 2009 at 9:00 a.m.; and (iv) briefing on Plaintiffs' Motion for Jurisdictional Discovery shall be stayed until February 13, 2009.

3. This stipulation does not prejudice or otherwise affect any party's right to seek or oppose any additional relief from the Court, including a further stay of proceedings.

DAVIS WRIGHT TREMAINE LLP

Dated: November 3, 2008      By /s/ Jonathan M. Lloyd
Stephen M. Rummage, Pro Hac Vice
Jonathan M. Lloyd, Pro Hac Vice
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Tel: (206) 622-3150
Fax: (206) 757-7700
steverummage@dwt.com
jonathanlloyd@dwt.com

Attorneys for the Federal Deposit Insurance
Corporation, as Receiver for Washington Mutual Bank

SPECTER, SPECTER EVANS & MANOGUE, P.C.

Dated: November 3, 2008      By /s/ Joseph N. Kravec, Jr.
Joseph N. Kravec, Jr.
The 26th Floor, Koppers Bldg.
436 Seventh Ave.
Pittsburg, PA 15219
Tel: (412) 642-2300
Fax: (412) 642-2309
jnk@ssem.com
Attorneys for Plaintiffs

MCDONOUGH HOLLAND & ALLEN PC

Dated: November 3, 2008      By /s/ Michael T. Fogarty
Michael T. Fogarty, SBN 65809
555 Capitol Mall, 9th Floor
Sacramento, CA 95814
Tel: (916) 444-3900
Fax: (916) 444-3249
tfogarty@mhalaw.com

Attorneys for First American eAppraiseIT

DEWEY & LEBOEUF LLP

Dated: November 3, 2008        By /s/ Margaret A. Keane
                                Margaret Anne Keane, SBN 255378
                                One Embarcadero Center, Suite 400
                                San Francisco, CA 94111
                                Tel: (415) 951-1137
                                Fax: (415) 438-1137
                                mkeane@dl.com

                                Attorneys for Lender's Services, Inc.

## ORDER

Based on the foregoing stipulation of the Parties,

**IT IS HEREBY ORDERED THAT:**

1. This action shall be stayed for 90 days from the date of entry of this Order. All deadlines and hearing dates falling within the stay shall be vacated, as set forth in the Stipulation.

2. Oral argument on Defendants' motions to dismiss Plaintiffs' First Amended Complaint, previously set for November 21, 2008, shall be adjourned to February 13, 2009 at 9:00 a.m.

3. The case management conference, previously set for November 21, 2008, shall be adjourned to February 13, 2009 at 10:30 a.m.

4. Oral argument on Plaintiffs' Motion for Jurisdictional Discovery, previously set for December 16, 2008, shall be adjourned to March 10, 2009 at 9:00 a.m. *(before Mag. Lloyd)*

5. Briefing on Plaintiffs' Motion for Jurisdictional Discovery shall be stayed until February 13, 2009.

6. This order does not prejudice or otherwise affect any party's right to seek or oppose any additional relief from the Court, including a further stay of proceedings.

Dated: 11/18/08

                                _____
                                Honorable Ronald M. Whyte
                                United States District Court Judge

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Robert Ira Spiro - Ira@SpiroMoss.com
>Janet Lindner Spielberg - jlspielberg@jlslp.com
>Joseph N. Kravec, Jr. - jnk@ssem.com
>Michael David Braun - service@braunlawgroup.com
>James Mark Moore - mark@spiromoss.com
>Jeffrey D. Rotenberg - jrotenberg@tpw.com
>Laura Jean Fowler - lfowler@mhalaw.com
>Patrick J. Smith - psmith@tpw.com
>Richard F. Hans - rhans@tpw.com
>Michael T. Fogarty – tfogarty@mhalaw.com
>Christopher J Clark - cjclark@dl.com
>Kevin C Wallace - kwallace@dl.com
>Kris Hue Chau Man - kman@dl.com
>Margaret Anne Keane - mkeane@dl.com
>Angela M. Papalaskaris - apapalas@dl.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

>Kerry Ford Cunningham
>THACHER PROFFITT & WOOD LLP
>Two World Financial Center
>New York, NY  10281

DATED this 3rd day of November, 2008.

>Davis Wright Tremaine LLP
>Attorneys for the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank
>
>By /s/ Jonathan M. Lloyd
>Jonathan M. Lloyd, pro hac vice
>WSBA #37413
>1201 Third Avenue, Suite 2200
>Seattle, Washington  98101-3045
>Telephone: (206) 622-3150
>Fax: (206) 757-7700
>E-mail: jonathanlloyd@dwt.com

1