Stephen M. Rummage, *pro hac vice*
Jonathan M. Lloyd, *pro hac vice*
Sam N. Dawood (Cal. Bar No. 178862)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: steverummage@dwt.com
  samdawood@dwt.com
  jonathanlloyd@dwt.com

*E-FILED - 11/19/08*

Attorneys for the Federal Deposit Insurance Corporation,
as Receiver for Defendant Washington Mutual Bank

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL, INC., a Washington corporation; WASHINGTON MUTUAL BANK, FA (aka WASHINGTON MUTUAL BANK); FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER'S SERVICE, INC.,<br><br>Defendants. | Case No. 5:08-cv-00868 (RMW)<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON MUTUAL BANK, AS REAL PARTY IN INTEREST** |

This stipulation is entered into by and among the Federal Deposit Insurance Corporation ("FDIC"), as the duly appointed Receiver for defendant Washington Mutual Bank ("WMB"), defendant First American eAppraiseIT ("EA"), defendant Lender's Services, Inc. ("LSI") and plaintiffs Sidney Scholl and Felton A. Spears, Jr. ("Plaintiffs"), as follows:

WHEREAS, on September 25, 2008, the Office of Thrift Supervision ("OTS") closed WMB;

WHEREAS, pursuant to Section 1821(c) of the Federal Deposit Insurance Act (the "Act"), 12 U.S.C. § 1821(c), the OTS duly appointed the FDIC as Receiver for WMB;

WHEREAS, under Section 1821(d)(2) of the Act, as Receiver, the FDIC succeeds to "all rights, titles, powers, and privileges" of WMB, and may "take over the assets of and operate" WMB with all the powers thereof, including the resolution of outstanding claims against the institution in receivership;

WHEREAS, the FDIC, as Receiver for WMB, has stepped into WMB's shoes for the purposes of this litigation and is the real party in interest;

WHEREAS, pursuant to Federal Rule of Civil Procedure 25(c), where the interests of a litigant have been transferred to another entity, "the court ... [may] order[] the transferee to be substituted in the action"; and

WHEREAS, none of Plaintiffs, EA and LSI have any objection to the substitution of the FDIC, as Receiver for WMB, as the real party in interest;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by the parties, through their respective counsel of record, that the FDIC, as Receiver, shall be substituted for WMB as the real party in interest, and that the case shall be re-captioned to reflect that substitution.

DAVIS WRIGHT TREMAINE LLP

Dated: November 3, 2008

By /s/ Jonathan M. Lloyd
Stephen M. Rummage, Pro Hac Vice
Jonathan M. Lloyd, Pro Hac Vice
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Tel: (206) 622-3150
Fax: (206) 757-7700
steverummage@dwt.com
jonathanlloyd@dwt.com

Attorneys for the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank

SPECTER, SPECTER EVANS & MANOGUE, P.C.

Dated: November 3, 2008

By /s/ Joseph N. Kravec, Jr.
Joseph N. Kravec, Jr.
The 26th Floor, Koppers Bldg.
436 Seventh Ave.
Pittsburg, PA 15219
Tel: (412) 642-2300
Fax: (412) 642-2309
jnk@ssem.com

Attorneys for Plaintiffs

MCDONOUGH HOLLAND & ALLEN PC

Dated: November 3, 2008

By /s/ Michael T. Fogarty
Michael T. Fogarty, SBN 65809
555 Capitol Mall, 9th Floor
Sacramento, CA 95814
Tel: (916) 444-3900
Fax: (916) 444-3249
tfogarty@mhalaw.com

Attorneys for First American eAppraiseIT

DEWEY & LEBOEUF LLP

Dated: November 3, 2008

By /s/ Margaret A. Keane
Margaret Anne Keane, SBN 255378
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Tel: (415) 951-1137
Fax: (415) 438-1137
mkeane@dl.com

Attorneys for Lender's Services, Inc.

# [PROPOSED] ORDER

This matter having come before the Court by stipulation of the Parties, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED THAT** the Federal Deposit Insurance Corporation, as Receiver, shall be and hereby is substituted for Washington Mutual Bank as the real party in interest, and that this case be re-captioned to reflect that substitution.

Dated: 11/18/08

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Court Judge

# CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Robert Ira Spiro - Ira@SpiroMoss.com
>Janet Lindner Spielberg - jlspielberg@jlslp.com
>Joseph N. Kravec, Jr. - jnk@ssem.com
>Michael David Braun - service@braunlawgroup.com
>James Mark Moore - mark@spiromoss.com
>Jeffrey D. Rotenberg - jrotenberg@tpw.com
>Laura Jean Fowler - lfowler@mhalaw.com
>Patrick J. Smith - psmith@tpw.com
>Richard F. Hans - rhans@tpw.com
>Michael T. Fogarty – tfogarty@mhalaw.com
>Christopher J Clark - cjclark@dl.com
>Kevin C Wallace - kwallace@dl.com
>Kris Hue Chau Man - kman@dl.com
>Margaret Anne Keane - mkeane@dl.com
>Angela M. Papalaskaris - apapalas@dl.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

>Kerry Ford Cunningham
>THACHER PROFFITT & WOOD LLP
>Two World Financial Center
>New York, NY  10281

DATED this 3rd day of November, 2008.

>Davis Wright Tremaine LLP
>Attorneys for the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank
>
>By */s/ Jonathan M. Lloyd*
>Jonathan M. Lloyd, *pro hac vice*
>WSBA #37413
>1201 Third Avenue, Suite 2200
>Seattle, Washington  98101-3045
>Telephone: (206) 622-3150
>Fax: (206) 757-7700
>E-mail:  jonathanlloyd@dwt.com

1

STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE
FDIC FOR WMB AS REAL PARTY IN INTEREST
Case No. 5:08-cv-00868 (RMW)

DWT 12057685v3 0013149-000099