| | |
|---|---|
| Joseph N. Kravec, Jr. (Admitted *Pro Hac Vice*) SPECTER SPECTER EVANS & MANOGUE, P.C. The 26th Floor Koppers Building Pittsburgh, Pennsylvania 15291 Tel: (412) 642-2300 Fax: (412) 642-2309 | Ryan E. Bull (Admitted *Pro Hac Vice*) David A. Super (Admitted *Pro Hac Vice*) Stephen M. Ng (Admitted *Pro Hac Vice*) BAKER BOTTS L.L.P. 1299 Pennsylvania Avenue, NW Washington, DC 20004-2400 Tel: (202) 639-7700 Fax: (202) 585-4064 |
| (Additional Counsel on Signature Page) | (Additional Counsel on Signature Page) |
| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANT FDIC IN ITS CAPACITY AS RECEIVER FOR WASHINGTON MUTUAL BANK** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION J

| | |
|---|---|
| SIDNEY SCHOLL and FELTON A. SPEARS, JR., on behalf of themselves and all others similarly situated, <br><br>Plaintiffs, <br><br>vs. <br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for WASHINGTON MUTUAL BANK, FA (aka) WASHINGTON MUTUAL BANK); FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER'S SERVICE, INC., <br><br>Defendants. | Case No. 5-08-CV-000868 RMW <br><br><u>CLASS ACTION</u> <br><br>**STIPULATION OF DISMISSAL OF CLAIMS AGAINST FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON MUTUAL BANK** |

This stipulation is hereby entered into by and among Plaintiffs Sidney Scholl and Felton Spears ("Plaintiffs") and Defendant Federal Deposit Insurance Corporation, in its capacity as Receiver for Washington Mutual Bank ("FDIC-Receiver"), as follows:

WHEREAS, on September 25, 2008, the Office of Thrift Supervision ("OTS") closed Washington Mutual Bank ("WMB");

WHEREAS, pursuant to Section 1821(c) of the Federal Deposit Insurance Act, 12 U.S.C. § 1821(c), the OTS duly appointed the FDIC as Receiver for WMB;

WHEREAS, this Court entered an order substituting FDIC-Receiver as defendant in this case on November 19, 2008, and stayed this action through and until February 16, 2009, pursuant to 12 U.S.C. § 1821(d)(12);

WHEREAS, 12 U.S.C. §§ 1821(d)(3) through (13) establish a mandatory administrative claims process for any claimant against a failed financial institution, such as WMB, as held by the U.S. Court of Appeals for the Ninth Circuit in Intercontinental Travel Mktg., Inc. v. FDIC, 45 F.3d 1278, 1284 (9th Cir. 1994);

WHEREAS, Federal Rule of Civil Procedure 41(a)(1)(A) provides that, subject to certain exceptions not applicable in this case, a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or motion for summary judgment; and

WHEREAS, neither WMB nor FDIC-Receiver has served an answer or motion for summary judgment in response to the claims filed by Plaintiffs in this case;

NOW, THEREFORE, IT IS HEREBY STIPULATED by Plaintiffs and FDIC-Receiver, through their respective counsel of record, that:

1. In exchange for a mutual waiver of costs, Plaintiffs' claims against Washington Mutual Bank and FDIC-Receiver in this action are hereby dismissed without prejudice to being re-filed in accordance with 12 U.S.C. §1821(d)(6).

2.  Such dismissal is without prejudice to Plaintiffs' participation in the administrative claims process for creditors of a failed financial institution, as set forth in 12 U.S.C. §§ 1821(d)(3) to (13).

3.  The dismissal of Plaintiffs' individual claims has no purported class-wide effect, and is without prejudice to any putative class members' remaining rights to participate in the administrative claims process established by Congress.

IT IS SO STIPULATED.

Dated: February 4, 2009

| SPECTER SPECTER EVANS & MANOGUE, P.C. | BAKER BOTTS L.L.P. |
|---|---|
| By: s/Joseph N. Kravec, Jr.<br>Joseph N. Kravec, Jr.<br>(Admitted *Pro Hac Vice*)<br><br>The 26th Floor Koppers Building<br>Pittsburgh, Pennsylvania 15219<br>Tel:  (412) 642-2300<br>Fax: (412) 642-2309<br>Email: jnk@ssem.com<br><br>Michael D. Braun (SBN 167416)<br>BRAUN LAW GROUP, P.C.<br>12304 Santa Monica Blvd., Suite 109<br>Los Angeles, CA 90025<br>Tel:  (310) 442-7755<br>Fax: (310) 442-7756<br>Email: service@braunlawgroup.com | By: s/ Ryan E. Bull (by permission)<br>Ryan E. Bull<br>(Admitted *Pro Hac Vice*)<br>David A. Super<br>Stephen M. Ng<br>1299 Pennsylvania Avenue, NW<br>Washington, DC  20004-2400<br>Tel:  (202) 639-7700<br>Fax: (202) 585-4064<br><br>Stephen M. Rummage<br>Jonathan M. Lloyd<br>DAVIS WRIGHT TREMAINE LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, CA 94111<br>Tel:  (415) 276-6500<br>Fax: (415) 276-6599<br><br>**ATTORNEYS FOR DEFENDANT FDIC IN ITS CAPACITY AS RECEIVER FOR WASHINGTON MUTUAL BANK** |

Stipulation of Dismissal of Claims Against FDIC-Receiver
Case No. 5:08-CV-00868 RMW

1  Ira Spiro
2  SPIRO MOSS BARNESS, LLP
   11377 West Olympic Blvd., Fifth Floor
3  Los Angeles, CA 90064-1683
4  Tel:   (310) 235-2468
   Fax:   (310) 235-2456
5  Email: ira@spiromoss.com
6
7  Janet Lindner Spielberg
   LAW OFFICES OF JANET LINDNER
8      SPIELBERG
9  12400 Wilshire Blvd., Suite 400
   Los Angeles, CA 90025
10 Tel:   (310) 392-8801
11 Fax:   (310) 278-5938
   jlspielberg@jslp.com
12
13 **ATTORNEYS FOR PLAINTIFFS**
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28