1  MARGARET A. KEANE (State Bar No. 255378)
   mkeane@dl.com
2  DEWEY & LEBOEUF LLP
   1950 University Avenue, Suite 500
3  East Palo Alto, CA  94303
   Telephone: (650) 845-7000
4  Facsimile: (650) 845-7333

5  *Attorneys for Defendant*                     ***E-FILED - 5/7/09***
   *LSI APPRAISAL, LLC*
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12 FELTON A SPEARS, JR. and.            )   **CASE NO.:  5:08-CV-00868 (RMW)**
   SIDNEY SCHOLL, JUAN                  )
13 BENCOSME and CARMEN                  )   **CLASS ACTION**
   BENCOSME on behalf of                )
14 themselves and all others similarly  )
   situated,                            )
15                                      )
                    Plaintiffs,         )
16         v.                           )   STIPULATION AND []
                                        )   ORDER RE: BRIEFING SCHEDULE
17 FIRST AMERICAN EAPPRAISEIT           )   AND ADJOURNMENT OF HEARING
   (a/k/a eAppraiseIT, LLC),            )   DATE FOR MOTION TO INTERVENE
18 a Delaware limited liability company;)
   and LENDER'S SERVICE, INC.,          )
19 (a/k/a LSI Appraisal, LLC), a        )
   Delaware limited liability company   )
20                                      )
                    Defendants.         )
21 _____)

22     WHEREAS, on March 30, 2009, Plaintiffs filed their Second Amended Complaint for

23 Damages, Equitable, Declaratory and Injunctive Relief (the "Second Amended Complaint") and

24 a Motion to Intervene by Putative Class Members Juan and Carmen Bencosme (the "Motion to

25 Intervene");

26

27

28
___
Stipulation and [] Order re Briefing Schedule
Case No. 5:08-CV-00868

1   WHEREAS, absent an extension of time, First American eAppraiseIT's and LSI
2   Appraisal, LLC's time to move against, answer or otherwise respond to the Second Amended
3   Complaint will expire on April 13, 2009;

4   WHEREAS, counsel for First American eAppraiseIT and LSI Appraisal, LLC have
5   indicated to counsel for Plaintiffs that they intend to file motions to dismiss the Second Amended
6   Complaint and will request a hearing date for oral argument in connection therewith;

7   WHEREAS, the parties have conferred and agree that it would be most efficient and
8   equitable to coordinate the briefing schedule and hearing date on Defendants' anticipated
9   motions to dismiss with the briefing schedule and hearing date on Plaintiffs' Motion to
10  Intervene;

11  WHEREAS, without an extension, the time for eAppraiseIT and LSI Appraisal, LLC to
12  file a response to the Motion to Intervene is on or before April 17, 2009, and the time for
13  Plaintiffs to file their reply memorandum is on or before April 24, 2009.  In addition, Plaintiffs
14  have requested a hearing date in connection with their Motion to Intervene on May 8, 2009 at
15  9:00 a.m.; and

16  WHEREAS, the parties have conferred and agree that, to allow for the preparation of
17  First American eAppraiseIT's and LSI Appraisal, LLC's anticipated motions to dismiss and
18  responses to the Motion to Intervene, and to accommodate Passover and the personal and
19  professional schedules of counsel, it would be most efficient and equitable to adjourn the hearing
20  on Plaintiffs' Motion to Intervene from May 8, 2009 at 9:00 a.m. to June 5, 2009 at 9:00 a.m.
21  and to have the hearing on Defendants' motions to dismiss at that same date and time.  The
22  parties hereby stipulate and agree to the briefing schedule and hearing dates set forth below and
23  in the attached [Proposed] Order.

24
25
26
27
28

IT IS HEREBY STIPULATED by the parties, by and through their undersigned counsel, that:

(1) The Date for Defendants to file their motions to dismiss the Second Amended Complaint and responses to Plaintiffs' Motion to Intervene will be on or before April 21, 2009;

(2) The Date for Plaintiffs to file their response to Defendants' motions to dismiss the Second Amended Complaint and reply on their Motion to Intervene will be on or before May 15, 2009;

(3) The Date for Defendants to file replies on their motions to dismiss the Second Amended Complaint will be on or before May 22, 2009;

(4) The Hearing Date for Plaintiffs' Motion to Intervene, previously requested to be held on May 8, 2009 at 9:00 a.m., will be adjourned to June 5, 2009, at 9:00 a.m.; and

(5) The Hearing Date for Defendants' motions to dismiss the Second Amended Complaint will be June 5, 2009, at 9:00 a.m.

DEWEY & LeBOEUF LLP

Dated:   April 10, 2009                By: /s/ Margaret A. Keane
    Margaret A. Keane, SBN 255378
    mkeane@dl.com
DEWEY & LEBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA  94303
Telephone: (650) 845-7000
Facsimile: (650) 845-7333

*Attorneys for Defendant LSI Appraisal LLC*

|     |                          |                                                      |
|-----|--------------------------|------------------------------------------------------|
| 1   |                          | DLA PIPER LLP                                        |
| 2   | Dated:  April 10, 2009   | By: /   Jeffrey D. Rotenberg                         |

DLA PIPER LLP

Dated:  April 10, 2009     By: /   Jeffrey D. Rotenberg
                                Jeffrey D. Rotenberg
                                  Jeffrey.rotenberg@dlapiper.com
                                1251 Avenue of the Americas
                                New York, NY 10020-1104
                                Tel:     (212) 335-4556
                                Fax:    (917) 778-8556

*Attorneys for Defendant First American EAppraiseIT*

SPECTER SPECTER EVANS & MANOGUE, P.C.

Dated:  April 10, 2009     By: /   Joseph N. Kravec, Jr.
                                Joseph N. Kravec, Jr.
                                  jnk@essem.com
                                The 26th Floor Koppers Building
                                Pittsburgh, PA 15219
                                Tel:     (412) 642-2300
                                Fax:    (412) 642-2309

*Attorneys for Plaintiffs*

4

Stipulation and [der re Briefing Schedule
Case No. 5:08-CV-00868

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FELTON A SPEARS, JR. and SIDNEY SCHOLL, JUAN BENCOSME and CARMEN BENCOSME on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>FIRST AMERICAN EAPPRAISEIT (a/k/a eAppraiseIT, LLC), a Delaware limited liability company; and LENDER'S SERVICE, INC., (a/k/a LSI Appraisal, LLC), a Delaware limited liability company<br><br>Defendants. | **CASE NO.: 5:08-CV-00868 (RMW)**<br><br>**CLASS ACTION**<br><br><br>STIPULATION AND []<br>ORDER RE: BRIEFING SCHEDULE<br>AND ADJOURNMENT OF HEARING<br>DATE FOR MOTION TO INTERVENE |

## [] ORDER

Pursuant to the Parties' Stipulation, the Court hereby

ORDERS AS FOLLOWS:

(1) The Date for Defendants to file their motions to dismiss the Second Amended Complaint and responses to Plaintiffs' Motion to Intervene will be on or before April 21, 2009;

(2) The Date for Plaintiffs to file their response to Defendants' motions to dismiss the Second Amended Complaint and reply on their Motion to Intervene will be on or before May 15, 2009;

(3) The Date for Defendants to file a reply on their motions to dismiss the Second Amended Complaint will be on or before May 22, 2009;

(4) The Hearing Date for Plaintiffs' Motion to Intervene, previously requested to be held on May 8, 2009 at 9:00 a.m., will be adjourned to June 5, 2009, at 9:00 a.m.; and

(5) The Hearing Date for Defendants' motions to dismiss the Second Amended Complaint will be June 5, 2009, at 9:00 a.m.

DATED: 5/7/09

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Judge

[] Order re Joint Briefing
Case No. 5:08-CV-00868