Joseph N. Kravec, Jr. (Admitted *Pro Hac Vice*)
**SPECTER SPECTER EVANS**
  **& MANOGUE, P.C.**
The 26th Floor Koppers Building
Pittsburgh, Pennsylvania 15291
Tel:  (412) 642-2300
Fax: (412) 642-2309

Janet Lindner Spielberg (SBN 221926)
**LAW OFFICES OF JANET LINDNER**
  **SPIELBERG**
12400 Wilshire Boulevard, #400
Los Angeles, California  90025
Tel: (310) 392-8801
Fax: (310) 278-5938

Michael D. Braun (SBN 167416)
**BRAUN LAW GROUP, P.C.**
10680 West Pico Boulevard, Suite 280
Los Angeles, California  90064
Tel: (310) 836-6000
Fax: (310) 836-6010

Ira Spiro (SBN 67641)
**SPIRO MOSS LLP**
11377 West Olympic Blvd., 5th Floor
Los Angeles, California  90064-1683
Tel: (310) 235-2468
Fax: (310) 235-2456

*Attorneys for Plaintiffs*

*E-FILED - 2/11/10*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> FIRST AMERICAN EAPPRAISEIT (a/k/a eAppraiseIT, LLC), a Delaware limited liability company; <br><br> Defendant. | Case No. 5-08-CV-00868 RMW <br><br> **STIPULATION AND CASE MANAGEMENT SCHEDULING ORDER AMENDING ORDER ENTERED ON OCTOBER 2, 2009** |

The parties, by their undersigned counsel, hereby submit the following stipulation and [proposed] order for entry by this Court pursuant to Local Rule 7-12:

1. On October 2, 2009, this Court held a Case Management Conference and entered a Case Management Scheduling Order (Document 175) providing the parties until February 26, 2010 to complete discovery related to class certification issues, and setting a motions hearing on class certification for April 23, 2010, at 9:00 a.m.

2. In entering this schedule, the Court adopted the parties' jointly proposed class certification discovery deadline of February 26, 2010. *See* Joint Case Management Conference Statement, filed September 21, 2009 (Document 172). Because the volume of the number of pages of documents produced by the Defendant was more than double the estimates made prior to the parties' agreement on the joint proposed class certification discovery schedule, Plaintiff requires additional time to review those documents and complete class certification discovery before presenting their class certification motion.

3. In that connection, the parties conferred with respect to extending the current class certification schedule and hereby agree to and submit the following stipulation for an amended schedule for completion of class discovery and for the hearing and briefing on Plaintiff's Motion for Class Certification:

   1. On or before **April 23, 2010**, all class certification discovery shall be completed by the parties.

   2. Plaintiff's motion and brief in support of class certification shall be filed no later than **May 7, 2010**.

   3. Defendant's opposition to the Motion for Class Certification shall be filed no later than **June 4, 2010**.

   4. Plaintiff's reply in support of her Motion for Class Certification shall be filed no later than **June 18, 2010**.

   5. The Motion for Class Certification shall be heard on **July 2, 2010, at 9:00 a.m**. in Courtroom 4, 5th Floor, United States Courthouse, 280 S. First Street, San Jose, California.

2

1 | The Parties respectfully request that the Court enter this Stipulation.

2 | Dated: February 3, 2010

3 | **AGREED TO BY:**

4 | **SPECTER SPECTER EVANS & MANOGUE, P.C.**       **DLA PIPER LLP**

By: ____s/Joseph N. Kravec, Jr.____       By: ____s/Richard F. Hans via email consent____
    Joseph N. Kravec, Jr.      Richard F. Hans
    (Admitted Pro Hac Vice)      (Admitted Pro Hac Vice)

The 26th Floor Koppers Building      Patrick J. Smith
Pittsburgh, Pennsylvania 15219      Jeffrey D. Rotenberg
Tel: (412) 642-2300      1251 Avenue of the Americas
Fax: (412) 642-2309      New York, New York 10020-1104
     Tel: (212) 335-4556
     Fax: (917) 778-8556

Janet Lindner Spielberg      Michael T. Fogarty
**LAW OFFICES OF JANET LINDNER SPIELBERG**      Laura J. Fowler
12400 Wilshire Boulevard, #400      **MCDONOUGH HOLLAND & ALLEN PC**
Los Angeles, California 90025      555 Capitol Mall, 9th Floor
Tel: (310) 392-8801      Sacramento, California 95814
Fax: (310) 278-5938      Tel: (916) 444-3900
     Fax: (916) 444-3249

Ira Spiro      *ATTORNEYS FOR DEFENDANT*
**SPIRO MOSS BARNESS, LLP**
11377 West Olympic Blvd., Fifth Floor
Los Angeles, California 90064-1683
Tel: (310) 235-2468
Fax: (310) 235-2456

*ATTORNEYS FOR PLAINTIFFS*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: February 9, 2010

____*Ronald M. Whyte*____
**Honorable Ronald M. Whyte**

3

---