**E-FILED on**   5/13/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>    v.<br><br>WASHINGTON MUTUAL BANK FA, also known as Washington Mutual Bank, FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER SERVICE, INC.,<br><br>       Defendants. | No. C-08-00868 RMW<br><br><br><br>ORDER REGARDING MOTION TO SEAL<br><br>**[Re Docket No. 188]** |

    Plaintiffs move to file under seal Exhibits A-O, Q, S, and U attached to the Declaration of Michael D. Braun in Support of Plaintiffs' Motion for Class Certification and certain portions of Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support which quote from these exhibits. A request to seal must establish that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to protection under the law. Civ. L. R. 79-5(a). The request must be narrowly tailored to seek sealing of only sealable material. *Id.*

    Having reviewed the material that plaintiffs seek to file under seal, the court has concerns about the extent of material which plaintiffs seek to file under seal. With the exception of Exhibits A and M and the portions of plaintiffs' motion for class certification that quote from these two exhibits, it appears that there is no basis for filing the remainder of the material under seal. Plaintiffs

1  have represented that they seek to file the designated material under seal because it has been
2  designated "Confidential" by defendant eAppraiseIT.  The court therefore orders the parties to either
3  explain why all of the designated material is sealable or to submit a narrowly tailored request to file
4  under seal only those portions of the documents that are sealable material.  If the parties do not
5  submit a satisfactory explanation or an appropriately narrowly tailored request within ten days, the
6  motion to seal will be denied.

9  DATED:      5/13/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

| | |
|---|---|
| Ira Spiro | Ira@SpiroMoss.com |
| James Mark Moore | mark@spiromoss.com |
| Janet Lindner Spielberg | jlspielberg@jlslp.com |
| Joseph N. Kravec, Jr. | jnk@ssem.com |
| Michael D. Braun | service@braunlawgroup.com |

**Counsel for Defendants:**

| | |
|---|---|
| Jeffrey D. Rotenberg | jrotenberg@tpw.com |
| Kerry Ford Cunningham | kerry.cunningham@dlapiper.com |
| Laura Jean Fowler | lfowler@mhalaw.com |
| Patrick J. Smith | psmith@tpw.com |
| David F. Gross | david.gross@dlapiper.com |
| Francesca Leigh Cicero | francesca.cicero@dlapiper.com |
| Michael T. Fogarty | tfogarty@mhalaw.com |
| Christopher J Clark | cjclark@dl.com |
| Kevin C Wallace | kwallace@dl.com |
| Kris Hue Chau Man | kman@dl.com |
| Margaret Anne Keane | mkeane@dl.com |
| Angela M. Papalaskaris | apapalas@dl.com |
| Jonathan Mark Lloyd | jonathanlloyd@dwt.com |
| Martin L. Fineman | martinfineman@dwt.com |
| Sam N. Dawood | samdawood@dwt.com |
| Stephen Michael Rummage | steverummage@dwt.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 5/13/10

CCL
**Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California

ORDER REGARDING MOTION TO SEAL—No. C-08-00868 RMW
CCL                                                                 3