**E-FILED on**   5/24/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK FA, also known as Washington Mutual Bank, FIRST AMERICAN EAPPRAISEIT, a Delaware corporation; and LENDER SERVICE, INC.,<br><br>Defendants. | No. C-08-00868 RMW<br><br><br>ORDER DENYING MOTION TO SEAL<br><br><br>**[Re Docket No. 188]** |

Plaintiffs move to file under seal Exhibits A-O, Q, S, and U attached to the Declaration of Michael D. Braun in Support of Plaintiffs' Motion for Class Certification and certain portions of Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support which quote from these exhibits. On May 13, 2010, the court ordered the parties to either explain why all of the designated material is sealable or to submit a narrowly tailored request to file under seal only those portions of the documents that are sealable material. Plaintiffs represented that they sought to file the designated material under seal because it has been designated "Confidential" by defendant eAppraiseIT. The court has been informed that eAppraiseIT has now withdrawn its designation of the material at issue as "Confidential" and will not be filing any further papers explaining why the material should be sealed. It appears that eAppraiseIT no longer seeks to have any of the material

ORDER DENYING MOTION TO SEAL—No. C-08-00868 RMW
CCL

1  filed under seal.  Accordingly, the court denies the motion to seal in its entirety.  Pursuant to Local
2  Rule 79-5(e), plaintiffs have 4 days to resubmit the documents for filing in the public record.

6  DATED:      5/24/10                              *Ronald M Whyte*
                                                    RONALD M. WHYTE
7                                                   United States District Judge

ORDER DENYING MOTION TO SEAL—No. C-08-00868 RMW
CCL                                                                      2

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

| | |
|---|---|
| Ira Spiro | Ira@SpiroMoss.com |
| James Mark Moore | mark@spiromoss.com |
| Janet Lindner Spielberg | jlspielberg@jlslp.com |
| Joseph N. Kravec , Jr. | jnk@ssem.com |
| Michael D. Braun | service@braunlawgroup.com |

**Counsel for Defendants:**

| | |
|---|---|
| Jeffrey D. Rotenberg | jrotenberg@tpw.com |
| Kerry Ford Cunningham | kerry.cunningham@dlapiper.com |
| Laura Jean Fowler | lfowler@mhalaw.com |
| Patrick J. Smith | psmith@tpw.com |
| David F. Gross | david.gross@dlapiper.com |
| Francesca Leigh Cicero | francesca.cicero@dlapiper.com |
| Michael T. Fogarty | tfogarty@mhalaw.com |
| Christopher J Clark | cjclark@dl.com |
| Kevin C Wallace | kwallace@dl.com |
| Kris Hue Chau Man | kman@dl.com |
| Margaret Anne Keane | mkeane@dl.com |
| Angela M. Papalaskaris | apapalas@dl.com |
| Jonathan Mark Lloyd | jonathanlloyd@dwt.com |
| Martin L. Fineman | martinfineman@dwt.com |
| Sam N. Dawood | samdawood@dwt.com |
| Stephen Michael Rummage | steverummage@dwt.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   5/24/10                                      CCL
                                                **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California

ORDER DENYING MOTION TO SEAL—No. C-08-00868 RMW
CCL                                                                 3