1  DAVID F. GROSS (SBN 983547)
   david.gross@dlapiper.com
2  CARTER W. OTT (SBN 221660)
   carter.ott@dlapiper.com
3  DLA PIPER LLP (US)
   555 Mission Street, Suite 2400
4  San Francisco, CA  94105
   Phone: 415.836.2500
5  Fax: 415.836.2501

6  RICHARD F. HANS (*Pro Hac Vice*, New York SBN 2593200)
   richard.hans@dlapiper.com
7  JEFFREY D. ROTENBERG (*Pro Hac Vice*, New York SBN 3984994)
   jeffrey.rotenberg@dlapiper.com
8  DLA PIPER LLP (US)
   1251 Avenue of the Americas
9  New York, NY 10020
   Phone: 212.335.4556
10 Fax: 917.778.8556

*E-FILED - 6/30/10*

11  Attorneys for Defendant
    eAppraiseIT, LLC (named as First American eAppraiseIT)

12

**UNITED STATES DISTRICT COURT**

13

**NORTHERN DISTRICT OF CALIFORNIA**

14

**SAN JOSE DIVISION**

15

| | |
|---|---|
| 16  FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others 17  similarly situated, | Case No. 5-08-CV-00868 RMW )<br>)<br>CLASS ACTION )<br>) |
| 18                                    Plaintiffs, | **STIPULATION AND [] ORDER** )<br>**CONTINUING CASE MANAGEMENT** |
| 19         vs. | **CONFERENCE** )<br>) |
| 20  FIRST AMERICAN EAPPRAISEIT (a/k/a eAppraiseIT, LLC), 21  a Delaware limited liability company ; and LENDER'S SERVICE, INC., a Delaware limited 22  liability company, | )<br>) Courtroom:   Courtroom 6, 4th Floor<br>) Judge:       Hon. Ronald M. Whyte )<br>) |
| 23                                    Defendants. | )<br>) |

24

25

26

27

28

1   Pursuant to Local Rules 6-1 and 6-2, it is hereby stipulated and agreed by Plaintiffs and

2   defendant EAPPRAISEIT, LLC (named as FIRST AMERICAN EAPPRAISEIT), by and through

3   their attorneys of record, as follows:

4       1.   A hearing regarding Plaintiffs' motion for class certification and a case

5   management conference in the above-captioned actions are currently scheduled for July 2, 2010

6   at 9:00 a.m. and 10:30 a.m., respectively.

7       2.   The parties agree that, in the interests of efficiency and economy, any further

8   discussions regarding case management should take place after the Court rules on this motion.

9       3.   The parties therefore hereby stipulate to continue the case management conference

10   scheduled for July 2 as follows.  Within fifteen days of the Court's entry of an order regarding

11   Plaintiff's motion for class certification, the parties shall meet and confer, jointly submit a case

12   management statement, and schedule a case management conference with the Court.

13   IT IS SO STIPULATED

14   Dated:  June 30, 2010          STEMBER FEINSTEIN DOYLE PAYNE &
                                     CORDES LLC
15
                                     BRAUN LAW GROUP
16
                                     LAW OFFICE OF JANET LINDNER
17
                                     SPIRO MOSS LLP
18
                                     By ___/s/ Joseph N. Kravec, Jr._____
19                                       JOSEPH N. KRAVEC, JR.
                                         Attorneys for Plaintiffs
20                                       FELTON A. SPEARS, JR. and SIDNEY
                                         SCHOLL
21

22   Dated:  June 30, 2010          DLA PIPER LLP (US)

23                                   By ___/s/ Carter Ott_____
24                                       CARTER W. OTT
                                         Attorneys for Defendant
25                                       EAPPRAISEIT, LLC (named as FIRST
                                         AMERICAN EAPPRAISEIT)
26

27       I, Carter Ott, am the ECF user whose ID and password are being used to file this

28   STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT

1    CONFERENCE.  In compliance with General Order 45, X.B., I hereby attest that Joseph Kravec,

2    Jr. has concurred in this filing.

3                                            **<u>ORDER</u>**

4           The case management conference scheduled in this case on July 2, 2010 at 10:30 a.m. is

5    continued.  Within fifteen days of the Court's entry of an order regarding Plaintiffs' motion for

6    class certification, the parties shall meet and confer, jointly submit a case management statement,

7    and schedule a case management conference with the Court.

8    PURSUANT TO STIPULATION, IT IS SO ORDERED.

9

10   DATED: _____6/30/10_____, 2010

11                                      By _____*Ronald M. Whyte*_____

12                                         HONORABLE RONALD M. WHYTE
                                           United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA Piper LLP (US)
New York

-2-