DAVID F. GROSS (SBN 983547)
david.gross@dlapiper.com
CARTER W. OTT (SBN 221660)
carter.ott@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA  94105
Phone: 415.836.2500
Fax: 415.836.2501

RICHARD F. HANS (*Pro Hac Vice*, New York SBN 2593200)
richard.hans@dlapiper.com
JEFFREY D. ROTENBERG (*Pro Hac Vice*, New York SBN 3984994)
jeffrey.rotenberg@dlapiper.com
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Phone: 212.335.4556
Fax: 917.778.8556

Attorneys for Defendant
eAppraiseIT, LLC (named as First American eAppraiseIT)

*E-FILED - 9/15/10*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>FIRST AMERICAN EAPPRAISEIT (a/k/a eAppraiseIT, LLC), a Delaware limited liability company; and LENDER'S SERVICE, INC., a Delaware limited liability company,<br><br>　　　　　　　　Defendants. | Case No. 5-08-CV-00868 RMW<br><br>CLASS ACTION<br><br>**STIPULATION AND [] ORDER SETTING BRIEFING SCHEDULE**<br><br>Courtroom:　Courtroom 6, 4th Floor<br>Judge:　　　Hon. Ronald M. Whyte |

Pursuant to Local Rules 6-1 and 6-2, it is hereby stipulated and agreed by Plaintiffs and defendant EAPPRAISEIT, LLC (named as FIRST AMERICAN EAPPRAISEIT), by and through their attorneys of record, as follows:

Plaintiffs intend to file a renewed motion for class certification to address the issues raised in the Court's July 2, 2010 Order Denying Motion For Class Certification Without Prejudice (Docket #209). Pursuant to the Court's direction during the August 13, 2010 case management conference, the parties hereby stipulate to the following briefing schedule regarding this motion:

| Date | Event |
|---|---|
| November 19, 2010 | Deadline for Plaintiffs to file and serve their renewed motion for class certification |
| December 23, 2010 | Deadline for Defendant to file and serve its opposition to Plaintiffs' renewed motion for class certification |
| January 7, 2011 | Deadline for Plaintiffs to file and serve their reply brief in support of their renewed motion for class certification |
| January 21, 2011 | Hearing regarding Plaintiffs' renewed motion for class certification at 9:00 A.M. |

In reaching this stipulation, the parties worked to avoid conflicts with counsel's holiday vacations as this Court directed.

Pursuant to the Court's August 13, 2010 Minute Order (Docket #214), the hearing regarding Plaintiffs' renewed motion for class certification is currently scheduled for January 14, 2011 at 9:00 A.M.

| | |
|---|---|
| 1 | IT IS SO STIPULATED |

Dated:  September 2, 2010          STEMBER FEINSTEIN DOYLE PAYNE & CORDES LLC

BRAUN LAW GROUP

LAW OFFICE OF JANET LINDNER SPIELBERG

SPIRO MOSS LLP

By  /s/ Joseph N. Kravec, Jr.
   JOSEPH N. KRAVEC, JR.
   Attorneys for Plaintiffs
   FELTON A. SPEARS, JR. and SIDNEY SCHOLL

Dated:  September 2, 2010          DLA PIPER LLP (US)

By  /s/ Carter Ott
   CARTER W. OTT
   Attorneys for Defendant
   EAPPRAISEIT, LLC (named as FIRST AMERICAN EAPPRAISEIT)

I, Carter Ott, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE.  In compliance with General Order 45, X.B., I hereby attest that Joseph Kravec, Jr. has concurred in this filing.

**ORDER**

The hearing regarding Plaintiffs' renewed motion for class certification is hereby continued from January 14, 2011 to January 21, 2011 at 9:00 A.M.  Plaintiffs shall file and serve their renewed motion for class certification on or before November 19, 2010; Defendant shall file and serve their opposition to this motion on or before December 23, 2010; and Plaintiffs shall file

/////
/////
/////
/////

1   and serve their reply in support of their renewed motion for class certification on or before
2   January 7, 2011.
3   PURSUANT TO STIPULATION, IT IS SO ORDERED.
4
5   DATED: __9/15_____, 2010
6                                                    By _____*Ronald M. Whyte*_____
7                                                    HONORABLE RONALD M. WHYTE
    United States District Judge

DLA PIPER LLP (US)
NEW YORK

-3-
EAST\43451112.1
STIPULATION AND [] ORDER SETTING BRIEFING SCHEDULE
Case No. 5-08-CV-00868 RMW