**E-FILED on** _12/22/2010_

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves an all others similarly situated,<br><br>       Plaintiffs,<br><br>   v.<br><br>FIRST AMERICAN EAPPRAISEIT,<br><br>       Defendant. | No. CV 08-00868     RMW<br><br>ORDER GRANTING REQUEST TO SEAL<br><br>**[Re Docket No. 223]** |

Plaintiffs request leave to file the expert report of Francois K. Gregoire in support of plaintiffs' renewed motion for class certification under seal.  The request is granted.

DATED: _____12/22/2010_____

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

ORDER GRANTING REQUEST TO SEAL—No. CV 08-00868     RMW
MEC

United States District Court
For the Northern District of California