DAVID F. GROSS (SBN 983547)
david.gross@dlapiper.com
CARTER W. OTT (SBN 221660)
carter.ott@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105
Phone: 415.836.2500
Fax: 415.836.2501

RICHARD F. HANS (*Pro Hac Vice*, New York SBN 2593200)
richard.hans@dlapiper.com
JEFFREY D. ROTENBERG (*Pro Hac Vice*, New York SBN 3984994)
jeffrey.rotenberg@dlapiper.com
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Phone: 212.335.4556
Fax: 917.778.8556

*E-FILED - 12/22/10*

Attorneys for Defendant
eAppraiseIT, LLC (named as First American eAppraiseIT)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>FIRST AMERICAN EAPPRAISEIT (a/k/a eAppraiseIT, LLC), a Delaware limited liability company; and LENDER'S SERVICE, INC., a Delaware limited liability company,<br><br>　　　　　　　　　　Defendants. | Case No. 5-08-CV-00868 RMW<br><br>CLASS ACTION<br><br>**STIPULATION AND [] ORDER CONTINUING BRIEFING SCHEDULE**<br><br>Courtroom: Courtroom 6, 4th Floor<br>Judge: Hon. Ronald M. Whyte |

Pursuant to Local Rules 6-1 and 6-2, it is hereby stipulated and agreed by Plaintiffs and defendant EAPPRAISEIT, LLC (named as FIRST AMERICAN EAPPRAISEIT), by and through their attorneys of record, as follows:

1. On November 19, 2010, Plaintiffs filed and served a Renewed Motion For Class Certification to address the issues raised in the Court's July 2, 2010 Order Denying Motion For Class Certification Without Prejudice (Docket #209), in addition to expert reports from three proposed expert witnesses. Shortly after, Plaintiffs produced documents related to these expert opinions.

2. To assist defendant EAPPRAISEIT, LLC ("EA") with obtaining discovery necessary to respond to the Renewed Motion For Class Certification, and to permit Plaintiffs to obtain discovery from any experts EA may rely upon in its opposition to that motion, the parties hereby stipulate to continue the current briefing schedule as follows:

| | |
|---|---|
| **February 4, 2011** | Last day for EA to depose the expert witnesses Plaintiffs rely upon in their renewed motion for class certification |
| **March 18, 2011** | Last day for EA to file and serve its opposition to Plaintiffs' renewed motion for class certification |
| **March 28, 2011** | Last day for EA to produce documents regarding expert witnesses it relies upon in support of its opposition to Plaintiffs' renewed motion for class certification, pursuant to Fed. R. Civ. P. 26 |
| **April 29, 2011** | Last day for Plaintiffs to depose expert witnesses relied upon by EA in support of its opposition to the renewed motion for class certification |
| **June 3, 2011** | Deadline for Plaintiffs to file and serve their reply brief in support of their renewed motion for class certification |
| **June 21, 2011, 9:00 A.M.** | Hearing regarding Plaintiffs' renewed motion for class certification |

3. This is the first instance in which the parties have sought to continue these dates.

IT IS SO STIPULATED

| | | |
|---|---|---|
| Dated: December 21, 2010 | | STEMBER FEINSTEIN DOYLE PAYNE & CORDES LLC |
| | | BRAUN LAW GROUP |
| | | LAW OFFICE OF JANET LINDNER |
| | | SPIRO MOSS LLP |
| | | By   /s/ Joseph N. Kravec, Jr. |
| | | JOSEPH N. KRAVEC, JR.<br>Attorneys for Plaintiffs<br>FELTON A. SPEARS, JR. and SIDNEY SCHOLL |
| Dated: December 21, 2010 | | DLA PIPER LLP (US) |
| | | By   /s/ Carter Ott |
| | | CARTER W. OTT<br>Attorneys for Defendant<br>EAPPRAISEIT, LLC (named as FIRST AMERICAN EAPPRAISEIT) |

I, Carter Ott, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE. In compliance with General Order 45, X.B., I hereby attest that Joseph Kravec, Jr. has concurred in this filing.

**ORDER**

IT IS HEREBY ORDERED as follows:

1. Defendant shall have until February 4, 2011 to depose the expert witnesses Plaintiffs rely upon in their renewed motion for class certification. Defendant's last day to file and serve its opposition to Plaintiffs' renewed motion for class certification is hereby continued from December 23, 2010 to March 18, 2011. Following the filing of that opposition, Defendants shall have until March 28, 2011 to produce documents, pursuant to Fed. R. Civ. P. 26, regarding the experts it may rely upon in its opposition to the renewed motion for class certification.

2. Plaintiffs shall have until April 29, 2011 to depose the expert witnesses Defendant relies upon in its opposition to Plaintiffs' renewed motion for class certification. Plaintiffs' last

1  day to file and serve their reply in support of their renewed motion for class certification is hereby
2  continued from January 7, 2011 to June 3, 2011.
3      3.   The hearing regarding Plaintiffs' renewed motion for class certification is hereby
4  continued from January 21, 2011 to June 24, 2011, at 9:00 A.M.
5  PURSUANT TO STIPULATION, IT IS SO ORDERED.
6
7  DATED: __12/22_____, 2010
8                                          By _Ronald M. Whyte_____
                                              HONORABLE RONALD M. WHYTE
9                                             United States District Judge