1  DAVID F. GROSS (SBN 983547)
   david.gross@dlapiper.com
2  CARTER W. OTT (SBN 221660)
   carter.ott@dlapiper.com
3  DLA PIPER LLP (US)
   555 Mission Street, Suite 2400
4  San Francisco, CA  94105
   Phone: 415.836.2500
5  Fax: 415.836.2501

6  RICHARD F. HANS (*Pro Hac Vice*, New York SBN 2593200)
   richard.hans@dlapiper.com
7  JEFFREY D. ROTENBERG (*Pro Hac Vice*, New York SBN 3984994)
   jeffrey.rotenberg@dlapiper.com
8  DLA PIPER LLP (US)
   1251 Avenue of the Americas
9  New York, NY 10020
   Phone: 212.335.4556
10 Fax: 917.778.8556

11 Attorneys for Defendant
   eAppraiseIT, LLC (named as First American eAppraiseIT)
12
                    **UNITED STATES DISTRICT COURT**
13
                    **NORTHERN DISTRICT OF CALIFORNIA**
14
                           **SAN JOSE DIVISION**
15

16 | FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated, | Case No. 5-08-CV-00868 RMW |
|---|---|
| | **CLASS ACTION** |
| Plaintiffs, | **STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| FIRST AMERICAN EAPPRAISEIT (a/k/a eAppraiseIT, LLC), a Delaware limited liability company ; and LENDER'S SERVICE, INC. (a/k/a LSI Appraisal, LLC), a Delaware limited liability company, | Courtroom: Courtroom 6, 4th Floor<br>Judge: Hon. Ronald M. Whyte |
| Defendants. | |

STIPULATION AND [] ORDER CONTINUING CMC
CASE NO. 5-08-CV-00868 RMW

EAST\48472935.1

1  Pursuant to Local Rules 6-1 and 6-2, it is hereby stipulated and agreed by Plaintiffs and defendant eAppraiseIT, LLC (named as First American eAppraiseIT), by and through their attorneys of record, as follows:

On April 25, 2012 the Court entered an Order Granting Motion For Class Certification And Setting Case Management Conference (Docket #249) in the above-captioned action. That Order set a case management conference on May 25, 2012 at 10:30 A.M. or a date and time otherwise agreed to by all parties. The Order also instructed the parties to file a joint proposed form of class notice and joint plan for dissemination of that notice by May 11, 2012 and a joint case management conference statement by May 18, 2012. The Order directed that if the parties wish to reschedule these dates that they should contact the courtroom deputy, Jackie Garcia.

The parties have conducted initial discussions regarding notice and in preparation for the case management conference. During those discussions, the parties agreed that the United States Supreme Court's decision in *First American Financial Corp. v. Edwards* could narrow and/or clarify the issues in the above-captioned action. Because the parties expect that the Supreme Court will issue its decision in *Edwards* shortly, they have agreed to request that the Court continue the May 25, 2012 case management conference to June 29, 2012 at 10:30 A.M. The parties have also agreed to request that they will file a joint proposed form of class notice, joint plan for dissemination of the notice, and joint case management conference statement by June 22, 2012. On May 9, 2012, undersigned counsel spoke with Ms. Garcia as directed by the Order, and she requested that we file this Stipulation and Proposed Order with these new dates.

Defendant eAppraiseIT, LLC ("EA") intends to file today a petition with the United States Court of Appeals for the Ninth Circuit, pursuant to Fed. R. Civ. P. 23(f), for permission to appeal the Order Granting Motion For Class Certification And Setting Case Management Conference (Docket #249). EA reserves its right to move to stay the above-captioned action based on the pendency or acceptance of its petition, and Plaintiffs reserve the right to oppose any such motion.

IT IS SO STIPULATED

| | | |
|---|---|---|
| 1 | Dated: May 9, 2012 | STEMBER FEINSTEIN DOYLE PAYNE & KRAVEC LLC |
| 2 | | |
| 3 | | BRAUN LAW GROUP |
| 4 | | LAW OFFICE OF JANET LINDNER SPIELBERG |
| 5 | | SPIRO MOORE LLP |
| 6 | | |
| 7 | | By   /s/ Joseph N. Kravec, Jr.<br>JOSEPH N. KRAVEC, JR.<br>Attorneys for Plaintiffs |
| 8 | | FELTON A. SPEARS, JR. and SIDNEY SCHOLL |
| 9 | | |
| 10 | Dated: May 9, 2012 | DLA PIPER LLP (US) |
| 11 | | By   /s/ Carter Ott |
| 12 | | CARTER W. OTT<br>Attorneys for Defendant |
| 13 | | EAPPRAISEIT, LLC (named as FIRST AMERICAN EAPPRAISEIT) |

I, Carter Ott, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE. In compliance with General Order 45, X.B., I hereby attest that Joseph Kravec, Jr. has concurred in this filing.

**ORDER**

The May 25, 2012 case management conference is continued to June 29, 2012 at 10:30 A.M. The parties shall file a joint proposed form of class notice, joint plan for dissemination of the notice, and joint case management conference statement by June 22, 2012. PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2012

By  *Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
United States District Judge