IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>FIRST AMERICAN EAPPRAISEIT (a/k/a eAppraiseIT, LLC), a Delaware limited liability company,<br><br>  Defendant. | Case No. 5-08-CV-00868 (RMW)<br><br>**REVISED AMENDED ()**<br>**ORDER REGARDING CLASS NOTICE,**<br>**APPOINTMENT OF LEAD COUNSEL,**<br>**AND PRE-TRIAL SCHEDULING**<br><br>Courtroom: Courtroom 6, 4th Floor<br>Judge: Honorable Ronald M. Whyte |

On June 29, 2012, the parties attended a Case Management Conference regarding the above-captioned matter. Plaintiffs were represented by Joseph N. Kravec, Jr. of Stember Feinstein Doyle Payne & Kravec, LLC, and Janet Lindner Spielberg of the Law Offices of Janet Lindner Spielberg. Defendant was represented by Richard Hans, Jeffrey Rotenberg, and Carter Ott of DLA Piper LLP (US). Pursuant to the discussion and argument of counsel during the Case Management Conference, the Court hereby orders as follows:

### 1. Appointment of Lead Counsel

Having considered Plaintiffs' proposal for appointment of Lead Counsel and Co-Lead Counsel in the parties' Joint Case Management Conference Statement (Docket #254) as well as Defendant's concerns regarding the efficient and economical management of this action, the Court hereby appoints Joseph N. Kravec, Jr. of Stember Feinstein Doyle Payne & Kravec, LLC and Janet Lindner Spielberg of the Law Offices of Janet Lindner Spielberg as Co-Lead Counsel. Co-Lead Counsel shall direct and manage the prosecution of this matter in an efficient and economical manner, including coordinating work assignments they may make among all of Plaintiffs' counsel to avoid unnecessary duplication of effort. Defendant may raise with the Court any concerns regarding Co-Lead Counsel's management of their prosecution of the litigation.

### 2. Class Notice

The Court approves Plaintiffs' proposed form of class notice and plan for providing notice (*see* Docket #253), and concludes that it is the best notice that is practicable under the circumstances, is consistent with the recommendations by the Federal Judicial Center, and complies with the requirements of Federal Rule of Civil Procedure 23 and due process. Plaintiffs shall modify the proposed form of class notice to accurately reflect the Court's ruling on the appointment of counsel herein. No other modification to the content of the class notice is permitted without approval of this Court. Plaintiffs shall distribute their proposed notice, pursuant to the plan, as set forth in the schedule set forth below.

### 3. Discovery and Class Notice Schedule

The Court approves the following schedule, stipulated by the parties, regarding discovery and class notice:

1

| | | |
|---|---|---|
| 1 | Deadline for distribution of class notice | August 13, 2012 |
| 2 | Deadline for Requests for Exclusion from the Class to be postmarked | October 13, 2012 |
| 3 | | |
| 4 | Merits discovery cutoff | May 13, 2013 |
| 5 | Expert reports | June 12, 2013 |
| 6 | Supplemental and rebuttal expert reports | November 11, 2013 |
| 7 | Expert discovery cutoff (including any discovery relating to or arising from Plaintiffs' aggregate inflation analysis) | December 30, 2013 |
| 10 | Mediation | January 29, 2014 |
| 11 | Dispositive motion cutoff | February 12, 2014 |
| 12 | Other motion cutoff (other than motions in limine) | March 14, 2014 |
| 14 | Pretrial conference (hearing on motions in limine, agreed jury instructions and verdict forms, proposed voir dire questions) | May 1, 2014 |
| 16 | Pre-trial briefs | May 28, 2014 |
| 17 | Trial date | June 23, 2014 |

**IT IS SO ORDERED:**

DATED:  ì ⸺G  _____

_____
Honorable Ronald M. Whyte
United States District Judge

2

REVISED AMENDED [] ORDER; CASE NO. 5-08-CV-00868 (RMW)