UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST AMERICAN EAPPRAISEIT (a/k/a eAppraiseIT, LLC), a Delaware limited liability company, | Case No. C-08-00868 RMW<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR EARLY DECISION ON THEIR MOTION IN LIMINE**<br><br>[Re Docket No. 288] |

Plaintiff Felton Spears moves for an order shortening time to hear his motion in limine. Dkt. No. 288. The hearing for all motions in limine is currently scheduled for May 1, 2014. Dkt. No. 260. The court finds that it is too early in the development of this case to consider a motion in limine. Therefore, the motion to shorten time is DENIED without prejudice.

Dated: March 12, 2013

*Ronald M. Whyte*
Ronald M. Whyte
United States District Court Judge

ORDER RE MOTION FOR EARLY DECISION
CASE NO. C-08-00868-RMW
SW
- 1 -