1  JOHN M. SORICH (CA Bar No. 125223)
   jsorich@alvaradosmith.com
2  S. CHRISTOPHER YOO (CA Bar No. 169442)
   cyoo@alvaradosmith.com
3  JENNY L. MERRIS (CA Bar No. 246088)
   jmerris@alvaradosmith.com
4  ALVARADOSMITH
   A Professional Corporation
5  1 MacArthur Place, Suite 200
   Santa Ana, California 92707
6  Tel:  (714) 852-6800
   Fax: (714) 852-6899
7
   Attorneys for Non-Party
8  JPMORGAN CHASE BANK, N.A.

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12 | FELTON A. SPEARS, JR. and SIDNEY ) | Case No. 5:08-CV-00868 (RMW)
13 | SCHOLL, on behalf of themselves and all others )
   | similarly situated,                           ) | CLASS ACTION
14 |                                               )
   |          Plaintiffs,                          ) | **[] ORDER ON**
15 |                                               ) | **STIPULATION FOR THE**
   |     v.                                        ) | **PRODUCTION OF DOCUMENTS**
16 |                                               ) | **PURSUANT TO FED. R. EVID. 502**
   | FIRST AMERICAN EAPPRAISEIT (a/k/a             )
17 | eAppraiseIT, LLC), a Delaware limited liability )
   | company,                                      )
18 |                                               )
   |          Defendant.                           )
19
20
21
22
23
24
25
26 ///
27 ///
28 ///

[] ORDER ON STIPULATION FOR PRODUCTION
                                                                    OF DOCUMENTS
                                                       PURSUANT TO FED. R. EVID. 502
                              - 1 -                    (Case No. 5:08-CV-00868 RMW)
3651777.1 -- AL109.3023

1  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

2      Having considered the Stipulation submitted by the Parties, by and through their counsel of
3  record, regarding the production of documents pursuant to Federal Rules of Evidence 502, and
4  good cause appearing:

5      **PURSUANT TO THE TERMS OF THE STIPULATION, IT IS SO ORDERED.**

8  DATED: ̀ ~~DICTH~~     */s/ Ronald M. Whyte*
    HON. Ronald M. Whyte
    U.S. District Judge

[] ORDER ON STIPULATION FOR PRODUCTION
OF DOCUMENTS
PURSUANT TO FED. R. EVID. 502
(Case No. 5:08-CV-00868 RMW)

- 2 -

3651777.1 -- AL109.3023