*E-FILED: October 10, 2013*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST AMERICAN EAPPRAISEIT (a/k/a eAppraiseIT, LLC), a Delaware limited liability company,<br><br>Defendant<< (s) >>. | Case No.  5:08-cv-00868 RMW (HRL)<br><br>**ORDER RE DISCOVERY DISPUTE JOINT REPORT NO. 3**<br><br>[Re: Docket No. 339] |

In Discovery Dispute Joint Report (DDJR) No. 3, plaintiffs request that the deposition of non-party Peter Gailitis be extended for an additional 30-minute examination by telephone. This court is told that Gailitis was Chief Appraiser at defendant First American eAppraiseIT (EA) during most of the period in which EA performed appraisal services for Washington Mutual. He was deposed on September 17, 2013. Plaintiffs examined him for their allotted 4.5 hours. EA deposed the witness for its allotted 2.5 hours. Plaintiffs said they wished to conduct a redirect examination. Gailitis agreed to make himself available for a further 30-minute deposition to be conducted by telephone on another day.[1] That is fine by plaintiffs. EA, however, objects to any

---

[1] Prior to the deposition, Gailitis said that he would be willing to stay beyond the presumptive 7–hour limit to make sure that his deposition would be completed that day. During the final break in

further examination of Gailitis, saying that it never agreed to a multi-day deposition. This matter is deemed suitable for determination without oral argument. Civ. L.R. 7-1(b). Upon consideration of the parties' respective positions, the court grants plaintiffs' request for an additional 30-minute telephone examination.

With respect to EA's argument that the instant DDJR is untimely, the court will credit plaintiffs' assertion that they were trying to meet-and-confer to resolve a dispute as to which they believed the parties had not reached an impasse.

"Unless otherwise stipulated or ordered by the court, a deposition is limited to 1 day of 7 hours." Fed. R. Civ. P. 30(d)(1). The court must allow additional time consistent with Fed. R. Civ. P. 26(b)(2) if needed for a fair examination. Id.

The court finds good cause for the requested extension here. All indications are that Gailitis is a key witness. Plaintiffs wish to conduct a brief redirect examination, to last no more than 30 minutes by phone (and, indeed, plaintiffs are willing to split the 30 minutes with EA, if EA wishes). Gailitis has no problem with the additional examination, notwithstanding that he has already been deposed by the parties for 7 hours. EA has already prepared for, and completed, its examination of Gailitis. The court does not find that preparation for an additional 30-minute telephonic examination will impose an undue burden.

As for timing, EA says that the parties already have a full deposition schedule in these last two weeks leading up to the October 15 fact discovery cutoff. Nevertheless, given the limited extension of Gailitis' deposition being granted here, this court finds that there is some leeway in the current case schedule to allow his further deposition to be conducted beyond the October 15 cutoff date without jeopardizing the remaining case deadlines. Accordingly, Gailitis deposition is extended for an additional 30-minute telephonic examination to be completed before the November 15 expert disclosure deadline and on a date that will not require modification of the current case schedule. If EA decides that it wishes to ask the deponent further questions, the 30 minutes shall be split equally between plaintiffs and defendant. The parties and Gailitis shall work

---

EA's examination, however, Gailitis advised that he had to leave by 5:00 p.m. (Dkt. 339, DDJR No. 3 at 2).

together in good faith to find 30 minutes on a date between now and November 15 to complete the deposition. If the parties are unable to schedule a date before then, or if they find that conducting Gailitis' deposition beyond the October 15 cutoff will require modification of the other case management deadlines, they shall seek relief from Judge Whyte.

**SO ORDERED.**

Dated:   October 10, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:08-cv-00868-RMW Notice has been electronically mailed to:

Allison Lauren Libeu     alibeu@irell.com
Alvin Matthew Ashley     mashley@irell.com, sknight@irell.com
Angela M. Papalaskaris     apapalas@dl.com, courtalert@dl.com
Christopher J Clark     cjclark@dl.com
David A. Super     david.super@bakerbotts.com
Ellen Mary M. Doyle     edoyle@fdpklaw.com, filings@fdpklaw.com, gbrown@fdpklaw.com
Gretchen Freeman Cappio     gcappio@kellerrohrback.com, cbrewer@kellerrohrback.com, eknerr@kellerrohrback.com, tlin@kellerrohrback.com
Harry Williams , IV     hwilliams@kellerrohrback.com
Janet Lindner Spielberg     jlspielberg@jlslp.com
Joel R. Hurt     jhurt@fdpklaw.com
John C. Hueston     jhueston@irell.com
John Charles Hueston     jhueston@irell.com, lhiles@irell.com
John M. Sorich     jsorich@alvaradosmith.com
Jonathan Mark Lloyd     jonathanlloyd@dwt.com, jeannecadley@dwt.com
Joseph N. Kravec , Jr     jkravec@fdpklaw.com, filings@fdpklaw.com, jnk561@yahoo.com
Justin Nathanael Owens     jowens@irell.com
Kevin C Wallace     kwallace@dl.com
Khesraw Karmand     kkarmand@kellerrohrback.com
Kris Hue Chau Man     kman@dl.com, sholstrom@dl.com
Lynn Lincoln Sarko     lsarko@kellerrohrback.com, cengle@kellerrohrback.com, kwarner@kellerrohrback.com
Margaret Anne Keane     margaret.keane@dlapiper.com, carol.stewart@dlapiper.com, marianne.haines@dlapiper.com
Martin L. Fineman     martinfineman@dwt.com, edithshertz@dwt.com, sfodocket@dwt.com
Michael D. Braun     service@braunlawgroup.com, clc@braunlawgroup.com
Ryan E. Bull     Ryan.Bull@bakerbotts.com
Sam N. Dawood     samdawood@dwt.com, allanpatterson@dwt.com, cassandrabaines@dwt.com, nickverwolf@dwt.com
Stephen M. Ng     stephen.ng@bakerbotts.com, leanna.gutierrez@bakerbotts.com
Stephen Michael Rummage     steverummage@dwt.com, jeannecadley@dwt.com, seadocket@dwt.com
Sung-Min Christopher Yoo     cyoo@alvaradosmith.com, crosas@alvaradosmith.com, jyoung@alvaradosmith.com, mault@alvaradosmith.com
Tana Lin     tlin@kellerrohrback.com, esiegel@kellerrohrback.com, rfarrow@kellerrohrback.com
Wyatt A. Lison     wlison@fdpklaw.com, filings@fdpklaw.com