| | |
|---|---|
| Joseph N. Kravec, Jr. (*pro hac vice*)<br>**FEINSTEIN DOYLE PAYNE**<br>  **& KRAVEC, LLC**<br>429 Forbes Avenue, 17th Floor<br>Pittsburgh, PA 15219<br>Tel:  (412) 281-8400<br>Fax:  (412) 281-1007<br>E-mail:  jkravec@stemberfeinstein.com | Janet Lindner Spielberg (SBN 221926)<br>**LAW OFFICES OF JANET**<br>  **LINDNER SPIELBERG**<br>12400 Wilshire Boulevard, #400<br>Los Angeles, California  90025<br>Tel:  (310) 392-8801<br>Fax:  (310) 278-5938<br>Email: jlspielberg@jlslp.com |

*CO-LEAD CLASS COUNSEL*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and<br>SIDNEY SCHOLL, on behalf of themselves and<br>all others similarly situated,<br><br>                              Plaintiffs,<br><br>     vs.<br><br>FIRST AMERICAN EAPPRAISEIT<br>(a/k/a eAppraiseIT, LLC),<br>a Delaware limited liability company,<br><br>                              Defendant. | ) Case No. 5-08-CV-00868 (RMW)<br>)<br>) **STIPULATION AND []**<br>) **ORDER EXTENDING THE DEADLINE**<br>) **FOR PLAINTIFFS TO RESPOND TO**<br>) **NONPARTY JPMORGAN CHASE'S**<br>) **MOTION FOR CLARIFICATION OF**<br>) **ORDER RE: DISCOVERY DISPUTE**<br>) **JOINT REPORT NO. 8 AND**<br>) **SCHEDULING HEARING DATE FOR**<br>) **FEBRUARY 28, 2014**<br>) |

Stipulation and  Order; CASE NO. 5-08-CV-00868 (RMW)

1  Plaintiffs Felton A. Spears, Jr. and Sidney Scholl (collectively "Plaintiffs"), and non-party
2  JPMorgan Chase Bank, N.A. ("Chase"), by and through their respective counsel of record and
3  pursuant to Local Rules 6-2 and 7-12, enter into the following stipulation for an order extending by
4  one week the deadline for Plaintiffs to respond to Chase's Motion for Clarification of Order re:
5  Discovery Dispute Joint Report No. 8 (Dkt. 362) and scheduling the hearing date for the motion for
6  February 28, 2014.

7  WHEREAS, on January 17, 2014, Chase filed its Motion for Clarification of Order re:
8  Discovery Dispute Joint Report No. 8 (Dkt. 362).

9  WHEREAS, under Local Rule 7.3(a), Plaintiffs' opposition to Chase's motion must be filed
10 within 14 days after the motion was filed, or January 31, 2014.

11 WHEREAS, on January 27, 2014, Chase filed a Supplemental Declaration of John M. Sorich
12 in Support of Motion for Clarification of Order re: Discovery Dispute Joint Report No. 8
13 ("Supplemental Declaration").

14 WHEREAS, Plaintiffs respectfully request an additional week in order to assess and address
15 the information set forth in the Supplemental Declaration, and Chase does not oppose this requested
16 relief.

17 WHEREAS, following the filing of Plaintiffs' opposition, Chase will have 7 days to file its
18 reply brief in accordance with the Local Rules.

19 WHEREAS, neither Plaintiffs nor Chase have previously requested to modify any dates in
20 connection with this motion.

21 WHEREAS, the motion was initially not noticed in writing on the Court's motion calendar,
22 and Plaintiffs and Chase desire to notice the hearing for Friday, February 28, 2014.

23 NOW, THEREFORE, IN CONSIDERATION OF THE FOREGOING, IT IS HEREBY
24 STIPULATED, by and between the parties, that the deadline for Plaintiffs to file their opposition to
25 Chase's Motion for Clarification of Order re: Discovery Dispute Joint Report No. 8 shall be
26 extended to February 7, 2014, and the hearing for the motion be scheduled for February 28, 2014 at
27 9:00 a.m.

28

| | | |
|---|---|---|
| 1 | Dated: January 29, 2014 | FEINSTEIN DOYLE PAYNE & KRAVEC, LLC |
| 2 | | By:      /s/ *Joseph N. Kravec, Jr.* |
| 3 | | Joseph N. Kravec, Jr., Co-Lead Class Counsel |
| 4 | Dated: January 29, 2014 | LAW OFFICES OF JANET LINDNER SPIELBERG |
| 5 | | By:      /s/ *Janet Lindner Spielberg via consent* |
| 6 | | Janet Lindner Spielberg, Co-Lead Class Counsel |
| 8 | Dated: January 29, 2014 | ALVARADOSMITH<br>A Professional Corporation |
| 9 | | By:      /s/ *Jenny L. Merris via consent* |
| 10-11 | | Jenny L. Merris, Attorneys for JPMORGAN CHASE BANK, N.A. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: Hgdtwct{"5, 2014

*Ronald M. Whyte* (signature)

Honorable Ronald M. Whyte
United States District Judge