1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST AMERICAN EAPPRAISEIT (a/k/a eAppraiseIT, LLC), a Delaware limited liability company,<br><br>Defendant. | Case No. 5-08-CV-00868-RMW<br><br>**ORDER FOR RESPONSIVE BRIEFING**<br><br>[Re Docket No. 381] |

Having reviewed defendant's Motion for Relief from the Nondispositive Pretrial Order of Magistrate Judge, Dkt. No. 381, the court requests a response from plaintiff addressing whether there is a continuing duty to supplement or correct discovery responses for documents created after the close of discovery. Plaintiffs may file a 5 page brief by July 11, 2014.

Dated: July 7, 2014

*Ronald M. Whyte*

Ronald M. Whyte
United States District Judge

United States District Court
For the Northern District of California