UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FIRST AMERICAN EAPPRAISEIT (a/k/a eAppraiseIT, LLC), a Delaware limited liability company,<br><br>　　　　Defendant. | Case No. 5:08-CV-00868 (RMW)<br><br>CLASS ACTION<br><br>**[] STIPULATED ORDER PROVIDING FOR PRODUCTION OF DOCUMENTS FROM *FDIC v. CORELOGIC VALUATION SERVICES, LLC*** |

1   The parties have entered a stipulation that production of certain documents from *FDIC v. CoreLogic Valuation Services, LLC*, 11-704 DOC (ANx) (C.D. Cal.), that the Court ordered be produced (*see* Order re Discovery Dispute Joint Report No. 9, Dkt. No. 375; Order Denying Relief for Relief from Nondispositive Pretrial Order, Dkt. No. 399), designated as CONFIDENTIAL pursuant to the Stipulated Amended Protective Order in this case, Dkt. No. 312, shall satisfy and constitute compliance with the Producing Party's obligation under any federal or state law or other legal authority governing the disclosure or use of confidential borrower information (including personally identifiable information) or information subject to the bank examiner or bank secrecy privileges, including but not limited to the Gramm-Leach-Bliley Act, Part 309 of the FDIC Rules and Regulations, 12 C.F.R. Part 309, the Fair Credit Reporting Act, and any state-law analogues, and any rules or regulations promulgated thereunder.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  _____   *Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Judge