Joseph N. Kravec, Jr. (*pro hac vice*)
**FEINSTEIN DOYLE PAYNE**
   **& KRAVEC, LLC**
429 Forbes Avenue, 17th Floor
Pittsburgh, PA 15219
Tel: (412) 281-8400
Fax: (412) 281-1007
E-mail: jkravec@fdpklaw.com

Janet Lindner Spielberg (SBN 221926)
**LAW OFFICES OF JANET**
   **LINDNER SPIELBERG**
12400 Wilshire Boulevard, #400
Los Angeles, CA 90025
Tel: (310) 392-8801
Fax: (310) 278-5938
Email: jlspielberg@jlslp.com

*CO-LEAD CLASS COUNSEL*

*\*Additional Plaintiffs' Counsel
on signature page*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN EAPPRAISEIT (a/k/a eAppraiseIT, LLC), a Delaware limited liability company,<br><br>                Defendant. | Case No. 5-08-CV-00868 (RMW)<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S MOTIONS *IN LIMINE* NOS. 1, 2, 4, 14 AND 15 AND CERTAIN EXHIBITS THERETO**<br><br>**Honorable Ronald M. Whyte** |

1   Pursuant to Civil L.R. 7-11, 79-5 and General Order 62, Plaintiff Felton A. Spears, Jr.
2  respectfully requests leave of Court to file under seal portions of Plaintiff's Motions *in Limine* Nos.
3  1, 2, 4, 14 and 15 along with Exhibit 1 the Declaration of Joseph N. Kravec, Jr. in Support of
4  Plaintiff's Administrative Motion to File Under Seal Portions of Plaintiff's Motions *in Limine* Nos.
5  1, 2, 4, 14 and 15 and Certain Exhibits Thereto ("Kravec Declaration").  The entirety of Exhibits 2,
6  3, 4 and 5 to the Kravec Declaration have been designated "CONFIDENTIAL" pursuant to the
7  Stipulated Amended Protective Order in this case.  Dkt. No. 312.  Defendant does not oppose this
8  administrative motion.
9   Accompanying this Administrative Motion is the Kravec Declaration.  As required by Civil
10 L.R. 79-5(b) and (d), Plaintiff is provisionally filing the documents sought to be sealed and filed a
11 proposed order sealing these documents.
12 Dated:  October 2, 2014

**FEINSTEIN DOYLE PAYNE & KRAVEC, LLC**

By:  /s/ Joseph N. Kravec, Jr.
    Joseph N. Kravec, Jr., Co-Lead Class
    Counsel
    (*pro hac vice*)
    Wyatt A. Lison (*pro hac vice*)
    McKean J. Evans (*pro hac vice*)

429 Forbes Avenue
Allegheny Building, 17th Floor
Pittsburgh, PA 15219
Tel:  (412) 281-8400
Fax:  (412) 281-1007

**KELLER ROHRBACK L.L.P.**

By:  /s/ Lynn Lincoln Sarko
    Lynn Lincoln Sarko (*pro hac vice*)
    Tana Lin (*pro hac vice*)
    Gretchen Freeman Cappio (*pro hac vice*)
    Raymond J. Farrow (*pro hac vice
    application forthcoming*)

1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel:  (206) 623-1900
Fax:  (206) 623-3384

Matthew J. Preusch (SBN 298144)

1129 State Street, Suite 8
Santa Barbara, CA 93101
Tel:  (805) 456-1496
Fax:  (805) 456-1497

*Co-Lead Trial Counsel for Plaintiff and the Class*

---

Plaintiff's Administrative Motion to File Under Seal Portions of Plaintiff's Motions *in Limine* Nos. 1, 2, 4, 14 and 15 and Certain Exhibits Thereto; Case No. 5-08-CV-00868 (RMW)

| | |
|---|---|
| **LAW OFFICES OF JANET LINDNER SPIELBERG** | **BRAUN LAW GROUP, P.C.** |
| By: /s/ Janet Lindner Spielberg | By: /s/ Michael D. Braun |
| Janet Lindner Spielberg (SBN 221926) | Michael D. Braun (SBN 167416) |
| 12400 Wilshire Boulevard, #400 | 10680 West Pico Blvd., Suite 280 |
| Los Angeles, CA 90025 | Los Angeles, CA 90064 |
| Tel:  (310) 392-8801 | Tel:  (310) 836-6000 |
| Fax:  (310) 278-5938 | Fax:  (310) 836-6010 |
| *Co-Lead Counsel and Trial Counsel for Plaintiff and the Class* | *Trial Counsel for Plaintiff and the Class* |

# PROOF OF SERVICE

STATE OF PENNSYLVANIA       )
                            )  ss.:
COUNTY OF ALLEGHENY         )

I am employed in the County of Allegheny, State of Pennsylvania.  I am over the age of 18 and not a party to the within action.  My business address is 429 Forbes Avenue, Allegheny Building, 17th Floor, Pittsburgh, PA 15219.

On October 2, 2014, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Joseph N. Kravec, Jr., I filed and served the document(s) described as:

**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S MOTIONS *IN LIMINE* NOS. 1, 2, 4, 14 AND 15 AND CERTAIN EXHIBITS THERETO**

**[X]   BY ELECTRONIC TRANSMISSION USING THE COURT'S ECF SYSTEM:**  I caused the above document(s) to be transmitted by electronic mail to those ECF registered parties listed on the Notice of Electronic Filing (NEF) pursuant to Fed.R.Civ.P. 5(d)(1) and by first class mail to those non-ECF registered parties listed on the Notice of Electronic Filing (NEF).  *"A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing.  The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P. 5(d)(1).  A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."*

I declare that I am admitted *pro hac vice* in this action.

I declare, under penalty of perjury under the laws of the United States, that the above is true and correct.

Executed on October 2, 2014, at Pittsburgh, Pennsylvania.

                                          /s/Joseph N. Kravec, Jr.
                                              Joseph N. Kravec, Jr.