1. The witnesses Plaintiff intends to call are as follows:

A. Felton A. Spears, Jr. – Personal experience with his WaMu loan.

B. Dawn Molitor-Gennrich – Expert opinions provided in this case concerning EA's and WaMu's compliance with applicable industry, professional and regulatory appraisal standards.

C. Gary L. French – Expert opinions provided in this case concerning the aggregate inflation statistics compiled and analyzed from the expert appraisal reviews completed by Plaintiff's appraiser experts.

D. Marsha J. Courchane – Expert opinions provided in this case concerning an aggregate inflation of appraisals provided by EA to WaMu based on an analysis of retrospective automated valuation models ("AVMs") comparing EA's appraisal values to the median house price values in the same zip code as the appraised property.

2. The witnesses Plaintiff may call if the need arises are as follows:

A. Sushuma R. Kistner – Personal experience as head of WaMu's Appraisal Business Oversight within WaMu's risk department during the period when WaMu outsourced its appraisal business to EA.

B. James Allen Dillon – Personal experience as WaMu's manager of Residential Quality Assurance who conducted contemporaneous post-financing audits of appraisals done by EA for WaMu residential home loans.

C. Francois K. Gregoire – Expert opinions provided in this case concerning (a) retrospective appraisal reviews of appraisal reports EA provided to WaMu in this action, and retrospective opinions of value for the same properties within Pinellas County, Florida; (b) the development, oversight, methods and selection of appraisers to perform retrospective appraisal reviews of appraisals EA provided to WaMu in this action, and retrospective opinions of value for the same properties; and (c) the credibility of retrospective appraisal reviews of appraisals EA provided to WaMu in this action by Plaintiffs' appraisal experts.

D. Carolyn C. Simmons – Expert opinions provided in this case concerning retrospective appraisal reviews of appraisals EA provided to WaMu in this action, and retrospective opinions of value for some of the properties subject to her reviews within Miami-Dade County, Florida.

E. Gina K. Rascati – Expert opinions provided in this case concerning retrospective appraisal reviews of appraisals EA provided to WaMu in this action, and retrospective opinions of value for some of the properties subject to her reviews within Dade, Broward and Palm Beach Counties in Florida.

F. James R. Gargano – Expert opinions provided in this case concerning retrospective appraisal reviews of appraisals EA provided to WaMu in this action, and retrospective opinions of value for some of the properties subject to his reviews within the Greater Chicagoland suburban area and Chicago area in Illinois.

G. Jonathan J. Miller – Expert opinions provided in this case concerning retrospective appraisal reviews of appraisals EA provided to WaMu in this action, and retrospective opinions of value for some of the properties subject to his reviews within the New York City metropolitan area

H. Maureen Sweeney – Expert opinions provided in this case concerning retrospective appraisal reviews of appraisals EA provided to WaMu in this action, and retrospective opinions of value for some of the properties subject to her reviews within Chicago, Illinois and neighboring suburbs.

I. Steven R. Smith – Expert opinions provided in this case concerning retrospective appraisal reviews of appraisals EA provided to WaMu in this action, and retrospective opinions of value for some of the properties subject to his reviews within the Los Angeles, California MSA, and Riverside/San Bernardino, California MSA.

J. Tom Caruso – Expert opinions provided in this case concerning retrospective appraisal reviews of appraisals EA provided to WaMu in this action, and retrospective opinions of value for some of the properties subject to his reviews within the state of New Jersey.

K. Bruce Thorvig – Personal experience as the regulator overseeing Washington Mutual for the Office of Thrift Supervision regarding the appraisal outsourcing process.

L. Anthony Merlo – Personal experiences as EA's President who oversaw EA's business and business relationship with Washington Mutual for the majority of the class period.

M. Vicky Hamilton – Personal experiences as EA's Vice President of Operations who managed the Washington Mutual account for EA through the majority of the class period.

N. Donald Dobson – Personal experiences as EA's National Quality Director and Chief Operating Officer who was closely involved in EA's relationship with Washington Mutual throughout the class period.

O. Raymond Bono – Personal experiences as one of EA's Appraisal Business Managers, in which capacity he acted as a liaison between EA and the appraisal staff, during the class period.

P. Ronald J. Cathcart – Personal experiences as Washington Mutual's Chief Enterprise Risk Officer, in which capacity he oversaw credit, market operational risk, internal audits and regulatory affairs, during the class period.

Q. Teresa Cosie – Personal experiences as one of EA's Appraisal Business Managers, in which capacity she oversaw appraisers and appraisal reviewers, during the class period; and personal experiences as one of Washington Mutual's Appraisal Field Managers, in which capacity she oversaw appraisals and appraisal reviews.

R. Adam Lokit Ellis – Personal experiences as member of the Home Loans Risk Management Strategic Support Group at Washington Mutual and Washington Mutual's Appraisal Business Oversight Interim Manager, in which capacities he oversaw appraiser performance, during the class period.

S. David Feldman – Personal experiences as EA's Executive Vice President during the class period.

T. Peter Gailitis – Personal experiences as EA's Chief Appraiser, in which capacity he recruited fee appraisers, during class period.

U. Mary Ann Garfield – Personal experiences as Manager of the Appraisal Review Department at EA's Poway office during the class period.

V. Beverly Jo Hartman – Personal experiences as a Staff Appraiser and Appraisal Manager at Washington Mutual's San Diego office; and personal experiences as On-Site Appraisal Manager at EA's Poway office during the class period.

W. James J. Healan – Personal experiences as Senior Vice President at Washington Mutual, in which capacity he was involved in the decision to outsource appraisal.

X. Rosemary Lusk – Personal experiences as one of EA's Vice Presidents, in which capacity she oversaw the operation of the Danvers Service Center, and one of EA's Senior Vice Presidents during the class period.

Y. John William Parres – Personal experiences as a member of Washington Mutual's Vendor Management Group, in which capacity he worked with appraisal vendors, during the class period.

Z. Jill Candace Petersen – Personal experiences as an appraisal reviewer, appraisal office manager, and member of the Compliance and Appraisal Regulatory Group at Washington Mutual during the class period.

AA. Joseph Reppert – Personal experiences as First American's Vice Chairman, in which capacity he was responsible for industry and government affairs and developing relationships with lenders, during the class period.

BB. Barry Sando – Personal experiences as CoreLogic's Group Executive and Executive Vice President for Mortgage Origination, in which capacity he oversees employees and different lines of business, during the class period.

CC. Mark R. Swift – Personal experiences as an FVP Compliance Officer at WMB's Collateral Valuation Risk Management department.

DD. Robert Tavener – Personal experiences as a Staff Appraiser, in which capacity he performed residential appraisals, and Appraisal Field Business Manager, in which

capacity he acted as a liaison between appraisal staff and Washington Mutual, for Washington Mutual during the class period.

   EE.  Patricia Morrison – Personal experience as an EA staff appraiser who was pressured to provide inflated appraisals for WaMu.