1 John C. Hueston (164921)
jhueston@irell.com
2 A. Matthew Ashley (198235)
mashley@irell.com
3 Moez M. Kaba (264651)
mkaba@irell.com
4 Justin N. Owens (254733)
jowens@irell.com
5 840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
6 Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendant
8 eAppraiseIT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated, | Case No. 5:08-CV-00868 (RMW) |
| | <u>CLASS ACTION</u> |
| Plaintiffs, | **DEFENDANT EAPPRAISEIT'S PROPOSED VOIR DIRE QUESTIONS** |
| v. | |
| FIRST AMERICAN EAPPRAISEIT (a/k/a eAppraiseIT, LLC), a Delaware limited liability company, | Date: October 16, 2014<br>Time: 2:00 p.m.<br>Judge: Hon. Ronald M. Whyte<br>Place: Courtroom 6, 4th Floor<br>280 South 1st Street<br>San Jose, CA 95113 |
| Defendant. | |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3143160

DEFENDANT EAPPRAISEIT'S
PROPOSED VOIR DIRE QUESTIONS
(Case No. 5:08-CV-00868 (RMW))

1. To be asked of each juror: Please tell us (1) where you were born and raised; (2) the extent of your education; (3) your work history; (4) what you are doing now; (5) what your family consists of and what they are doing now.

2. To be asked of each juror: Please tell us (1) about any prior jury service you may have had, including the type of cases involved in any such service; and (2) whether you are acquainted with any of the lawyers in the courtroom today

3. To be asked of each juror: Please tell us your interest and activities and what you like to do in your spare time. Describe your hobbies, you social groups, what you like to read or watch on television, etc.

4. Please raise your hand if you or anyone in your immediate family received a home loan, whether a purchase loan, a refinance loan, or a home equity line of credit from Washington Mutual Bank or Long Beach Mortgage from the years of 2004-2008.

5. The named Plaintiff in this case is Felton Spears. Please raise your hand if, before today, you have ever heard of Mr. Spears. (If any responses, ask to explain their knowledge of Mr. Spears).

6. Until recently, there was another named Plaintiff in this case named Sidney Scholl. Please raise your hand if, before today, you have ever heard of Ms. Scholl. (If any responses, ask to explain their knowledge of Ms. Scholl).

7. The defendant in this case is a company called eAppraiseIT, which I will call EA. Please raise your hand if, before today, you have ever heard of EA. (If any responses, ask to explain their knowledge of EA).

8. Another company you will hear about in this case is a company called Lender Services Inc., also known as LSI or LSI Appraisal. Please raise your hand if, before today, you have ever heard of LSI (If any response, ask to explain their knowledge of LSI).

9. Another important company in this case is Washington Mutual Bank, which I will call WaMu. WaMu was a large national bank, so many of you have likely heard of WaMu. Please raise your hand if you ever had a banking relationship with WaMu.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3143160

1

DEFENDANT EAPPRAISEIT'S
PROPOSED SPECIAL VERDICT
(Case No. 5:08-CV-00868 (RMW))

    a. Did you have any particularly strong impression, whether positive or negative, of your banking relationship with WaMu?

10. Is there anyone who has feelings about banks that they think would make it difficult for them to fairly and objectively assess the evidence in a case in which one party alleged that a large national bank may have engaged in improper or illegal actions?

11. Is there anyone who has feelings about corporations that they think would make it difficult for them to fairly and objectively assess the evidence in a case in which one party alleged that a corporation may have engaged in improper or illegal actions?

12. Is there anyone who has feelings about real estate appraisers that they think would make it difficult for them to fairly and objectively assess the evidence in a case in which one party alleged that real estate appraisers engaged in improper or illegal actions?

13. Please raise your hand if you purchased a home in 2006 or 2007.

14. Please raise your hand if you or anyone you are close to is currently, has ever been, or has ever had any training to become a real estate appraiser.

    a. Please explain.

15. Please raise your hand if you have ever hired a real estate appraiser.

    a. When did you hire that real estate appraiser?

    b. For what purpose did you hire that real estate appraiser?

    c. Did you have any particularly strong impression, whether positive or negative, of your experience with that real estate appraiser?

16. Do any of you believe that when housing prices rise nationally and then later fall, that appraisers are to blame?

17. Do any of you believe that mortgage banks should be blamed for the rise in housing prices that occurred prior to 2008? (If yes, ask why).

18. Do you believe that when a seller and buyer agree on a purchase price for a house, that their agreement reflects the market value for that house?

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3143160

2

DEFENDANT EAPPRAISEIT'S
PROPOSED SPECIAL VERDICT
(Case No. 5:08-CV-00868 (RMW))

19. I am going to read off a list of potential witnesses in this case. It is not necessarily the case that each of these witnesses will testify, however, it is possible that some of them will. As I read their names, please raise your hand if you have ever heard of the witness before today:

   a. Erik Adams
   b. Steven S. Albert
   c. Susan Allen
   d. Tom Bickham
   e. Raymond Bono
   f. Tom Caruso
   g. Ronald J. Cathcart
   h. Paul Chandler
   i. Teresa Cosie
   j. Marsha Courchane
   k. Mariame Daverio
   l. Phyllis DeChristoforo
   m. James Dillon
   n. Donald Dobson
   o. Adam Ellis
   p. Rebecca English
   q. Phil Etnyre
   r. David Feldman
   s. Gary French
   t. Peter Gailitis
   u. Mary Ann Garfield
   v. James Gargano
   w. Dennis Gilmore
   x. Francois Gregoire
   y. Charles Grice

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3143160

3

DEFENDANT EAPPRAISEIT'S
PROPOSED SPECIAL VERDICT
(Case No. 5:08-CV-00868 (RMW))

| | |
|---|---|
| 1 | z.   Matthew Guzowski |
| 2 | aa.  Stacey Harris |
| 3 | bb.  Beverly Jo Hartman |
| 4 | cc.  James Healan |
| 5 | dd.  Arlene Hyde |
| 6 | ee.  Christopher Jafari |
| 7 | ff.  Rochelle Karlsen |
| 8 | gg.  Troy Kendrick |
| 9 | hh.  Sushuma Kistner |
| 10 | ii.  Susan Lorrain |
| 11 | jj.  Holly Lorenz |
| 12 | kk.  Bonnie Manz |
| 13 | ll.  Mike Malone |
| 14 | mm.  Deanna McCann |
| 15 | nn.  Anthony Merlo |
| 16 | oo.  Jonathan Miller |
| 17 | pp.  Dawn Molitor-Gennrich |
| 18 | qq.  Patricia Morrison |
| 19 | rr.  Kariem Ortiz-Vincenty |
| 20 | ss.  John Parres |
| 21 | tt.  Mike Perry |
| 22 | uu.  Jill Petersen |
| 23 | vv.  Mary Susan Pryor |
| 24 | ww.  Susan Ramey |
| 25 | xx.  Gina Rascati |
| 26 | yy.  Joseph Reppert |
| 27 | zz.  Kathleen Rice |
| 28 | aaa.  Barry Sando |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3143160

4

DEFENDANT EAPPRAISEIT'S
PROPOSED SPECIAL VERDICT
(Case No. 5:08-CV-00868 (RMW))

bbb. David Schneider

ccc. Kent Serviss

ddd. Bill Sherakas

eee. Carolyn Simmons

fff. Steven R. Smith

ggg. Steve Stein

hhh. William Steinmetz

iii. Maureen Sweeney

jjj. Mark Swift

kkk. Robert Tavener

lll. Bruce Thorvig

mmm. Thomas Westerfield

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3143160

5

DEFENDANT EAPPRAISEIT'S
PROPOSED SPECIAL VERDICT
(Case No. 5:08-CV-00868 (RMW))