Joseph N. Kravec, Jr. (*pro hac vice*)
**FEINSTEIN DOYLE**
  **PAYNE & KRAVEC, LLC**
429 Forbes Avenue, 17th Floor
Pittsburgh, PA 15219
Tel: (412) 281-8400
Fax: (412) 281-1007
E-mail: jkravec@fdpklaw.com

Janet Lindner Spielberg (SBN 221926)
**LAW OFFICES OF JANET**
  **LINDNER SPIELBERG**
12400 Wilshire Boulevard, #400
Los Angeles, California 90025
Tel: (310) 392-8801
Fax: (310) 278-5938
Email: jlspielberg@jlslp.com

*CO-LEAD CLASS COUNSEL*
*\*Additional Plaintiffs' Counsel*
*on signature page*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> vs. <br><br> FIRST AMERICAN EAPPRAISEIT (a/k/a eAppraiseIT, LLC), a Delaware limited liability company, <br><br> Defendant. | Case No. 5-08-CV-00868 (RMW) <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE EXHIBITS UNDER SEAL** <br><br> **Honorable Ronald M. Whyte** |

1   Pursuant to Civil L.R. 7-11, 79-5, and General Order 62, Plaintiffs respectfully request leave
2   of Court to file under seal Exhibits 1 and 2 to the Declaration of Gretchen Freeman Cappio in
3   Support of Plaintiff's Motion in Limine to Preclude Evidence and Testimony Regarding OTS
4   Approval of the Proven Appraiser List or Referral Process.  The entirety of Exhibits 1 and 2 have
5   been designated "CONFIDENTIAL" pursuant to the Stipulated Amended Protective Order in this
6   case as Dkt. No. 312.  Defendant does not oppose this administrative motion.

7   Accompanying this Administrative Motion is the Declaration of Gretchen Freeman Cappio in
8   Support of Plaintiffs' Administrative Motion to File Under Seal.  As required by Civil L.R. 79-5(b)
9   and (b), Plaintiffs are provisionally filing the documents sought to be sealed and filed a proposed
10  order sealing these documents.

11  DATED: October 2, 2014

**FEINSTEIN DOYLE PAYNE & KRAVEC, LLC**

By: /s/ Joseph N. Kravec, Jr.

Joseph N. Kravec, Jr., Co-Lead Class Counsel
 (*pro hac vice*)
Wyatt A. Lison (*pro hac vice*)
McKean J. Evans (*pro hac vice*)

429 Forbes Avenue
Allegheny Building, 17th Floor
Pittsburgh, PA 15219
Tel:  (412) 281-8400
Fax:  (412) 281-1007

**KELLER ROHRBACK L.L.P.**

By: /s/ Lynn Lincoln Sarko
Lynn Lincoln Sarko (*pro hac vice*)
Tana Lin (*pro hac vice*)
Gretchen Freeman Cappio (*pro hac vice*)
Raymond J. Farrow (*pro hac vice pending*)

1201 Third Avenue, Suite 3200
Seattle, WA 98101

Tel:  (206) 623-1900
Fax:  (206) 623-3384

Matthew J. Preusch (SBN 298144)

1129 State Street, Suite 8
Santa Barbara, CA 93101
Tel:  (805) 456-1496
Fax:  (805) 456-1497

*Co-Lead Trial Counsel for Plaintiff and the Class*

1
2  **LAW OFFICES OF JANET LINDNER SPIELBERG**         **BRAUN LAW GROUP, P.C.**
3
4  By: /s/ Janet Lindner Spielberg                    By: /s/ Michael D. Braun
5     Janet Lindner Spielberg (SBN 221926)                Michael D. Braun (SBN 167416)
6     12400 Wilshire Boulevard, #400                      10680 West Pico Blvd., Suite 280
7     Los Angeles, CA 90025                               Los Angeles, CA 90064
      Tel:  (310) 392-8801                                Tel:  (310) 836-6000
8     Fax: (310) 278-5938                                 Fax: (310) 836-6010

9  *Co-Lead Counsel and Trial Counsel for*              *Trial Counsel for Plaintiff and the Class*
   *Plaintiff and the Class*
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Plaintiffs' Administrative Motion to File Under Seal;
Case No. 5-08-CV-00868 (RMW)

# PROOF OF SERVICE

STATE OF WASHINGTON )
) ss.:
COUNTY OF KING )

I am employed in the County of King, State of Washington. I am over the age of eighteen (18) and not a party to the within action. My business address is 1201 Third Avenue, Suite 3200, Seattle, WA 98101.

On October 2nd, 2014, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Gretchen Freeman Cappio, I filed and served the document(s) described as:

**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

[X] **BY ELECTRONIC TRANSMISSION USING THE COURT'S ECF SYSTEM:**
I caused the above document(s) to be transmitted by electronic mail to those ECF registered parties listed on the Notice of Electronic Filing (NEF) pursuant to Fed.R.Civ.P. 5(d)(1) and by first class mail to those non-ECF registered parties listed on the Notice of Electronic Filing (NEF). *"A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P. 5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."*

I declare that I am admitted *pro hac vice* in this action.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on October 2nd, 2014, at Seattle, Washington.

/s/Gretchen Freeman Cappio
Gretchen Freeman Cappio

Plaintiffs' Administrative Motion to File Under Seal;
Case No. 5-08-CV-00868 (RMW)

3