# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN EAPPRAISEIT (a/k/a eAppraiseIT, LLC), a Delaware limited liability company,<br><br>Defendant. | Case No. 5-08-CV-00868 (RMW)<br><br>**[PLAINTIFFS' PROPOSED] JUROR VOIR DIRE**<br><br>**Honorable Ronald M. Whyte**<br><br>Date: October 16, 2014<br>Time: 2:00 p.m.<br>Place: Courtroom 6, 4th Floor<br>280 South 1st Street<br>San Jose, CA 95113 |

# I. INTRODUCTION

Plaintiffs submit these proposed voir dire questions to comply with paragraph B(4) of the Court's pretrial preparation standing order, but believe that such submission may be premature because the parties' motions in limine, any agreed jury questionnaire, and the Court's directions at the pretrial conference may likely change the questions Plaintiff's counsel will need to ask the jury. As such, Plaintiff reserves his right to amend these questions, as well as to ask questions through a jury questionnaire, the contents of which are not yet decided (although the parties have communicated with the Court about starting the process of having prospective jurors fill out a written questionnaire). Plaintiff respectfully submits the following questions, which may need to be amended or supplemented in light of the Court's orders and instructions to the parties:

# II. PROPOSED VOIR DIRE QUESTIONS

1. Have you ever filed a lawsuit or been sued? What kind of case? What are your thoughts about the experience?

2. Have you ever served on a jury? How many times? Was it a civil or criminal case? Did you come to a verdict? What did you dislike about your prior jury experience?

3. How long have you lived at your current residence?

4. Have you heard about any recent jury verdicts? What was your reaction when you heard about the verdict?

5. Do you engage in any volunteer activities or are you a member of any organization that you contribute time or money to? Which ones?

6. Where do you get your news? Newspapers? Television? The Internet? Which papers, stations, or sites do you use frequently?

7. Have you ever purchased a house, condominium, or apartment? Have you ever been foreclosed on? Have you ever had a friend or relative who was foreclosed on?

8. What is your general opinion about attorneys?

9. What is your general opinion about class action lawsuits?

10. Have you or any close friend or relative ever been employed in the real estate industry, for example, as an appraiser or realtor? If so, what was your relationship to the person? What was the person's job?

11. Have you or any close friend or relative ever been employed in the banking or mortgage industry, for example as an appraiser, loan officer or underwriter? If so, what was your relationship to the person? What was the person's job? What was your opinion of their job?

12. What are your favorite television shows?

13. What were the last three books that you read for pleasure?

Dated: October 2, 2014

| FEINSTEIN DOYLE PAYNE & KRAVEC, LLC | KELLER ROHRBACK L.L.P. |
|---|---|
| By: /s/ Joseph N. Kravec, Jr.<br>Joseph N. Kravec, Jr., Co-Lead Class Counsel (*pro hac vice*)<br>Wyatt A. Lison (*pro hac vice*)<br>McKean J. Evans (*pro hac vice*) | By: /s/ Lynn Lincoln Sarko<br>Lynn Lincoln Sarko (*pro hac vice*)<br>Tana Lin (*pro hac vice*)<br>Gretchen Freeman Cappio (*pro hac vice*)<br>Raymond J. Farrow (*pro hac vice pending*) |

| | | |
|---|---|---|
| 1 | 429 Forbes Avenue<br>Allegheny Building, 17th Floor<br>Pittsburgh, PA 15219<br>Tel: (412) 281-8400<br>Fax: (412) 281-1007 | 1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Tel: (206) 623-1900<br>Fax: (206) 623-3384 |

Matthew J. Preusch (SBN 298144)

1129 State Street, Suite 8
Santa Barbara, CA 93101
Tel: (805) 456-1496
Fax: (805) 456-1497

*Co-Lead Trial Counsel for Plaintiff and the Class*

| | |
|---|---|
| **LAW OFFICES OF JANET LINDNER SPIELBERG** | **BRAUN LAW GROUP, P.C.** |
| By: /s/ Janet Lindner Spielberg<br>    Janet Lindner Spielberg (SBN 221926) | By: /s/ Michael D. Braun<br>    Michael D. Braun (SBN 167416) |
| 12400 Wilshire Boulevard, #400<br>Los Angeles, CA 90025<br>Tel: (310) 392-8801<br>Fax: (310) 278-5938 | 10680 West Pico Blvd., Suite 280<br>Los Angeles, CA 90064<br>Tel: (310) 836-6000<br>Fax: (310) 836-6010 |
| *Co-Lead Counsel and Trial Counsel for Plaintiff and the Class* | *Trial Counsel for Plaintiff and the Class* |

**PROOF OF SERVICE**

STATE OF WASHINGTON )
) ss.:
COUNTY OF KING )

I am employed in the County of King, State of Washington. I am over the age of 18 and not a party to the within action. My business address is 1201 Third Avenue, Suite 3200, Seattle, WA 98101.

On October 2, 2014, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Gretchen Freeman Cappio, I filed and served the document(s) described as:

[PLAINTIFF'S PROPOSED] JUROR VOIRE DIRE

**[X]  BY ELECTRONIC TRANSMISSION USING THE COURT'S ECF SYSTEM:** I caused the above document(s) to be transmitted by electronic mail to those ECF registered parties listed on the Notice of Electronic Filing (NEF) pursuant to Fed.R.Civ.P. 5(d)(1) and by first class mail to those non-ECF registered parties listed on the Notice of Electronic Filing (NEF). *"A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P. 5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."*

I declare that I am admitted *pro hac vice* in this action.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on October 2, 2014, at Seattle, Washington

    /s/ Gretchen Freeman Cappio
    Gretchen Freeman Cappio

---

[Plaintiffs' Proposed] Juror Questionnaire; CASE NO. 5-08-CV-00868 (RMW)
4