# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>FIRST AMERICAN EAPPRAISEIT (a/k/a eAppraiseIT, LLC), a Delaware limited liability company,<br><br>　　　　　　　Defendant. | Case No. 5-08-CV-00868 (RMW)<br><br>**Honorable Ronald M. Whyte**<br><br>**PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM** |

When answering the following questions, please follow the directions provided in the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

RESPA states that "No person shall give and no person shall accept any fee, kickback, or thing of value pursuant to any agreement or understanding, oral or otherwise, that business incident to a part of a real estate settlement service involving a federally related mortgage loan shall be referred to any person."

**Special Verdict Question One**

To find for Plaintiff, Felton A. Spears, Jr., you must find that Defendant eAppraiseIT provided Washington Mutual with a thing of value which, in this case, is defined as inflated appraisals. This means that Plaintiff does not have to prove that every, or even most appraisals had inflated values, but just that, overall, eAppraiseIT provided Washington Mutual with appraisals with inflated values to some extent.

Do you find by a preponderance of the evidence that EA provided Washington Mutual with a thing of value, namely appraisals inflated in the aggregate?

Yes \_\_\_\_  No \_\_\_

If your answer to Special Instruction One is Yes, please go to Special Verdict Question Two. If you answered no, stop here, answer no further questions, and have the Presiding Juror sign and date this form.

**Special Verdict Question Two**

To find for Plaintiff, you must find that defendant eAppraiseIT had an agreement or understanding with Washington Mutual to provide inflated appraisals to Washington Mutual in exchange for Washington Mutual providing eAppraiseIT with appraisal referrals. Plaintiff need not provide direct evidence of an agreement, like a written contract, but may show that an agreement existed through circumstantial evidence. As such, the agreement or understanding between

eAppraiseIT and Washington Mutual may be established by showing a practice, pattern, or course of conduct.

Do you find that First American eAppraiseIT had an agreement or understanding with Washington Mutual to provide inflated appraisals for referrals of appraisal business?

Yes ____   No ___

If your answer to Special Verdict Question Two is Yes, please go to Special Instruction Three. If you answered no, stop here, answer no further questions, and have the Presiding Juror sign and date this form.

**Special Verdict Question Three**

If you decided that eAppraiseIT and Washington Mutual had an agreement, you must decide the duration of that agreement.

For what time period do you find that First American eAppraiseIT and Washington Mutual had an agreement or understanding that First American eAppraiseIT would provide inflated appraisals to Washington Mutual in exchange for business referrals?

We, the jury find, First American eAppraiseIT had an agreement or understanding with Washington Mutual to inflate appraisals in exchange for business referrals from _____ until _____.

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Security Guard that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATED: _____, 2014        By:_____
                                                    Presiding Juror