# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> FIRST AMERICAN EAPPRAISEIT (a/k/a eAppraiseIT, LLC), a Delaware limited liability company, <br><br> Defendant. | Case No. 5-08-CV-00868 (RMW) <br><br> **AMENDED [PROPOSED] OMNIBUS ORDER ON PLAINTIFF'S MOTIONS *IN LIMINE*** <br><br> **Honorable Ronald M. Whyte** |

After reviewing the papers submitted, and considering the arguments of counsel, and good cause appearing therefore, IT IS HEREBY ORDERED that Plaintiff's motions *in limine* are hereby adjudicated as follows:

**Plaintiff's Motion *in Limine* No. 1 – Motion to Strike Opinions of Paul E. Chandler:**

GRANTED _____                    DENIED_____

GRANTED IN PART AND DENIED IN PART:

_____

_____

**Plaintiff's Motion *in Limine* No. 2 – Motion to Disqualify Steven Albert From Testifying as an Expert on the Standards Applicable to EA's Provision of Appraisals to WMB and Whether EA Met Those Standards:**

GRANTED _____                    DENIED_____

GRANTED IN PART AND DENIED IN PART:

_____

_____

**Plaintiff's Motion *in Limine* No. 3 – Motion to Strike Unsupported Expert Opinions by Dr. Christopher James:**

GRANTED _____                    DENIED_____

GRANTED IN PART AND DENIED IN PART:

_____

_____

**Plaintiff's Motion *in Limine* No. 4 – Motion to Exclude Evidence and Testimony Regarding "Value Cuts" Associated with Washington Mutual Bank Wholesale Loans:**

    GRANTED _____                 DENIED_____

    GRANTED IN PART AND DENIED IN PART:

    _____

    _____

**Plaintiff's Motion *in Limine* No. 5 – Motion to Exclude Evidence and Testimony Regarding the Failure to Show That Any Individual Property's Appraised Value Was Inflated:**

    GRANTED _____                 DENIED_____

    GRANTED IN PART AND DENIED IN PART:

    _____

    _____

**Plaintiff's Motion *in Limine* No. 6 – Motion to Preclude Argument That Borrowers Did Not Rely on Appraisals in Obtaining Their Loans:**

    GRANTED _____                 DENIED_____

    GRANTED IN PART AND DENIED IN PART:

    _____

    _____

**Plaintiff's Motion *in Limine* No. 7 - Motion *in Limine* to Exclude Evidence, Testimony and Argument Pertaining to the Securitization of Class Member's or Plaintiffs' Individual Loans:**

    GRANTED _____                 DENIED_____

    GRANTED IN PART AND DENIED IN PART:

    _____

    _____

**Plaintiff's Motion *in Limine* No. 8 – Motion to Preclude Defendant from Presenting Argument, Testimony or Evidence That: (1) EA Did Not Intend to Violate RESPA or Inflate Appraisals; (2) Plaintiff Needs to Prove A Conspiracy**:

    GRANTED _____                 DENIED_____

    GRANTED IN PART AND DENIED IN PART:

    _____

    _____

**Plaintiff's Motion *in Limine* No. 9 – Motion to Preclude Defendant from Introducing Speculative Evidence, Testimony and Argument to the Effect That Credits Listed in the HUD-1 Settlement Statements Are Credits for Appraisal Fees Paid by Plaintiff and Class Members Unless the HUD-1 Form Specifically Links the Credit to the Appraisal Fee:**

    GRANTED _____                 DENIED_____

    GRANTED IN PART AND DENIED IN PART:

    _____

    _____

**Plaintiff's Motion *in Limine* No. 10 – Motion to Preclude Defendant from Introducing Speculative and Irrelevant Evidence, Testimony and Argument that the Federal Deposit Insurance Corporation, JPMorgan Chase & Company, Lender's Services, Inc., or Another Third Party Is Responsible for the Unlawful Agreement and Conduct Between Defendant and Washington Mutual Bank, F.A.:**

  GRANTED _____        DENIED_____

  GRANTED IN PART AND DENIED IN PART:

  _____

  _____

**Plaintiff's Motion *in Limine* No. 11 – Motion to Preclude Evidence and Testimony Regarding OTS Approval of the Preferred Appraiser List or Referral Process:**

  GRANTED _____        DENIED_____

  GRANTED IN PART AND DENIED IN PART:

  _____

  _____

**Plaintiff's Motion *in Limine* No. 12 – Motion to Preclude Defendant from Introducing Irrelevant Evidence, Testimony and Argument That the Appraisal Outsourcing Services Agreement Was the Sole Agreement Between It and WMB:**

  GRANTED _____        DENIED_____

  GRANTED IN PART AND DENIED IN PART:

  _____

  _____

**Plaintiff's Motion *in Limine* No. 13 – Motion to Exclude Evidence and Testimony Regarding any Individual Appraiser's Intention to Inflate Appraisals:**

GRANTED _____          DENIED_____

GRANTED IN PART AND DENIED IN PART:

_____

_____

**Plaintiff's Motion *in Limine* No. 14 – Motion to Exclude Evidence and Testimony Regarding Deflated Appraisals:**

GRANTED _____          DENIED_____

GRANTED IN PART AND DENIED IN PART:

_____

_____

**Plaintiff's Motion *in Limine* No. 15 – Motion Admit Defendant's Statements in *FDIC* Action Regarding Its Agreement With Washington Mutual as Binding Judicial Admissions:**

GRANTED _____          DENIED_____

GRANTED IN PART AND DENIED IN PART:

_____

_____

**Plaintiff's Motion *in Limine* No. 16 – Motion to Exclude Evidence, Testimony and Argument Pertaining to Industry-Wide Practices in the Banking Community in 2006-2007:**

  GRANTED _____          DENIED_____

  GRANTED IN PART AND DENIED IN PART:

  _____

  _____

**Plaintiff's Motion *in Limine* No. 17 – Motion to Exclude Evidence and Testimony Regarding Whether Appraisals Are Sincerely Held Opinions:**

  GRANTED _____          DENIED_____

  GRANTED IN PART AND DENIED IN PART:

  _____

  _____

**Plaintiff's Motion *in Limine* No. 18 – Motion to Exclude Defendant's Witnesses from the Courtroom:**

  GRANTED _____          DENIED_____

  GRANTED IN PART AND DENIED IN PART:

  _____

  _____

**IT IS SO ORDERED:**

DATED: _____, 2014   _____
                   The Honorable Ronald M. Whyte
                   United States District Judge