UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

| | | |
|---|---|---|
| Case No. C-08-00868-RMW | JUDGE: Ronald M. Whyte | DATE: December 5, 2014<br>TIME IN: 1 hr. |

Title: SPEARS, et al. -V- WASHINGTON MUTUAL, INC., et al.

Attorneys Present (Plaintiff): J. Kravec, Jr., T. Lin

Attorneys Present (Defendant): A. Ashley, J. Owens, J. Sorich, J. Merris, J. Hurt (by Phone)

COURT CLERK: Jackie Garcia

COURT REPORTER: Irene Rodriguez

PROCEEDINGS

PRELIMINARY APPROVAL HEARING AND MOTION FOR COSTS

ORDER AFTER HEARING

Hearing Held. The Court oral argument from the parties. The parties should submit a sample mailing envelope to the Court by 12/8/14. The parties should contact the Court Clerk by email to clear a date for the Fairness Hearing. The Court took the matter under submission and will issue a ruling. The matter is deemed submitted.