UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELTON A SPEARS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FIRST AMERICAN EAPPRAISEIT, <br><br> Defendant. | Case No. 5:08-cv-00868-RMW <br><br> **ORDER ON MOTION TO SHORTEN TIME** <br><br> Re: Dkt. No. 599 |

Plaintiff's Administrative Motion for Expedited Ruling on Motion for Order Requiring Compliance with Order Preliminarily Approving Settlement is GRANTED to the following extent:

Objector Larry Ellis must file by April 17, 2015 a declaration setting forth the basis for his claim to be a class member and any documentary evidence he has supporting such status. If he fails to do so, the court will deem the objection withdrawn.

**IT IS SO ORDERED**.

Dated: April 7, 2015

*Ronald M. Whyte*
Ronald M. Whyte
United States District Judge

5:08-cv-00868-RMW                                                  1