| | |
|---|---|
| Joseph N. Kravec, Jr. (*pro hac vice*)<br>**FEINSTEIN DOYLE PAYNE**<br>**  & KRAVEC, LLC**<br>429 Forbes Avenue, Suite 1300<br>Pittsburgh, PA 15219<br>Tel: (412) 281-8400<br>Fax: (412) 281-1007<br>E-mail: jkravec@fdpklaw.com | Raymond J. Farrow (*pro hac vice*)<br>**KELLER ROHRBACK L.L.P.**<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Tel: (206) 623-1900<br>Fax: (206) 623-3384<br>E-mail: rfarrow@kellerrohrback.com |

*CO-LEAD TRIAL COUNSEL AND*
*SETTLEMENT CLASS COUNSEL*

**Additional Plaintiff's Counsel*
*on signature page*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>FIRST AMERICAN EAPPRAISEIT (a/k/a eAppraiseIT, LLC), a Delaware limited liability company,<br><br>                    Defendant. | Case No. 5-08-CV-00868 (RMW)<br><br>[PROPOSED] **ORDER APPROVING MOTION TO APPROVE** *CY PRES* **DISTRIBUTION OF RESIDUAL FUNDS AND APPROVAL OF PAYMENT FOR DISTRIBUTION COSTS**<br><br>**Honorable Beth Labson Freeman**<br><br>Date: October 19, 2017<br>Time: 9:00 a.m.<br>Courtroom: 3, 5th Floor |

The Court, having considered Plaintiff's MOTION TO APPROVE *CY PRES* DISTRIBUTION OF RESIDUAL FUNDS AND APPROVAL OF PAYMENT FOR DISTRIBUTION COSTS including all accompanying materials, declarations and all responses thereto,

ORDERS that the Motion is GRANTED.

(1) Payment shall be made from the remaining residual funds in the amount $7,708.21 to Rust Consulting for certain unexpected costs of undertaking the distribution of funds from the settlement.

(2) The remaining amount, of unclaimed residual funds, equal to $141,331.57, shall be distributed to the following *cy pres* recipients, which the Court has determined represent interests closely approximate those of the class, in the proportions stated:

1. The National Consumer Law Center ($47,110.53 of the remaining funds)
2. Public Citizen ($47,110.52 of the remaining funds)
3. The Center for Responsible Lending ($47,110.52 of the remaining funds)

Dated :    October 2    , 2017

*[signature: Beth Labson Freeman]*
BETH LABSON FREEMAN
United States District Judge

---

1

[PROPOSED] OPRDER Approving Motion to Approve Cy Pres Distribution of Residual Funds and Approval of Payment for Distribution Costs; Case No. 5-08-CV-00868 (BLF)